# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | CIVIL ACTION |
|     Plaintiff | NO. |
| v. | |
| ZANZIBAR ON THE WATERFRONT, LLC, | |
| ALLEN IVERSON<br>1432 Monk Road<br>Gladwyne, PA 19035, | |
|     and | |
| John Doe, | |
|     Defendants. | |

To:    Clerk of the Court
       United States District Court for the District of Columbia
       333 Constitution Avenue, N.W.
       Washington, D.C. 20001

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Allen Iverson ("Defendant Iverson") files this notice of removal, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, from the Superior Court of the District of Columbia in which it is now pending to the United States District for the District of Columbia, and states as follows:

    1.    The Complaint was filed by the Plaintiff in the Superior Court of the District of Columbia, Civil Division on March 3, 2006 and was assigned Docket Number 06-0001774. A true and correct copy of the Complaint is attached hereto as Exhibit "A."

2. A copy of the Plaintiffs' Complaint was received by the undersigned counsel for the defendant on or about April 7, 2006.

3. The matter in dispute arises from an alleged physical altercation that occurred on June 4, 2004 at Defendant Zanzibar on the Waterfront, LLC ("Defendant Zanzibar")'s establishment in Washington, D.C.

4. Plaintiff is a resident and citizen of the Commonwealth of Virginia.

5. Upon information and belief, Defendant Zanzibar is a bar and/or restaurant located in the District of Columbia.

6. Defendant Iverson is a resident and citizen of the Commonwealth of Pennsylvania.

7. The district courts of the United States have original jurisdiction over this civil action pursuant to 28 U.S.C. §§ 1332 because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

8. Plaintiffs' civil action is removable to this court pursuant to 28 U.S.C. §§ 1441 and 1446 because the district courts of the United States have original jurisdiction over this matter and because this court embraces the jurisdiction in which the action is currently pending.

9. Defendant Iverson consents to the removal of this action from the Superior Court of the District of Columbia to the United States District for the District of Columbia.

10. This Notice of Removal is filed within 30 days after receipt by Defendant Iverson "through service or otherwise, [of] a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

**WHEREFORE,** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Iverson requests that further proceedings in the Superior Court of the District of Columbia be

discontinued, and that this civil action be removed to the United States District Court for the District of Columbia.

Defendant Iverson, upon the filing of this Notice of Removal, shall also be promptly filing copies of this notice with the Clerk of Court for the Superior Court of the District of Columbia to effect removal of this action to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1446(d).

SHERMAN, SILVERSTEIN, KOHL<br>
ROSE & PODOLSKY, P.A.

Dated: __Monday, April 24, 2006__     By: _____/s/ Alan C. Milstein_____
                                                         ALAN C. MILSTEIN (NY0026)
Attorney for Defendant Allen Iverson
Fairway Corporate Center
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109
Telephone: (856) 662-0700
Facsimile: (856) 488-4744