**CERTIFICATE OF SERVICE**

I, Alan C. Milstein, Esquire declare under penalty of perjury that on April 24, 2006, a copy of the Defendant's Notice of Removal to the United States District Court for the District of Columbia and Certificate of Service were mailed via first class mail postage prepaid to Plaintiff's attorneys at the addresses listed below:

> Tina L. Snee, Esquire
> 9401 Lee Highway, Suite 206
> Fairfax, VA 22031
> Tel: (703) 352-8833
> Fax: (703) 352-8881
>
> David L. Marks, Esquire
> 10615 Judicial Drive, Suite 101
> Fairfax, VA 22030
> Tel: (703) 385-1100
> Fax: (703) 383-0101

                                          SHERMAN, SILVERSTEIN, KOHL
                                          ROSE & PODOLSKY, P.A.


Dated:   Monday, April 24, 2006        By:      /s/ Alan C. Milstein
                                          ALAN C. MILSTEIN (NY0026)
                                          Attorney for Defendant Allen Iverson
                                          Fairway Corporate Center
                                          4300 Haddonfield Road, Suite 311
                                          Pennsauken, NJ 08109
                                          Telephone: (856) 662-0700
                                          Facsimile: (856) 488-4744