# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BRODY, | CIVIL ACTION |
| Plaintiff | NO. 1:06-cv-792 |
| v. | |
| ZANZIBAR ON THE WATERFRONT, LLC, | |
| ALLEN IVERSON<br>1432 Monk Road<br>Gladwyne, PA 19035, | |
| and | |
| John Doe, | |
| Defendants. | |

## ANSWER OF DEFENDANT ALLEN IVERSON
## TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

Defendant ALLEN IVERSON (hereinafter referred to herein as "Mr. Iverson"), by and through his undersigned counsel, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., by way of answer to plaintiff's Complaint, hereby says, admits, denies, and avers as follows:

1. In response to paragraph 1 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

2. Denied. Proof of claim is hereby demanded at time of trial.

3. In response to paragraph 3 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

    4.    Denied. Proof of claim is hereby demanded at time of trial.

    5.    In response to paragraph 5 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

    6.    Denied. Proof of claim is hereby demanded at time of trial.

    7.    Denied. Proof of claim is hereby demanded at time of trial.

    8.    Denied. Proof of claim is hereby demanded at time of trial.

    9.    Denied. Proof of claim is hereby demanded at time of trial.

    10.    In response to paragraph 10 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

    11.    Denied. Proof of claim is hereby demanded at time of trial.

    12.    Denied. Proof of claim is hereby demanded at time of trial.

    13.    In response to paragraph 13 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

    14.    In response to paragraph 14 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

    15.    Denied. Proof of claim is hereby demanded at time of trial.

    16.    In response to paragraph 16 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

    17.    Denied. Proof of claim is hereby demanded at time of trial.

    18.    Denied. Proof of claim is hereby demanded at time of trial.

    19.    Denied. Proof of claim is hereby demanded at time of trial.

    20.    In response to paragraph 20 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

    21.    Denied. Proof of claim is hereby demanded at time of trial.

    22.    In response to paragraph 22 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

    23.    In response to paragraph 23 of the Complaint, Mr. Iverson is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein. Proof of claim is hereby demanded at time of trial.

In response to the prayer for relief contained at the end of the Complaint, Mr. Iverson denies that Plaintiff is entitled to any of the requested relief against him.

## AFFIRMATIVE DEFENSES

24. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

25. Plaintiff has failed to join one or more indispensable parties.

26. Plaintiff's claims are barred by the doctrine of laches.

27. Plaintiff is barred from obtaining any relief sought in the Complaint by reason of his own unclean hands.

28. Plaintiff's claims are barred by the doctrine of estoppel.

29. Plaintiff's claims are barred by the doctrine of waiver.

30. The injuries and damages allegedly suffered by the Plaintiff were proximately caused, in whole or in part, by his own conduct or fault.

31. Plaintiff's damages, if any, were proximately caused or contributed to, in whole or in part, by the intentional conduct or negligence of persons or entities other than Mr. Iverson for which Mr. Iverson is not responsible.

32. Plaintiff failed to mitigate his damages, if any.

33. Plaintiff has not been damaged in any amount, manner, or at all by reason of any act alleged against Mr. Iverson in the Complaint.

## JURY TRIAL DEMAND

Mr. Iverson hereby demands a jury on all counts so triable.

                                                SHERMAN, SILVERSTEIN, KOHL
                                                ROSE & PODOLSKY, P.A.

Dated:  Monday, April 24, 2006        By:  /s/ Alan C. Milstein
                                                            ALAN C. MILSTEIN (NY0026)
                                                            Attorney for Defendant Allen Iverson
                                                            Fairway Corporate Center
                                                           4300 Haddonfield Road, Suite 311
                                                           Pennsauken, NJ 08109
                                                           Telephone: (856) 662-0700
                                                           Facsimile: (856) 488-4744