## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | CIVIL ACTION |
| Plaintiff | NO. |
| v. | |
| ZANZIBAR ON THE WATERFRONT, LLC, | |
| ALLEN IVERSON<br>1432 Monk Road<br>Gladwyne, PA 19035, | |
| and | |
| John Doe, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, Alan C. Milstein, Esquire declare under penalty of perjury that on May 1, 2006, a copy of Defendant Allen Iverson's Answer to Plaintiff's Complaint and Certificate of Service was electronically transmitted to Plaintiff's counsel at the following addresses via the Court's electronic filing system:

Tina L. Snee, Esquire
9401 Lee Highway, Suite 206
Fairfax, VA 22031
Tel: (703) 352-8833
Fax: (703) 352-8881

SHERMAN, SILVERSTEIN, KOHL
ROSE & PODOLSKY, P.A.

Dated:   Monday, May 1, 2006          By:   /s/ Alan C. Milstein
                                            ALAN C. MILSTEIN (NY0026)
                                            Attorney for Defendant Allen Iverson