## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GREGORY BROADY                      *

                                                  *       Case No. 06 0792

    Plaintiff                                    RMC

                                                  *

v.

                                                  *

ZANZIBAR ON THE WATERFRONT, et al.

                                                  *

    Defendants                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER

COMES NOW defendant, Zanzibar on the Waterfront, by and through counsel, Alex M. Grant, and in answer to the Complaint filed by plaintiff, Gregory Broady, states as follows:

### FIRST DEFENSE

That the Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The numbered paragraphs of the Complaint are answered as follows.

1.       The Defendant denies the allegations contained in paragraph 1 of the Complaint and refers all issues of law to the court at the time of trial.

2.       Defendant lacks sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraph 2 of the Complaint, and therefore denies same.

3 - 6.       Defendant lacks sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraphs 3, 4, 5 and 6 of the

Complaint, and therefore denies same.

    7 - 9.    The Defendant denies the allegations contained in paragraphs 7, 8, and 9 of the Complaint.

    10.    The Defendant denies the allegations contained in paragraph 10 of the Complaint and refer all issues of law to the court at the time of trial.

    11.    The Defendant denies the allegations contained in paragraph 11 of the Complaint.

    12 - 14.    Defendant lacks sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraphs 12, 13 and 14 of the Complaint, and therefore denies same.

    15.    The Defendant denies the allegations contained in paragraph 15 of the Complaint.

    16.    Defendant lacks sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraph 16 of the Complaint, and therefore denies same.

    17 – 20.    The Defendant denies the allegations contained in paragraphs 17, 18, 19 and 20 of the Complaint.

    21.    Defendant lacks sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraph 21 of the Complaint, and therefore denies same.

    22 and 23.    The Defendant denies the allegations contained in paragraphs 22 and 23 of the Complaint.

### THIRD DEFENSE

Defendant avers that any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

### FOURTH DEFENSE

Defendant avers that the claim alleged in plaintiff's Complaint is barred by the plaintiff's assumption of the risk.

### FIFTH DEFENSE

Defendant avers that the claim alleged in plaintiff's Complaint is barred due to the negligence and/or affirmative conduct of others for whom in law these Defendants are not responsible.

### SIXTH DEFENSE

Defendant avers that the Court lacks jurisdiction over this matter and person.

### SEVENTH DEFENSE

Defendant avers that the claim is barred due to lack of service of process or insufficient service of process.

### EIGHTH DEFENSE

Defendant avers that plaintiff has claimed as damages in this case injuries which were not proximately caused by the incident upon which the Complaint is based.

### NINTH DEFENSE

Plaintiff's claim is barred by the operation of the statute of limitations.

### TENTH DEFENSE

Defendants will rely upon all defenses lawfully available to them including, but not limited to, those already asserted herein.

**WHEREFORE**, the Defendant respectfully requests that the Complaint filed herein be dismissed with prejudice, with costs, and interest as provided by law assessed against the Plaintiff and that the Defendant be granted such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

LAW OFFICES OF ROBERT GRAHAM FIORE

_____
Alex M. Grant - 427875
Colesville Road, Suite L-200
Silver Spring, Maryland 20910
(301) 588-8036

Attorney for Defendant

## JURY DEMAND

Defendant demands a trial by jury as to all issues raised herein.

_____
Alex M. Grant - 427875

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, this _____ day of May, 2006, to:

    Tina L. Snee, Esquire
    9401 Lee Highway, Suite 206
    Fairfax, Virginia 22031
    (703) 352-8833

    David L. Marks, Esquire
    10615 Judicial Drive, Suite 101
    Fairfax, Virginia 22030
    (703) 385-1100

    _____
    Alex M. Grant - 427875