# United States District Court
# For the District of Columbia

GREGORY BROADY

          Plaintiff(s)     )   **APPEARANCE**

          vs.     )   CASE NUMBER   06 0792
ZANZIBAR ON THE WATERFRONT, et al. )

          Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Tina L. Snee  as counsel in this
                       (Attorney's Name)

case for:  Gregory Broady
          (Name of party or parties)

5/18/06
Date

                          Signature

416191
BAR IDENTIFICATION

                          Tina L. Snee
                          Print Name

                          9401 Lee Highway, Suite 206
                          Address

                          Fairfax, VA  22031
                          City       State       Zip Code

                          (703) 352-8833
                          Phone Number