**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GREGORY BROADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case no. 1:06-cv-00792-RMC |
| | ) | |
| ZANZIBAR ON THE WATERFRONT, LLC, et al. ) | | |
| | ) | |
| Defendants. | ) | |

### REQUIREMENTS PURSUANT TO RULE 16.3

COME NOW the parties, by and through counsel, and file this List of Requirements Pursuant to Rule 16.3, stating as follows:

1.      Plaintiff, Gregory Broady, filed this case in D.C. Superior Court, and it was removed by defendant Allen Iverson pursuant to 28 U.S.C. 1332, as the matter of controversy exceeds $75,000 and is between citizens of different states.

2.      The parties have discussed alternative dispute resolution and believe that court-ordered mediation at the conclusion of discovery would be in the best interests of all parties.  The parties do not elect to proceed with a magistrate.

3.      **DEADLINES**

| | | |
|---|---|---|
| A. | Initial discovery disclosures | 8/31/06 |
| B. | Additional partied added and amended pleadings filed | 10/31/06 |
| C. | Completion of discovery | 12/31/06 |
| D. | Dispositive motions filed | 1/31/07 |

GREGORY BROADY
By Counsel


TINA L. SNEE & ASSOCIATES, PLLC


_____
Tina L. Snee, Esq (DCB 416191)
Roopal Gupta, Esq. (DCB 485781)
9401 Lee Highway, Suite 206
Fairfax, VA  22031
(703) 352-8833
(703) 352-8881 (fax)


## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this ____ day of June 2006 to:

Alex M. Grant, Esq.                              Alan C. Milstein, Esq.
Law Offices of Robert Graham Fiore    Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
8737 Colesville Road, Suite L-200        4300 Haddonfield Road, Suite 311
Silver Spring, MD  20910                      Pennsauken, NJ  08109


                                        _____
                                        Tina L. Snee