### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | CIVIL ACTION |
| Plaintiff | NO. 1:06-cv-792 (RMC) |
| v. | |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | |
| Defendants. | |

### MOTION FOR THE *PRO HAC VICE* ADMISSION OF MATTHEW A. TUCKER

Pursuant to LCvR 83.2(d), Alan C. Milstein, member of the Bar of this Court and counsel of record for Mr. Allen Iverson, Defendant in the above-captioned matter, hereby moves this honorable Court for the *pro hac vice* admission of Matthew A. Tucker, Esquire ("Mr. Tucker"), who serves as counsel to Allen Iverson with regard to certain general legal matters.  In support of said motion, I attach hereto a declaration of Mr. Tucker and a proposed order of admission.

Respectfully,

Dated:    June 13, 2006                    By:    */s/ Alan C. Milstein*
                                                ALAN C. MILSTEIN (NY0026)
                                                Fairway Corporate Center
                                                4300 Haddonfield Road, Suite 311
                                                Pennsauken, NJ 08109
                                                Telephone: (856) 662-0700
                                                Facsimile: (856) 488-4744
                                                Attorney for Defendant Allen Iverson