**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GREGORY BROADY, | : CIVIL ACTION |
| Plaintiff | : NO. 1:06-cv-792 (RMC) |
| v. | : |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | : |
| Defendants. | : |

## <u>DECLARATION OF MATTHEW A. TUCKER FOR *PRO HAC VICE* ADMISSION</u>

Pursuant to LCvR 83.2(d), I, Matthew A. Tucker, Esquire, hereby make the following declarations under oath, pursuant to the herein Motion for *pro hac vice* admission filed by Alan C. Milstein, Esquire:

1.    My full name is Matthew A. Tucker;

2.    My office address and telephone number are as follows:

> Sherman, Silverstein, Kohl, Rose & Podolsky, PA
> Fairway Corporate Center
> 4300 Haddonfield Road - Suite 311
> Pennsauken, NJ 08109
> Telephone: (856) 662-0067
> Facsimile: (856) 488-4744

3.    I have been admitted to the following bars: a) The Commonwealth of Pennsylvania; b) The State of New Jersey; c) The United States District Court for the Eastern District of Pennsylvania; and d) The United States District Court for the District of New Jersey.

4.    I hereby certify that I am a member in good standing of each of the aforementioned bars and that I have never been disciplined by the bar of any court;

5.      I have been admitted *pro hac vice* in The United States District Court for the District of Columbia on one (1) occasion in the last two (2) years.

Respectfully Submitted,

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

Dated: _____June 13, 2006_____        By: _____*/s/ Matthew A. Tucker*_____
                                                 Matthew A. Tucker
                                                 Fairway Corporate Center
                                                 4300 Haddonfield Road - Suite 311
                                                 Pennsauken, NJ 08109
                                                 Telephone: (856) 662-0067
                                                 Facsimile: (856) 488-4744