UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY BROADY, | : | CIVIL ACTION |
| Plaintiff | : | NO. 1:06-cv-792 (RMC) |
| v. | : | |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of The Motion for the *Pro Hac* Vice Admission of Matthew A. Tucker, filed by Alan C. Milstein, counsel for Mr. Allen Iverson, Defendant in the above-captioned lawsuit, as well as the Declaration of Matthew A. Tucker, it is this _____ day of June, 2006,

ORDERED that the Motion is hereby granted.

_____
Hon. Rosemary M. Collyer
United States District Court Judge