UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BRODY, | : CIVIL ACTION |
| Plaintiff | : NO. 1:06-cv-792 (RMC) |
| v. | : |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Alan C. Milstein, Esquire declare under penalty of perjury that on June 13 2006, certified copies of the Defendant Allen Iverson's Motion for the *Pro Hac Vice* Admission of Matthew A. Tucker, Declaration of Matthew A. Tucker in support thereof, and proposed form of Order were served on the following individuals via the court's electronic filing system:

Tina L. Snee, Esquire
Tina L. Snee & Associates, PLLC
9401 Lee Highway, Suite 206
Fairfax, VA 22031

Alex M. Grant, Esquire
Law Offices of Robert Graham Fiore
8737 Colesville Road, Suite L-200
Silver Spring, MD 20910

Dated:   June 13, 2006          By:   */s/ Alan C. Milstein*
　　　　　　　　　　　　　　　　　　ALAN C. MILSTEIN (NY0026)
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Allen Iverson