# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| **Gregory Broady,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-792 (RMC)** |
| | ) | |
| **Zanzibar on the Waterfront, L.L.C. and** | ) | |
| **Allen Iverson,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### Standing Order for Civil Cases Directing Counsel to Register for Electronic Case Filing[1]

As stated in LCvR 5.4, all documents to be filed with the Court, *except in Under Seal cases*,[2] must be filed utilizing the Case Management/Electronic Case Filing ("CM/ECF") system,[3] and all counsel must maintain a Public Access to Court Electronic Records ("PACER" (www.pacer.psc.uscourts.gov)) account to view dockets and documents.  Accordingly, it is hereby

---

[1] Effective January 5, 2004, for all civil cases.

[2] ***Documents in cases that are <u>Under Seal</u> must be filed in person, in paper form (original and one paper copy).  A floppy disk or CD-Rom compact disk, with the document(s) in PDF format, clearly labeled with the case number and the name of the document, must also be provided to the Intake section of the Clerk's Office at the time of filing <u>between the hours of 9:00 a.m. and 4:00 p.m. only</u>.  Do not deposit these materials in the overnight drop box or e-mail them to the Court's generic e-mail box***.

[3] *Pro se* parties are exempt from the mandatory CM/ECF requirements and may file electronically only by obtaining a CM/ECF password through leave of Court.  "To obtain leave of Court, the *pro se* party must file a written motion entitled 'Motion for CM/ECF Password,' describing the party's access to the internet and confirming the capacity to file documents and receive the filings of other parties electronically on a regular basis.  If leave of Court is granted, the *pro se* party must complete the CM/ECF training provided by the Clerk to all electronic filers before the Clerk issues a CM/ECF password."  LCvR 5.4(b)(2).

**ORDERED** that counsel who have not already done so immediately register for CM/ECF by following the procedures set forth at http://www.dcd.uscourts.gov/ecf.html. Counsel are hereby ordered to comply with all requirements detailed at this website, with particular emphasis on the requirements enumerated under the heading "ECF FILING POINTERS." Counsel are further notified that they are responsible for monitoring their e-mail accounts to retrieve electronic orders and documents. Counsel are further notified that the Clerk's Office will not mail paper copies of orders or other documents issued by the Court. Counsel who are not registered for CM/ECF are responsible for monitoring the docket and otherwise obtaining copies of items issued by the Court. It is

**FURTHER ORDERED** that counsel provide chambers, NOT the Clerk's Office, with a printed courtesy copy of any electronic submission attached to which are exhibits that number twenty-five (25) pages or more in total length.[4]

**SO ORDERED**.

Dated: June 20, 2006

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

---

[4] Exhibits shall be appropriately tabbed for ease of reference.