UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZANZIBAR ON THE WATERFRONT, LLC, )<br>et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00792-RMC |

### NOTICE OF DE BENE ESSE DEPOSITION

PLEASE TAKE NOTICE that Plaintiff, Gregory Broady, by and through counsel, on **October 23, 2006, at 1:00 p.m.**, will take the video taped de bene esse deposition of defendant **Allen Iverson**, before a notary public in and for the Commonwealth of Virginia, pursuant to the Federal Rules of Civil Procedure, at the offices of L.A.D. Reporting, located at 1100 Connecticut Avenue, NW, Lobby, Washington, DC 20036.  Said testimony shall continue from day to day until complete and is taken in preparation for and use at the trial of this case.

GREGORY BROADY
By Counsel

TINA L. SNEE & ASSOCIATES, PLLC

_____
Tina L. Snee, Esq (DCB 416191)
Roopal Gupta, Esq. (DCB 485781)
9401 Lee Highway, Suite 206
Fairfax, VA  22031
(703) 352-8833
(703) 352-8881 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this 10 day of October, 2006 to:

Alex M. Grant, Esq.  
Law Offices of Robert Graham Fiore  
8737 Colesville Road, Suite L-200  
Silver Spring, MD 20910

Alan C. Milstein, Esq.  
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.  
4300 Haddonfield Road, Suite 311  
Pennsauken, NJ 08109

_____  
Tina L. Snee