UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZANZIBAR ON THE WATERFRONT, LLC, )<br>et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00792-RMC |

**CERTIFICATE REGARDING DISCOVERY**

TO THE CLERK:

PLEASE TAKE NOTE that on October 12, 2006 Plaintiff Gregory Broady, in the above-captioned matter, by and through counsel, served the following discovery material

**Type of Discovery:**            Plaintiff's Interrogatories and Request for Production
                                  Of Documents to Defendant Zanzibar on the Waterfront
                                  LLC

                                  Plaintiff's Interrogatories and Request for Production of
                                  Documents to Defendant Allen Iverson

**Date/Manner of Service:**       See Certificate of Service below.

**Person Served:**                See Certificate of Service below.


                                  TINA L. SNEE & ASSOCIATES, PLLC

                                  _____
                                  Tina L. Snee, Esq (DCB 416191)
                                  Roopal Gupta, Esq. (DCB 485781)
                                  9401 Lee Highway, Suite 206
                                  Fairfax, VA  22031
                                  (703) 352-8833
                                  (703) 352-8881 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Plaintiff's Interrogatories and Request for Production of Documents to defendants Zanzibar on the Waterfront and Allen Iverson were mailed first class, postage prepaid, on the 12th day of October, 2006 to:

Alex M. Grant, Esq.
Law Offices of Robert Graham Fiore
8737 Colesville Road, Suite L-200
Silver Spring, MD 20910

Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl, Rose &
Podolsky, P.A.
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109

_____
Tina L. Snee