UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00792-RMC |
| ) | |
| ZANZIBAR ON THE WATERFRONT, LLC, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO COMPEL AND FOR EXTENSION
OF TIME TO ADD ADDITIONAL PARTIES**

COMES NOW the Plaintiff, by and through counsel, and files this his motion to compel and for additional time to add new parties, and in support thereof states as follows;

1. That the Plaintiff was brutally assaulted on or about June 4, 2004 by agents and/or employees of Allen Iverson, the defendant Zanzibar on the Waterfront, or both.

2. That those parties were unknown to the Plaintiff and were listed as John Doe in the Complaint.

3. At the initial conference the Court gave the parties until October 31, 2006 to add these additional parties. The Court further indicated that the names of those additional parties should be given up by the defendants as soon as possible.

4. That Interrogatories and Request for Production of Documents were propounded by the co-defendant, Zanzibar, on Allen Iverson in August of 2006 requesting the names of the individuals who were present and were representing him as security. Those Interrogatories and Request for Production of Documents have not been responded to.

5. That the Plaintiff, in late September, 2006, began trying to schedule the deposition of Allen Iverson to obtain the same information regarding who had accompanied him on the night in question.

6. The deposition of Allen Iverson was noted on October 10, 2006 for a date to occur on October 23, 2006 (see Notice of Deposition attached hereto as Exhibit 1). Allen Iverson failed to appear for that deposition.

7. The Plaintiff attaches a letter dated October 20, 2006 (Exhibit 2) which outlines the attempts made to take the deposition of Allen Iverson, and that even since that date no dates have been provided in regard to Allen Iverson's deposition or the information provided in regard to who had accompanied him.

8. The Plaintiff is unable at this time to name the additional required parties to the litigation, as the defendants have not produced that information.

9. The Plaintiff requests until January 12, 2007 for the naming of additional parties.

10. That the two defendants consent to the motion for additional time to add parties.

11. The Plaintiff certifies that he has made a good faith effort to confer and attempt to confer with the defendant, Allen Iverson, in an effort to secure this information and material without court action.

12. That the Plaintiff moves this Court to compel Allen Iverson to provide the full name, address, phone number and association with each person of those individuals accompanying him on the night of June 4, 2004 at Zanzibar on the Waterfront, LLC, within two weeks.

WHEREFORE, the Plaintiff moves this Court for additional time to add parties and to compel responses from Allen Iverson.

GREGORY BROADY
By Counsel

TINA L. SNEE & ASSOCIATES, PLLC

/S/
_____
Tina L. Snee, Esq (DCB 416191)
Roopal Gupta, Esq. (DCB 485781)
9401 Lee Highway, Suite 206
Fairfax, VA  22031
(703) 352-8833
(703) 352-8881 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was faxed and mailed first class, postage prepaid, this 31st day of October, 2006 to:

| | |
|---|---|
| Alex M. Grant, Esq. | Alan C. Milstein, Esq. |
| Law Offices of Robert Graham Fiore | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. |
| 8737 Colesville Road, Suite L-200 | 4300 Haddonfield Road, Suite 311 |
| Silver Spring, MD  20910 | Pennsauken, NJ  08109 |

/S/
_____
Tina L. Snee

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ZANZIBAR ON THE WATERFRONT, LLC, )<br>et al. )<br>)<br>    Defendants. ) | Case No. 1:06-cv-00792-RMC |

**NOTICE OF DE BENE ESSE DEPOSITION**

PLEASE TAKE NOTICE that Plaintiff, Gregory Broady, by and through counsel, on **October 23, 2006, at 1:00 p.m.**, will take the video taped de bene esse deposition of defendant **Allen Iverson**, before a notary public in and for the Commonwealth of Virginia, pursuant to the Federal Rules of Civil Procedure, at the offices of L.A.D. Reporting, located at 1100 Connecticut Avenue, NW, Lobby, Washington, DC 20036.  Said testimony shall continue from day to day until complete and is taken in preparation for and use at the trial of this case.

                                                        GREGORY BROADY
                                                        By Counsel

TINA L. SNEE & ASSOCIATES, PLLC

        /S/
_____
Tina L. Snee, Esq (DCB 416191)
Roopal Gupta, Esq. (DCB 485781)
9401 Lee Highway, Suite 206
Fairfax, VA  22031
(703) 352-8833
(703) 352-8881 (fax)

**EXHIBIT 1**

Case 1:06-cv-00792-CKK    Document 13    Filed 10/31/2006    Page 5 of 8

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this __10__ day of October, 2006 to:

| | |
|---|---|
| Alex M. Grant, Esq. | Alan C. Milstein, Esq. |
| Law Offices of Robert Graham Fiore | Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. |
| 8737 Colesville Road, Suite L-200 | 4300 Haddonfield Road, Suite 311 |
| Silver Spring, MD  20910 | Pennsauken, NJ  08109 |

/S/

_____

Tina L. Snee

# Snee, Dupray & Parrish

Tina L. Snee & Associates, PLLC
Dupray & Dupray, PLLC
Parrish Law Firm, PLLC

Not a Partnership
9401 Lee Highway
Suite 206
Fairfax, VA  22031
(703) 352-8833
Fax (703) 352-8881

October 20, 2006

Matthew A. Tucker, Esq.
Sherman, Silverstein, Kohl, Rose &
Podolsky, P.A.
4300 Haddonfield Road, Suite 311
Pennsauken, NJ  08109

      Re:    Broady v. Zanzibar on the Waterfront
                 Case no. 2006 CA 01774 B
                 Our file no. 44178

Dear Mr. Tucker:

      I received your message on Thursday, October 19, 2006 that Mr. Iverson would not be appearing for the deposition.  However, under the circumstances I feel I cannot cancel the deposition based on the record of events leading up to the October 23, 2006 date.

      Alex Grant and I called your office in late September to schedule the deposition of Allen Iverson, and provided on Mr. Milstein's voice mail several available dates.  I did not hear back from your office for over a week.  I then noted the deposition for one of the agreed upon dates between co-counsel and myself.  Before the notice went out, I received a call from your office and advised what date the deposition would be.

      At that time Mr. Milstein indicated that Mr. Iverson probably would not be available on that date, and I discussed with him that I needed alternative dates and, of course, would reschedule.  I was then told that someone would be getting back to me, and that local counsel would be hired.  That was before October 10, 2006.  I have heard nothing further from your office until the telephone call of October 19, 2006 indicating that he would not be appearing, but again, no alternative dates have been provided.

      It was your office that removed this matter from Superior Court to Federal Court, with much more stringent deadlines.  Counsel is aware that by the end of October that any and all additional parties are to be added.  Up to now, it has been the position of your office that Allen Iverson was not even present on the night of this occurrence.  If that is so, then his deposition

**EXHIBIT 2**

Matthew A. Tucker, Esquire
October 20, 2006
Page 2

would be quick and efficient when he establishes where he was other than Zanzibar on the Waterfront. If he was there, then we need to know who accompanied him so that I can comply with the deadlines.

    I will be requesting the costs of the court reporter for the October 23, 2006 deposition, but to keep costs and attorney time to a minimum, I will attempt to put the matter on the record via phone, and if anyone wishes to participate via a conference call, please provide the appropriate number.

                            Sincerely,

                             /S/

                            Tina L. Snee

TLS/dls

cc:    Alex M. Grant, Esquire
        David L. Marks, Esquire