UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00792-RMC |
| | ) |
| ZANZIBAR ON THE WATERFRONT, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

COMES NOW the parties, on a joint Motion to Extend Time to Add Additional Parties and on Plaintiff's Motion to Compel responses from the defendant, Allen Iverson, and

IT APPEARING that said motion is proper; it is hereby

ORDERED that the parties have until January 12, 2007 to add additional parties, and it is further;

ORDERED that Allen Iverson provide the names, addresses, and phone numbers in association with himself who were present with him at Zanzibar on the Waterfront the night of this occurrence.

_____
Judge, United States District Court for
the District of Columbia