UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY | * |
| *Plaintiff* | * |
| V. | *   Civil Action No. 06-792 (RMC) |
| ZANZIBAR ON THE WATERFRONT LLC AND ALLEN IVERSON, | * |
| *Defendants* | * |

******************************************************************

## ENTRY OF APPEARANCE

Please enter the appearance of Andrew B. Greenspan on behalf of the Defendant, Zanzibar on the Waterfront, in the above captioned case.

_____
Andrew B. Greenspan
Law Office of Andrew B. Greenspan
8600 LaSalle Road
Oxford Bldg. – Suite 620
Towson, Maryland 21286
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed postage pre-paid this \_\_\_\_\_ day of December, 2006 to:

Tina L. Snee & Associates, Tina L. Snee, Esq., 9401 Lee Highway, Suite 206
Fairfax, CA 22031, *Attorney for Plaintiff Broady*
Alan C. Milstein, Esq., Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
4300 Haddonfield Rd. – Suite 311, Pennsauken, NJ 08109
*Attorney for Co-Defendant Iverson*

_____
Andrew B. Greenspan, Esq.