gUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | CIVIL ACTION |
| Plaintiff | NO. 1:06-cv-792 (RMC) |
| v. | |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | |
| Defendants. | |

**DEFENDANT ALLEN IVERSON'S NOTICE OF
MOTION FOR PROTECTIVE ORDER**

To:  Tina L. Snee, Esquire                Andrew B. Greenspan, Esquire
     Tina L. Snee & Associates            Law Office of Andrew B. Greenspan
     9401 Lee Highway, Suite 206           8600 LaSalle Rd., Oxford Bldg. – Suite 620
     Fairfax, VA 22031                    Towson, Maryland 21286
     Tel: (703) 352-8833                  Tel: (410) 339-7919
     Fax: (703) 352-8881                  *Attorney for Defendant Zanzibar on the*
     *Attorney for Plaintiff Gregory Broady*   *Waterfront, LLC*

Please take notice that on Friday, February 9, 2007 at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Rosemary M. Collyer, District Judge of the United States District Court for the District of Columbia, at 333 Constitution Ave., NW in Washington, DC 20001, Defendant Allen Iverson (hereinafter referred to herein as "Mr. Iverson" or "Defendant"), by and through his undersigned counsel, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., will present the accompanying Motion for Protective Order on objection to the taking of Mr. Iverson's deposition on February 8, 2007 in Washington, DC.

                Respectfully submitted,

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

Dated:   February 7, 2007       By:   */s/ Matthew A. Tucker*
                                                   Alan C. Milstein, Esquire
                                                   Matthew A. Tucker, Esquire
                                                   Fairway Corporate Center
                                                 4300 Haddonfield Road - Suite 311
                                                 Pennsauken, NJ 08109
                                                 Telephone: (856) 662-0700
                                                 Facsimile: (856) 488-4744
                                                 *Attorneys for Defendant Allen Iverson*