# **CERTIFICATE OF SERVICE**

I certify that on the date provided below, I caused true and correct copies of Defendant Allen Iverson's foregoing Notice of Motion for Protective Order, Motion for Protective Order, Affidavit of Allen Iverson, proposed form of Order, and other supporting documents to be filed electronically with the United States District Court for the District of Columbia's electronic filing system (ECF), which will automatically deliver copies of the foregoing to the following counsel of record:

| | |
|---|---|
| Tina L. Snee, Esquire | Andrew B. Greenspan, Esquire |
| Tina L. Snee & Associates | Law Office of Andrew B. Greenspan |
| 9401 Lee Highway, Suite 206 | 8600 LaSalle Road |
| Fairfax, VA 22031 | Oxford Bldg. – Suite 620 |
| Tel: (703) 352-8833 | Towson, Maryland 21286 |
| Fax: (703) 352-8881 | Tel: (410) 339-7919 |
| *Attorney for Plaintiff Gregory Broady* | *Attorney for Defendant Zanzibar on the Waterfront, LLC* |

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

Dated:   February 7, 2007         By:      */s/ Matthew A. Tucker*
　　　　　　　　　　　　　　　　　　Alan C. Milstein, Esquire
　　　　　　　　　　　　　　　　　　Matthew A. Tucker, Esquire
　　　　　　　　　　　　　　　　　　Fairway Corporate Center
　　　　　　　　　　　　　　　　　　4300 Haddonfield Road - Suite 311
　　　　　　　　　　　　　　　　　　Pennsauken, NJ 08109
　　　　　　　　　　　　　　　　　　Telephone: (856) 662-0700
　　　　　　　　　　　　　　　　　　Facsimile: (856) 488-4744
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Allen Iverson*