UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY,            )<br>                                                )<br>        Plaintiff,              )<br>                                                )<br>v.                                              )    Case No. 1:06-cv-00792-RMC<br>                                                )<br>ZANZIBAR ON THE WATERFRONT, LLC,  )<br>et al.                                       )<br>                                                )<br>        Defendants.          ) | |

## LINE

PLEASE TAKE NOTICE that on May 21, 2007 Plaintiff Gregory Broady, in the above-captioned matter, by and through counsel, served via fax and regular mail, postage prepaid, the expert report of Norman Bates on the following:

Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
4300 Haddonfield Road, Suite 311
Pennsauken, NJ  08109

Andrew B. Greenspan, Esquire
Law Office of Andrew B. Greenspan
8600 LaSalle Road
Oxford Bldg. - Suite 620
Towson, MD 21286

TINA L. SNEE & ASSOCIATES, PLLC

_____
Tina L. Snee, Esq (DCB 416191)
Roopal Gupta, Esq. (DCB 485781)
9401 Lee Highway, Suite 206
Fairfax, VA  22031
(703) 352-8833
(703) 352-8881 (fax)