CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 06-0792 (CKK) |
| ) | |
| ZANZIBAR ON THE WATERFRONT, ) et al. ) | Category   B |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 17, 2007</u> from <u>Judge Rosemary M. Collyer</u> to <u>Judge Colleen Kollar-Kotelly</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee


cc:   <u>Judge Collyer</u> & Courtroom Deputy
      <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓