UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00792-RMC |
| ) | |
| ZANZIBAR ON THE WATERFRONT, LLC, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION TO
## CONTINUE INITIAL SCHEDULING CONFERENCE

COMES NOW the Plaintiff, by and through counsel, and files this, his Consent Motion to Continue the Initial Scheduling Conference from October 23, 2007, and in support thereof states as follows:

1. This matter was unilaterally scheduled by the court for October 23, 2007 at 11:45 a.m. At that time Plaintiff's counsel is scheduled for a Continuing Legal Education seminar for credits that are due on or before October 31, 2007.

2. All counsel and the court have agreed that they are available on November 9, 2007 at 9:00 a.m.

3. It is necessary for the lead counsel to be present at the Initial Scheduling Conference, and all counsel can be present on November 9, 2007 at 9:00 a.m., which date is not untimely from the unilaterally scheduled date of October 23, 2007.

WHEREFORE, Plaintiff moves the court to continue the Initial Scheduling Conference from October 23, 2007 to November 9, 2007 at 9:00 a.m.

Respectfully submitted,

GREGORY BROADY
By Counsel


TINA L. SNEE & ASSOCIATES, PLLC

_____
Tina L. Snee, Esq (DCB 416191)
Roopal Gupta, Esq. (DCB 485781)
9401 Lee Highway, Suite 206
Fairfax, VA  22031
(703) 352-8833
(703) 352-8881 (fax)


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this ____ day of September, 2007 to:

Alan C. Milstein, Esq.  
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.  
4300 Haddonfield Road, Suite 311  
Pennsauken, NJ  08109

Andrew B. Greenspan, Esquire  
Law Office of Andrew B. Greenspan  
8600 LaSalle Road  
Oxford Bldg. - Suite 620  
Towson, MD 21286

_____
Tina L. Snee

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZANZIBAR ON THE WATERFRONT, LLC, )<br>et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00792<br>(Judge C. Kollar-Kotelly) |

### ORDER

COMES NOW the plaintiff, on a Consent Motion to Continue Initial Scheduling Conference; and

IT APPEARING that said motion is proper; it is hereby

ORDERED that the Initial Scheduling Conference is continued from October 23, 2007 at 11:45 a.m. to November 9, 2007 at 9:00 a.m.

_____
Honorable Colleen Kollar-Kotelly
Judge, United States District Court for
the District of Columbia