### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | : CIVIL ACTION |
| Plaintiff | : NO. 1:06-cv-792 (RMC) |
| v. | : |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | : |
| Defendants. | : |

### ORDER

**AND NOW**, this ____ day of January 2008, upon consideration of Defendant Allen Iverson's Motion for Extension in the Time for Filing Motion for Summary Judgment, and for good cause shown,

It is hereby **ORDERED** and **DECREED** that Defendant's Motion for Extension in the Time for Filing Motion for Summary Judgment is **GRANTED** and the revised date for the parties' filing of Motions for Summary Judgment is hereby extended for two (2) days and scheduled for Wednesday, January 16, 2008

**BY THE COURT:**

Dated: _____    _____

Kollar-Kotelly, J.