## CERTIFICATE OF SERVICE

I, Alan C. Milstein, Esquire declare under the penalty of perjury that on the date specified below, I caused to be served a true and correct copy of Defendant Allen Iverson's foregoing papers via the Court's electronic filing system and via Regular Mail to the following counsel of record:

Tina L. Snee, Esquire
9401 Lee Highway, Suite 206
Fairfax, VA 22031
Tel: (703) 352-8833
Fax: (703) 352-8881
*Attorneys for Plaintiff Gregory Broady*

Andrew B. Greenspan, Esquire
8600 LaSalle Road
Oxford Building, Suite 620
Towson, MD 21286-5955
Telephone: (410) 339-7919
Facsimile: (410) 339-4641
*Attorneys for Defendant Zanzibar*

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

Dated: January 11, 2007      By: /s/ Alan C. Milstein
Alan C. Milstein, Esquire
Matthew A. Tucker, Esquire
Fairway Corporate Center
4300 Haddonfield Road - Suite 311
Pennsauken, NJ 08109
Telephone: (856) 662-0700
Facsimile: (856) 488-4744
*Attorneys for Defendant Allen Iverson*