UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | CIVIL ACTION |
| Plaintiff | NO. 1:06-cv-792 (CKK) |
| v. | |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | |
| Defendants. | |

**DEFENDANT ALLEN IVERSON'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and LCvR 7(h) and 56.1, Allen Iverson, Defendant in the above-captioned matter (hereinafter referred to herein as "Mr. Iverson"), by and through his undersigned counsel, Alan C. Milstein and Matthew A. Tucker of Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., hereby moves for an order, in the form submitted herewith, granting Summary Judgment in favor of Mr. Iverson and against Plaintiff Broady. Mr. Iverson respectfully submits that such relief is warranted for the reasons set forth in the accompanying Statement of Material Facts, Memorandum of Points and Authorities, and supporting documents.

Respectfully submitted,

**SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.**

Dated:      January 16, 2008             By:        */s/ Alan C. Milstein*
Alan C. Milstein, Esquire
Matthew A. Tucker, Esquire
Fairway Corporate Center
4300 Haddonfield Road - Suite 311
Pennsauken, NJ 08109
Telephone: (856) 662-0700
Facsimile: (856) 488-4744
*Attorneys for Defendant Allen Iverson*