# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | CIVIL ACTION |
| Plaintiff | NO. 1:06-cv-792 (CKK) |
| v. | |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | |
| Defendants. | |

## ORDER

**AND NOW**, this ____ day of January 2008, upon consideration of Defendant Allen Iverson's Motion for Summary Judgment, the submissions and arguments relating thereto, any opposition thereto, and for good cause shown, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

Defendant's Motion for Summary is **GRANTED** and it is further **ORDERED** that:

Judgment is entered in favor of Defendant Allen Iverson and against Plaintiff Broady.

**SO ORDERED**.

Dated: _____   By: _____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

| | | |
|---|---|---|
| Alan C. Milstein, Esquire | Tina L. Snee, Esquire | Andrew B. Greenspan, Esquire |
| Matthew A. Tucker, Esquire | Tina L. Snee & Associates | 8600 LaSalle Road |
| Fairway Corporate Center | 9401 Lee Highway - Suite 206 | Oxford Building. - Suite 620 |
| 4300 Haddonfield Rd. - Suite 311 | Fairfax, VA 22031 | Towson, Maryland 21286 |
| Pennsauken, NJ 08109 | *Attorney for Plaintiff Broady* | *Attorney for Defendant* |
| *Attorneys for Defendant Iverson* | | *Zanzibar on the Waterfront* |