```
                                                              1
1              UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF COLUMBIA
3    - - - - - - - - - - - - - - -x
                                   :
4    GREGORY BRODY,                :
                                   :
5              Plaintiff,          :
                                   :  Case No.
6         vs.                      :  1-06-CV-00792-RMC
                                   :
7    ZANZIBAR ON THE                :
     WATERFRONT, LLC, et al.,      :    COPY
8                                  :
               Defendants.         :
9                                  :
     - - - - - - - - - - - - - - -x
10
11
12
13         Deposition of GREGORY BRODY
14              Washington, D.C.
15           Wednesday, May 2, 2007
16                 11:15 a.m.
17
18
19
20   Job No. 2-101327
21   Pages 1 - 128
22   Reported by: Paula J. Eastes
```


L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

```
                                                              2
 1          Deposition of GREGORY BROADY, held at
 2   the offices of:
 3
 4          L.A.D. Reporting
 5          1100 Connecticut Avenue, N.W.
 6          Suite 850
 7          Washington, D.C. 20036
 8
 9
10
11
12
13
14
15
16
17          Pursuant to agreement, before Paula J.
18   Eastes, Court Reporter and Notary Public in and for
19   the District of Columbia.
20
21
22
```

3

```
 1              A P P E A R A N C E S
 2
 3    ON BEHALF OF THE PLAINTIFF:
 4
 5         TINA SNEE, ESQUIRE
 6         Tina Snee & Associates
 7         9401 Lee Highway
 8         Suite 206
 9         Fairfax, Virginia   22031
10         (703) 352-8833
11
12    ON BEHALF OF THE DEFENDANT ZANZIBAR ON THE
13                  WATERFRONT:
14
15         ANDREW B. GREENSPAN, ESQUIRE
16         Law Office of Andrew Greenspan
17         8600 LaSalle Road
18         Suite 620 - The Oxford Building
19         Towson, Maryland   21286
20         (410) 339-7919
21
22
```

4

A P P E A R A N C E S

ON BEHALF OF DEFENDANT ALLEN IVERSON:

    MATTHEW TUCKER, ESQUIRE

    Sherman, Silverstein, Kohl, Rose & Podolsky

    Fairway Corporate Center

    4300 Haddonfield Road

    Suite 311

    Pennsauken, New Jersey 08109

    (856) 661-2078

5

1                         C O N T E N T S

2   EXAMINATION OF GREGORY BROADY                          PAGE

3       By Mr. Greenspan                                      6

4       By Mr. Tucker                                       115

5

6

7                           E X H I B I T S

8                        (NO EXHIBITS MARKED)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

57

1       A     I didn't notice.

2       Q     The fellow in the black jeans and the
3   T-shirt that said Security, did he come at the same
4   time that the Allen Iverson group arrived?

5       A     I would say right around the same time that
6   the people started coming in. So, I am not sure, but
7   right around the same time. Yes.

8       Q     As far as you could tell, did he appear to
9   be part of Allen Iverson's group?

10      A     I just thought he was security. I can't
11  distinguish between the two. I just thought he was
12  security.

13      Q     Was he staying with Allen Iverson when you
14  saw him?

15      A     Yes. They blocked off that area. There
16  was three of them. They blocked off the area that he
17  was in.

18      Q     Was this a separate area, the SkyClub?

19      A     The SkyClub is a separate area in Zanzibar.
20  Yes, sir.

21      Q     Was this a particular area though of the
22  SkyClub that you were sitting in initially?

58

1      A    Yes, sir.  Correct.

2      Q    Can you describe that?

3      A    As you walk off the elevator the bar is
4 right in front of you.  It is to the right of the bar.
5 And it has like a glass or something there and it has
6 two pillars.  And I seen the personnel posted.  One
7 was at the pillar.  One was at the glass to block one
8 side.  There was another person on the other side.

9      Q    When you were talking about the person who
10 was blocking it, was that another large person that
11 was acting as security?

12     A    Yes.

13     Q    Was that person also wearing black jeans
14 and a black T-shirt that said Security?

15     A    Yes, sir.  There was three of them.

16     Q    Did you notice anybody else at the club
17 other than those three guys that were wearing black
18 jeans and a black T-shirt that said Security across
19 the front?

20     A    Not that I recall, sir.

21     Q    Had you ever seen those guys at the club
22 before?

59

1    A    No, sir.

2    Q    Had you ever seen security guards at the
3 club wearing black T-shirts with, you said it was a
4 gold lettering, that said Security on the front?

5    A    Black T-shirts with gold lettering I was
6 saying.

7         Yes. I have. On different occasions where
8 they have special guests I have seen that before.
9 Yes.

10   Q    Were those security people with the guest?
11 Is that what you are saying?

12   A    I am not for sure. Whenever they have
13 special guests, sometimes they have additional
14 security and I have seen guys dressed like that
15 before.

16   Q    Was that up at the SkyClub?

17   A    The SkyClub and also on the second floor
18 there is a VIP area in the back. Also back there too.

19   Q    So, those are people that appear to be
20 protecting the special guests?

21   A    I would guess.

22   Q    Any idea how many times you have seen those

60

1  individuals?

2      A    Not off the top of my head.  No, sir.

3      Q    Do you know if those were the same people
4  that you had seen on previous occasions or just are
5  you talking about seeing people with a black T-shirt
6  that said Security on the front?

7      A    Yes.  Just seeing them.

8      Q    When there weren't special guests around
9  though you never noticed any security guards dressed
10 that way?

11     A    No, sir.

12     Q    You said that you were upstairs with
13 Ms. McDaniels and Ms. Moore for some period of time
14 and then the SkyClub got crowded and you saw
15 Mr. Iverson was there, Allen Iverson?

16     A    Yes, sir.

17     Q    Walk me through what happened.
18          You said you got up to go to the bathroom?

19     A    Yes, sir.

20     Q    There was no problem heading over there; is
21 that right?

22     A    There was a lot of people, but they didn't

DEPOSITION OF GREGORY BROADY
CONDUCTED ON WEDNESDAY, MAY 2, 2007

61

1  give me any problems letting me out.  There was a lot
2  of people.
3        Q    Do you have any estimate as to how many
4  people were upstairs?
5        A    I have no idea.
6        Q    How long were you up in the SkyClub at the
7  same time Allen Iverson was?
8             How long were the both of you physically in
9  the SkyClub?
10       A    Estimation 30, 45 minutes.
11       Q    During that time were there any fights up
12 at the SkyClub?
13       A    Not at the time.  Not at that time.
14            As I walked back from the bathroom you
15 could see people pushing and so forth, but it wasn't
16 like it was any fights.  No.
17       Q    When you say you could see people pushing,
18 what are you describing?
19       A    I guess people were trying to get from
20 different areas of the club.  It was very crowded.
21       Q    You are saying people pushing kind of their
22 way through the crowd or people pushing as if they

62

1  were about to get into a fight?
2      A    When I got back to the security guard it
3  seemed like the people were trying to get over to the
4  VIP area and they were trying to keep people out so
5  they was pushing back and forth.
6           I was standing there looking at it because
7  I had a band on my hand.  So, I just stood there
8  waiting.
9      Q    Were there any punches thrown?
10     A    None that I saw.
11     Q    So, in any event you went to go back to
12 your seat; is that correct?
13     A    Correct, sir.
14     Q    Tell me what happened.
15     A    When I noticed the pushing I stepped back
16 and waited.  Then once it settled down I asked the
17 gentleman, I showed him my band, I was like can I get
18 in?  He told me no, get back off me, get off me.  So,
19 I stepped back.
20          So, I asked him again.  I was like here I
21 have a special band to get over there.  He is like,
22 I told you get off me, I told you get off me.  I was

63

1   like, well, I am away from you.  He is like, I can't
2   help you, you go talk to -- and he pointed to a guy
3   that was back behind him to my right.
4           So, I walked over.  He was dressed the same
5   way.  And I explained to him what was going on.  He
6   said there was too many people over in the area.  I
7   said my cell phone is over there and the lady that I
8   am with is over there.  He said, no problem, just
9   explain it to that guy and he will let you in, since
10  you were that side, it is better for you to go in that
11  entrance.
12      Q   Did you go over with that person?
13      A   No.  He said he couldn't move because he
14  had to control the people there.  Because I even asked
15  him, can you go and talk to him?  He said, I can't
16  move, I have to control this area.
17      Q   This was another guy in black jeans and a
18  back T-shirt?
19      A   Correct, sir.
20      Q   That said Security on the front?
21      A   Yes, sir.
22          So, I walked back over to the guy.  He

64

1  said, didn't I tell you get off me?  I am like, the

2  other gentleman told me to come back and talk to you

3  and ask you can I go and just get my cell phone and

4  the lady I am with and I will come on back out, no

5  problem.  I am like, it is getting too crowded anyway.

6           He said he couldn't help me, to speak to --

7  and he pointed to this guy.  I don't know if it was

8  his supervisor or manager.  But he said you need to

9  talk to him.  And the guy, it just so happened he was

10 walking past me.  He had dreadlocks.

11      Q    Do you know who that was?

12      A    The guy was saying that like that is the

13 person that runs security.

14           MS. SNEE:  He asked did you know who he

15 was?

16           THE WITNESS:  No, sir.  I had never seen

17 him before.  No, sir.

18 BY MR. GREENSPAN:

19      Q    So, that was not Ola or the person you know

20 as Foots?

21      A    No, sir.  It wasn't Foots.  It wasn't

22 Foots.

65

1    Q    Was that person dressed differently or was
2    he also wearing Security?
3    A    No.  He was dressed differently.
4    Q    Do you know who he was?
5    A    I have no clue.
6    Q    So, you went up to this person who had
7    dreadlocks and what did you tell him?
8    A    I told him that I was over in the area.  I
9    showed him my band.  He said, yes, that is the band to
10   get in, but there is too many people over there.  I
11   told him that my girl is over there with my cell
12   phone, I just want to just tell her to come out.  He
13   is like, stand right here, I will go get her.
14        So, as he walked in --
15   Q    Let me just stop you.
16        You have no idea what the name of this
17   person was?
18   A    No.
19   Q    Do you have any idea what his relationship
20   was with either Zanzibar or with the security guards?
21   A    Well, the security guard, he led me to
22   believe that that was his boss.  That is the reason

66

1  why I said his supervisor or his manager.  I can't
2  remember the exact words, but he led me to believe
3  that that was his boss.
4      Q   So, did you walk back over to that area
5  with this gentleman?
6      A   I didn't leave the area.  I am standing
7  there.  He actually was coming past and he came to me.
8  So, I am still standing there in the same place.  I
9  didn't change locations.
10     Q   Was that person wearing any type of badge
11 or tag or anything that indicated he worked for
12 Zanzibar?
13     A   He didn't have nothing like that.  No.
14     Q   None of the security guards were wearing
15 anything that you recall that indicated they worked
16 for Zanzibar?
17     A   I never noticed a security person wearing
18 anything like that.
19     Q   Okay.  Go ahead.
20         So, you spoke with this person with
21 dreadlocks.  He said he was going to help you?
22     A   Yes.  He said he was going to walk in and

67

1    he would try to look for the person I am talking about

2    and tell her and have her bring the cell phone out.

3            So, he walked in.  He walked straight

4    ahead.  He went to the left.  He went one direction.

5    I can't remember.  He went one direction and I was

6    like no-no.  Because he turned around, I said no-no,

7    it is the other direction.  Because he had turned

8    around and looked at me.

9            When I put my hand back down that is when I

10   noticed being hit on the right side of my face.  I

11   turned around and I got hit straight on.  The next

12   thing I remember I woke up in the elevator with a

13   white towel on my face with blood all over my suit.

14       Q    Do you know how you got to the elevator?

15       A    Not until Nate told me that he saw them

16   drag me to the elevator, the security people.  I was

17   unconscious.  I have no idea.

18       Q    Did you see the person who hit you?

19       A    It was the same gentleman that I had been

20   talking to earlier.

21       Q    The guy in the black jeans and the black

22   T-shirt that said Security on the front?

120

```
 1       Q    But it was after that evening?
 2       A    Yes, sir.
 3       Q    How do you know that the actions of John
 4  Doe were known to Zanzibar?
 5       A    A lot of people that were there said that
 6  this particular -- well, after many people complained
 7  about it.  That is the reason why they went up and
 8  approached him, approached that person, and that is
 9  when Allen Iverson said if he goes, then I go.
10            Mr. Green said that he was aware there was
11  quite a few incidents that happened the night before
12  that he was investigating.  He didn't know that I was
13  a part of it.  That was the Sunday.
14       Q    Did you see Allen Iverson giving directions
15  to the individual you identified as John Doe?
16       A    I wasn't around him too long.
17       Q    Your Complaint also alleges that John Doe
18  was acting as an employee of the defendants in
19  directing patrons and controlling patrons at Zanzibar
20  on The Waterfront on the evening in question.
21            How do you know that John Doe was an
22  employee, acting as an employee of Zanzibar?
```

DEPOSITION OF GREGORY BROADY
CONDUCTED ON WEDNESDAY, MAY 2, 2007

121

1     A    He was stopping people from moving from one
2  place to another.
3          I mean, that just shows a position of
4  authority.
5     Q    Then the same question with Mr. Iverson.
6  How do you know that he was acting as his employee?
7          Let me rephrase that question.  It was
8  unclear.
9          How do you know that John Doe was acting as
10 the employee of Mr. Iverson on the evening in
11 question?
12    A    They appeared around the same time.
13         I am not aware who he was working for.  I
14 just looked at him as security.
15    Q    I believe, correct me if I am wrong, I
16 believe you stated that at some point you left the
17 SkyClub VIP area to go to the bathroom.
18         Is that correct?
19    A    Yes.  I walked right across.
20    Q    I'm sorry.  Maybe I was a little bit
21 confusing.  I was referring to the SkyClub and the VIP
22 area as the same thing.  So, I guess I really meant

122

1   the SkyClub.

2       A    Yes. I did.

3       Q    When you were attempting to return to the

4   SkyClub after using the bathroom, you were stopped by

5   the individual identified as John Doe, correct?

6       A    Correct, sir.

7       Q    During this time do you know where

8   Mr. Iverson was?

9       A    He was right close. You could see him

10  where I was standing. He was right there. He was

11  against the wall.

12      Q    So, you could actually see him. All right.

13           Did he do anything when this was going on?

14      A    There was quite a few people between the

15  security guy and him.

16           MS. SNEE:  Did you see him do anything?

17           THE WITNESS:  No.

18  BY MR. TUCKER:

19      Q    I think this was probably covered already.

20           The individual you have identified as John

21  Doe, at any point did he identify himself to you?

22      A    He was very aggressive.