STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1

Speaking with Mr. Broady on August 16, 2005 at 11:06 a.m. concerning his knowledge of an incident reported to have occurred on June 4, 2004.

Q. Sir, may I have your full name please?

A. Uh, Gregory Lawrence Broady.

Q. And, your middle name is Lewis?

A. Lawrence.

Q. Okay Lawrence. How do you spell your last name Mr. Broady?

A. Broady. B-R-O-A-D-Y.

Q. Do you realize the interview is being recorded?

A. Yes, sir.

Q. And is it being done so with your permission?

A. Yes, sir.

Q. Okay, Mr. Marx (sic) as his attorney (inaudible) being done with your permission also?

A. Um, I'd prefer if it wasn't recorded. Um, I understand. Is, is it part of your protocol to have it recorded?

Q. Yes, I thought that's why, there was the, the purpose of this conversation.

A. Okay, well I thought the purpose was to get a statement from him. Um, if it absolutely has to be recorded, that's fine.

Q. Okay. Mr. Broady, may I have your home address, please?

A. 9721 Caltor Lane.

Q. Could you spell that for me, please?

A. C-A-L-T-O-R.

STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1
Page 2

Q.  And where is that at, sir?

A.  (inaudible) New Orleans.

Q.  And your zip code there?

A.  20744.

Q.  And what's your telephone number at that location?

A.  (703) 717-5383.

Q.  And what is your date of birth sir?

A.  12/12/65.

Q.  Okay, and are you married or single?

A.  Umm, in the process of a divorce.

Q.  Okay, and where are you employed at, sir?

A.  I'm employed with Apptis, Incorporated. It's spelled A-P-P-T-I-S.

Q.  And what do you do there, sir?

A.  I'm a Senior Network Engineer.

Q.  Okay, now referring back to, to June 4, 2004. Is that correct, is that the correct date?

A.  Yes, sir. June 4, 2004.

Q.  Okay, now you were at the Zanzibar, and that's Z-A-N-Z-I-B-A-R on the waterfront?

A.  Yes, sir.

Q.  Where is that at sir?

A.  (inaudible) Washington, D.C. on, um, waterfront.

Q.  Okay, about what time did all this transpire?

A.  Um, it transpired between 11:30 and 12:00.

STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1
Page 3

Q. Okay, in the evening?

A. Yes, sir.

Q. Now, why were you at the Zanzibar?

A. Um, to meet with some friends. A friend of mine was having a birthday, uh, celebration, and we all met there.

Q. Okay, why don't you just tell me what happened, then?

A. Well, basically, um, um, the owner of the club had gave, um, everybody that was, that was in our party a VIP band to go upstairs to what they call the Sky Club, which is um, on the top floor of the Zanzibar. Uh, we were up there sitting, um, (inaudible) talking, socializing, and all (inaudible) a whole lot of people actually came into the, the area that we were sitting in. Um, I realized it was one of, it was a couple of rappers there and also Allen Iberson (sic).

Q. Okay, there was a couple who?

A. A couple of rappers, and Allen Iberson.

Q. Okay.

A. Um, the owner had told us that Allen Iberson was supposed to be there that night and that's another reason why he gave us the bands. We wouldn't have any problems, you know, getting around the club.

Q. Okay.

A. Um, so I had, um, had a, had a bottle of water, and we're sitting there in the V.I.P. area. Um, I got up to use the bathroom, uh, the lady friend who was with me asked, could she use my cell phone. So I walked out the V.I.P. area. On my way out of the area I noticed that, that it was like bodyguards, uh, security, I should say, that was posted at the pillars, exiting the area. I went to the bathroom. Um, I was coming back, I walked in, walking in the same direction I walked out of, and the gentleman told me to get away from him, to get back off of him. And I stopped, and I stepped back, and I tried to explain to him that I just wanted to go back. I showed him my V.I., V.I.P. band, and I told him I just wanted to get back to where I was at and that I left my cell phone there. He, uh, kept telling me "Get off of me, get off of me, get back". I didn't understand what he was saying because I was, I was, I had to be a good, you know, foot and half, two feet away from him. Um, he told me to go and he listen to what I had to say, told me to go and speak to the other gentleman that was the other security personnel, and tell him what was going on. I told him what was going on. He said "Due to the area that I needed to go into that I should, I should enter the same, right, right through where the other gentleman is standing at,

STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1
Page 4

    where the first gentleman was standing at. So I walked back to him, explained to him what the second security person said, and, uh, he said, well, "I can't help you. You have to talk to the manager". And that's when this one guy walked through here with dreadlocks. Uh, he was a shorter guy about my height, and, uh, he had dreadlocks, and he said, um, and I talked to him, explained to him what was going on. He was like "Well, sir", and he was very polite. The other guy was very belligerent, but he was very polite. He said, uh, "Sir, there's too many people in the area". He said "Let me go get your cell phone. Stay right here. I'll be right back". (inaudible) just stand there.

Q.     Okay.

A.     Stood there, and I didn't move, and the guy, the first gentleman, once again, said "Step back, step back". I stepped back, a little bit more. I watched the gentleman walk in, looking for my cell phone, but he went the wrong direction. So I went and I pointed to tell him, no, it was the other direction, and as I dropped my hand, I looked out my peripheral vision, and I seen someone swinging at me. The security guy hit me in, on the right side of my face, and hit me on my, in my mouth with his other fist. I woke up. I don't know how much time had passed. I woke up in the elevator.

Q.     At the club?

A.     At the club.

Q.     Okay, what happened then?

A.     I woke up at the elevator, (inaudible) the elevator. I reach for my cell phone, when I recall I didn't, I didn't have it. So I walked out the club to the car 'cause I know I had another cell phone in the car, 'cause I wanted to call the people that I was, that I was with to let them know what had happened. Um, got in the car, cell phone didn't pick up in the garage. So I pulled out of the garage, and (inaudible) get service and I called my lady friend and explained to her what happened.

Q.     She was still in the club?

A.     Yes, she was still in the V.I.P. club.

Q.     Okay, and, and what is her name, sir?

A.     Um, Cynthia McDaniel (sic).

Q.     Okay. Okay and what happened? Did she come out, or...?

A.     Yes, she came out. She couldn't... Uh, she came out of the club, and um, and, and, got in the car, and she asked me what had happened. Uhh, I told her, I told her, no, she, she said, "What happened to you?" And I told her, and she's like, "You know, I, I, I saw

STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1
Page 5

something", you know, and, um, and she was like, "Well, why did he do that?" I'm like, I have no idea. I didn't do anything. And, you know, people know me, you know, I usually frequent the club, so I know (inaudible) everybody. I never, I don't, I'm, I'm not a trouble person, I don't...

Q. Other than Cynthia McDaniel, that, that's your girlfriend at the time?

A. A, a friend of mine.

Q. A friend, okay. Was there anyone else with you in your party?

A. Yeah, there was, uh, um...

Q. The reason I ask is I see another name here, of a Danielle Moore (sic).

A. Danielle Moore was with us, she was uh, was with us earlier. She was part of the party.

Q. I see.

A. Yes.

Q. Okay.

A. She actually seen, I think she seen everything that happened.

Q. Okay. Prior to this occurring between 11:30 and midnight, how long had you been at the club?

A. Oh, we got there about 8:30, 9:00, and uh, we had dinner.

Q. Okay, had you been drinking?

A. During, uh, what, during dinner we had one, had one drink.

Q. And that was it, then. Okay. The security guards, now are they uniformed or ununiformed? Are they in uniforms?

A. They, they always dress the same way.

Q. I mean, they're not in uniforms?

A. Not, not uniforms like the police.

Q. No, like cloth, just regular clothing?

STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1
Page 6

A. They had on, uh, they all had on, uh, black jeans and black t-shirts and had "security" on it.

Q. Secure, okay, written on 'em then.

A. Yeah, it either had "security" or, or the security name (inaudible).

Q. (inaudible) you mentioned about, um, Iberson being there. Was the security, was it, was it with him or was it part of the Zanzibar security?

A. I, I, I mean, how would I know? I mean, I don't, I don't, I don't, I don't know. I mean, all I, all I knew it was security.

Q. Okay, and now you had mentioned you had been at the Zanzibar in the past.

A. Yes.

Q. Had you, have you ever been up in the Sky Club before?

A. Yes, I have.

Q. Have you ever noticed anyone, you know, security with shirts on like that?

A. Whenever there's like, uh, a celebrity there, yes, I have, yes.

Q. Okay.

A. But, but when there's, when it's a regular night, no, but whenever there's a celebrity there, yes.

Q. Okay, so, and here again you're not sure who, who, if, if the security is actually from the Zanzibar or with Al Iberson.

A. I mean, how, how would I know...?

Q. Well, I don't, that's why I'm asking, I thought maybe, you know, since you had (inaudible)...

A. Well, well, me as a patron, I would see 'em all together.

Q. Okay. Okay, now what type of injury did you sustain, sir?

A. Um, well, I sustained, um, (inaudible) I had two severe hematomas on the, severe hematomas on the right and the left side of my brain, and I ended up having to have brain surgery.

STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1
Page 7

Q. Any bleeding?

A. Bleeding that night?

Q. Yes, sir.

A. Yes, I had, uh, had, had my lip was, was busted open. I had to get stitches in my lip.

Q. Did you go to the hospital that evening?

A. Yes, I did.

Q. And which hospital was that?

A. It was the Alexandria, uh, Hospital.

Q. You were treated and released at the time?

A. Yes, I was.

Q. Okay. Now, I, I, like I said, I mentioned there's two names here apparently who were witnesses. In fact, this is in Mr. Marx's letter of Cynthia McDaniel and Danielle Moore. Did they actually witness this? Do you know?

A. Uh, yes, I guess, I, I know Danielle seen everything. Um, the sister may not have the, the right viewpoint. I know she (inaudible) I walked out, and then she seen me immediately after.

Q. Okay.

A. So, I mean, I don't know. I don't know how much she...

Q. Are, are, are there any other witnesses you're aware of?

A. Yeah, there's, there's other witnesses, but you know... I don't know. Uh, one guy, he's, uh, real good friends with the owner, and, I don't know. He, he um, I tried to communicate with him, and he's like "I don't want to get involved" 'cause he doesn't work for the club.

Q. Okay.

A. So, I don't know.

Q. Did the police investigate that evening?

STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1
Page 8

A. Not that evening. Um, I, I, kinda, you know, wasn't in the right frame of mind, so, sure, (inaudible) you know, to, to get away from, uh, get away from the, the situation because it seemed like it was, I don't like to be around when there's trouble like that.

Q. When you were out there conversing with the security guards, was there anyone else with you at the time, talking to 'em or anything? I mean, were you by yourself, or...?

A. No, it was, other people were around.

Q. But I mean with you, you mentioned you were walking to the restroom and then back again.

A. Yes.

Q. Was there anyone, actually friends or anything with you at the time?

A. Not, not right there beside me, no.

Q. Okay. Okay. Um, also, correct me if I'm wrong. You mentioned, you know you were hit. Then you, you, I don't want to put words in, you say you blacked out, or...

A. He knocked me unconscious.

Q. Okay. How'd you, and you say next thing you knew you were on the elevator.

A. Yes.

Q. Okay. You don't know how you got there?

A. One guy that I know, he said that he saw the two security guards drag me to the elevator.

Q. Okay.

A. There was three security guards, the, uh, the guy who hit me, the guy I went to talk to, and the guy with the dreads, kind of like, it was like, kind of like, (inaudible) and they, they dragged me and put me on the elevator. That's what he told me.

Q. Have you ever...? Prior to this, these security guards, have you ever seen them at the club before?

A. These security guards?

Q. Yes, sir.

STATEMENT OF GREGORY L. BROADY
CLAIM NO. 00959317AU1
Page 9

A. See, I don't, I don't know, I mean, I probably don't really pay any attention.

Q. Okay.

A. That much (inaudible).

Q. Was Iverson around these security guards when all this occurred? Was his group there?

A. Yeah, they was, they was all in the V.I.P. section.

Q. Okay.

A. (inaudible)...right there.

Q. Understood, okay. Anything else you can think of which might be important, anything you want to add?

A. No, I mean. Uh, no.

Q. How about you, Mr. Marx, anything you'd like to add?

A. Uh, no, not unless you have any specific questions.

Q. No, okay, well, um, unless, I'm, I'm going to go ahead and end the recorded statement, then.

RH/wp1
SEW/T243