```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF COLUMBIA

    ---------------------------------+

    GREGORY BROADY,                  +

              Plaintiff,             +

         v.                          +   Case No. 1:06-cv-00792-RMC

    ZANZIBAR ON THE WATERFRONT,      +

    LLC, et al.,                     +

              Defendants.            +

    ---------------------------------+




              Videotaped Deposition of WENDALL EVANS

                       Washington, D.C.

                    Tuesday, April 10, 2007

                           10:36 A.M.



    Job No.:  2-100036

    Pages 1 - 72

    Reported by:  Denice Z. Lombard, CSR

    Videotaped by:  Richard Fazio
```

COPY



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

2

1        Deposition of WENDALL EVANS,

2   held at the offices of:

3

4        L.A.D. REPORTING COMPANY

5        1100 Connecticut Avenue, N.W., Suite 850

6        Washington, D.C. 20036

7        (202) 861-3410

8

9

10

11        Pursuant to agreement, before Denice Z. Lombard,

12   Certified Shorthand Reporter and Notary Public in the

13   District of Columbia.

14

15

16

17

18

19

20

21

22

3

1               A P P E A R A N C E S

2       ON BEHALF OF PLAINTIFF:

3    TINA SNEE, ESQUIRE

4    TINA SNEE & ASSOCIATES

5    9401 Lee Highway, Suite 206

6    Fairfax, Virginia 22031

7    (703) 352-8833

8       ON BEHALF OF DEFENDANT ZANZIBAR ON THE WATERFRONT:

9    ANDREW L. GREENSPAN, ESQUIRE

10   LAW OFFICE OF ANDREW L. GREENSPAN

11   8600 LaSalle Road

12   Suite 620 - The Oxford Building

13   Towson, Maryland 21286

14   (410) 339-7919

15        APPEARING TELEPHONICALLY

16        ON BEHALF OF DEFENDANT ALLEN IVERSON:

17   MATTHEW TUCKER, ESQUIRE

18   SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY

19   Fairway Corporate Center

20   4300 Haddonfield Road, Suite 311

21   Pennsauken, New Jersey 08109

22   (856) 661-2078

```
                                                              4
1                        C O N T E N T S

2

3   EXAMINATION OF WENDALL EVANS                            PAGE

4      By Ms. Snee                                             5

5

6                         E X H I B I T S

7                         (None marked.)
```

29

| | | |
|---|---|---|
| 1 | A | They would know because we're the only people that | 11:01:06 |
| 2 | walk around with earphones and radios in our ears. | 11:01:09 |
| 3 | Q | Okay. And is there any particular color the suits | 11:01:14 |
| 4 | were to be? | 11:01:17 |
| 5 | A | Basically black, brown and gray, earth tone. | 11:01:17 |
| 6 | Q | Okay. Was there ever a time that security wore | 11:01:22 |
| 7 | shirts that said "security" on them that you worked there? | 11:01:25 |
| 8 | A | Not when I worked there. | 11:01:28 |
| 9 | Q | Have you heard that they wore that either before or | 11:01:29 |
| 10 | after you left? | 11:01:33 |
| 11 | A | No. | 11:01:34 |
| 12 | Q | Are you personal friends with any of the owners? | 11:01:35 |
| 13 | A | Personal friends? No. | 11:01:37 |
| 14 | Q | Have you gotten together with any of the owners | 11:01:39 |
| 15 | since you've left there? | 11:01:44 |
| 16 | A | No. | 11:01:45 |
| 17 | Q | Have you talked to anybody in regard to this | 11:01:46 |
| 18 | lawsuit? | 11:01:49 |
| 19 | A | Talked to anybody? I called Mr. Green to inform him | 11:01:49 |
| 20 | that I received a call from Mr. Span. | 11:01:54 |
| 21 | Q | From who? | 11:01:58 |
| 22 | | MR. GREENSPAN: I think he means me, Greenspan. | 11:02:00 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

30

| | | |
|---|---|---|
| 1 | MS. SNEE: Oh, okay. Okay. | 11:02:05 |
| 2 | THE WITNESS: Greenspan. I'm sorry. | 11:02:05 |
| 3 | MS. SNEE: That's okay. | |
| 4 | MR. GREENSPAN: It's a little confusing. There's a | |
| 5 | Mr. Green and there's a Mr. Greenspan. | |
| 6 | MS. SNEE: Okay. | 11:02:05 |
| 7 | Q   And did you talk to Mr. Greenspan about this case? | 11:02:05 |
| 8 | A   We talked -- he just wanted to know if I was working | 11:02:08 |
| 9 | at the time and did I recall any incidents, and I told him | 11:02:13 |
| 10 | no. | 11:02:16 |
| 11 | Q   Okay. You don't recall an incident that occurred in | 11:02:17 |
| 12 | June of '04? | 11:02:22 |
| 13 | A   No. | 11:02:24 |
| 14 | Q   Was there -- at that time at Zanzibar was there a | 11:02:24 |
| 15 | procedure in place to take down incident reports if something | 11:02:34 |
| 16 | happened? | 11:02:35 |
| 17 | A   There was a sheet that was -- that had incident | 11:02:35 |
| 18 | report on it. Basically what that sheet was was the person's | 11:02:39 |
| 19 | name, phone number, address. It talked about where it | 11:02:43 |
| 20 | happened at, what time it happened. It talked about if there | 11:02:47 |
| 21 | was any witnesses to it. It talked about if the person was | 11:02:49 |
| 22 | arrested or person was taken to the hospital, if so, what | 11:02:53 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

31

| | | |
|---|---|---|
| 1 | hospital he was taken to, so forth and so on. | 11:02:57 |
| 2 | Q    Okay.  Do you know where these incident reports were | 11:03:02 |
| 3 | kept? | 11:03:04 |
| 4 | A    They were kept in the book under the coat-check | 11:03:04 |
| 5 | desk. | 11:03:09 |
| 6 | Q    And which level would that have been on? | 11:03:10 |
| 7 | A    First level when you come through the front door. | 11:03:13 |
| 8 | Q    Once they were completed do you know where they were | 11:03:16 |
| 9 | kept? | 11:03:19 |
| 10 | A    They were given to whoever was the general manager | 11:03:19 |
| 11 | at the time. | 11:03:23 |
| 12 | Q    Okay.  And do you know where they kept them at all? | 11:03:24 |
| 13 | A    No, I have no idea.  The offices were downstairs in | 11:03:27 |
| 14 | the basement, so . . . | 11:03:30 |
| 15 | Q    Do you recall when you were there whether Allen | 11:03:33 |
| 16 | Iverson ever came to Zanzibar on The Waterfront? | 11:03:40 |
| 17 | A    Yes, he did. | 11:03:44 |
| 18 | Q    Do you recall how many times? | 11:03:45 |
| 19 | A    Maybe twice.  It could be more.  I don't know.  But | 11:03:47 |
| 20 | maybe twice. | 11:03:56 |
| 21 | Q    At least twice?  Is that a fair -- | 11:03:57 |
| 22 | A    One time he had a -- one time it was NBA All-Star | 11:04:00 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

32

| | | |
|---|---|---|
| 1 | weekend. He came down with some of the other players. And I | 11:04:05 |
| 2 | think another time he came by himself. But those two times | 11:04:09 |
| 3 | that stick out in my head. | 11:04:14 |
| 4 | Q   Did other celebrities or sports folks come to | 11:04:15 |
| 5 | Zanzibar? | 11:04:21 |
| 6 | A   Often. | 11:04:21 |
| 7 | Q   Was there a procedure in place as what to do when | 11:04:22 |
| 8 | those type of folks came to Zanzibar, for security purposes? | 11:04:26 |
| 9 | A   Well, if some -- normally if entertainer or stars is | 11:04:29 |
| 10 | planning on coming to a club, he or she may have their own | 11:04:36 |
| 11 | security. They will call the club and inform the club that | 11:04:41 |
| 12 | they are planning to come by. They in turn will give me the | 11:04:45 |
| 13 | name of their security person. I will call him, find out | 11:04:47 |
| 14 | what time he's going to come by so that we have security | 11:04:48 |
| 15 | outside to escort him in to wherever specifically he was | 11:04:52 |
| 16 | going in the club. | 11:04:55 |
| 17 | Q   And was there any other arrangements made for you | 11:04:56 |
| 18 | internally in regards to a star or somebody coming, to | 11:05:00 |
| 19 | control the crowd who might be attracted by such a person? | 11:05:04 |
| 20 | A   Again, like I said, if we knew that an entertainer | 11:05:07 |
| 21 | was coming to the club, we would have security outside to | 11:05:11 |
| 22 | greet him to carry him up -- to carry him to upstairs. And | 11:05:14 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

33

| | | |
|---|---|---|
| 1 | normally they will go upstairs to the SkyClub, again, which | 11:05:18 |
| 2 | is a private club. | 11:05:22 |
| 3 |     There's a area that's set aside for entertainers. | 11:05:24 |
| 4 | He or she would be carried to that area.  Their security and | 11:05:27 |
| 5 | our security would monitor that area only allowing those | 11:05:32 |
| 6 | individuals that that security or that entertainer indicated | 11:05:36 |
| 7 | that he or she could come back where they were sitting. | 11:05:39 |
| 8 |    Q   In regards to the times that Allen Iverson came, | 11:05:44 |
| 9 | were you aware that he would be coming? | 11:05:48 |
| 10 |    A   On the NBA All-Star weekend, I did not know.  I knew | 11:05:50 |
| 11 | the athletes were coming.  I didn't know who specifically was | |
| 12 | coming. | |
| 13 |    Q   Okay. | |
| 14 |    A   We felt like Allen would come, because he played | 11:05:59 |
| 15 | Georgetown, so we felt like he may show up. | 11:06:03 |
| 16 |     The other time we knew he was coming. | 11:06:07 |
| 17 |    Q   And how did you know he was coming? | 11:06:10 |
| 18 |    A   We got a phone call.  Or rather -- I don't know | 11:06:12 |
| 19 | whether it was Mr. Green or Mr. Daley.  One got a phone call, | 11:06:17 |
| 20 | and he in turn passed the information on to me. | 11:06:22 |
| 21 |    Q   Okay.  And the arrangements that you made for | 11:06:25 |
| 22 | Mr. Iverson to come was to have some security outside to | 11:06:26 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

34

1  greet him?

2      A   My arrangement was, once I knew he was coming, I
3  called his security person and found out what time he was
4  going to be coming, if they knew.  They told me.  We had
5  security outside to escort him in, to escort him upstairs to
6  the area where he was going to be at.  And we asked
7  security -- their security and our security to monitor that
8  area.

9          When an entertainer brings his security to the club,
10 his security only interacts with that entertainer.  He or she
11 has no control over what we do at the club.  We control that.

12     Q   And do you make that clear to their security?

13     A   They understand it clearly.

14     Q   And how do they understand it clearly?

15     A   Because they're told by me, if I happen to be the
16 one dealing with that particular case.

17     Q   Okay.  Did you know Allen Iverson's security folks?

18     A   Personally, no, no, no.  Seen them, but didn't know
19 them.

20     Q   Okay.  When you say, "Seen them," you'd seen them
21 around before?

22     A   Well, I mean, most entertainers when they come in

11:06:30
11:06:31
11:06:32
11:06:36
11:06:40
11:06:45
11:06:48
11:06:53
11:06:54
11:06:58
11:07:04
11:07:07
11:07:10
11:07:12
11:07:15
11:07:18
11:07:18
11:07:21
11:07:27
11:07:27
11:07:29
11:07:29

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

35

| | | |
|---|---|---|
| 1 | town, sometimes they have their own individual security who | 11:07:32 |
| 2 | travel with them, and sometime they hire security -- the | 11:07:37 |
| 3 | other entertainers hire them when they come in town, you | 11:07:39 |
| 4 | know.  The word gets around, you're going in town, you may | 11:07:39 |
| 5 | want to hire Michael Johnson because he's good, or you may | 11:07:41 |
| 6 | want to hire this person because he's good. | |
| 7 | And so they hire that person.  So you may see that | 11:07:44 |
| 8 | one security person with Allen Iverson one week, you may see | 11:07:48 |
| 9 | him with LL Cool J the next week.  So they just -- it's just | 11:07:53 |
| 10 | their Internet system, and they recommend different | 11:07:59 |
| 11 | individuals to them as if they were going to town.  Where's | 11:08:02 |
| 12 | the best club to go to?  You go to Zanzibar.  You go to Love. | 11:08:06 |
| 13 | Where's the best restaurant?  It's just a matter of passing | 11:08:12 |
| 14 | information between individuals who are in the same arena. | 11:08:13 |
| 15 | Q  Okay.  Do you recall whether Allen Iverson's | 11:08:18 |
| 16 | guards were -- or security I should say -- were local folks | 11:08:21 |
| 17 | that you had seen with other people or if they were his own | 11:08:24 |
| 18 | personal? | 11:08:26 |
| 19 | A  One time I remember it was somebody who I'd seen | 11:08:26 |
| 20 | with other people. | 11:08:30 |
| 21 | Q  Okay.  But you don't remember that guy's -- | 11:08:31 |
| 22 | A  No, no, I just know his face. | 11:08:34 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

36

| | | |
|---|---|---|
| 1 | Q | The time that Mr. Iverson came, did he bring just one security or more than one? | 11:08:36 |
| 2 | | | 11:08:38 |
| 3 | A | The time he came he had two security people and he had some family members. | 11:08:42 |
| 4 | | | 11:08:47 |
| 5 | Q | Could you describe physically these security people? | 11:08:47 |
| 6 | A | No. That's too long ago. I really don't. | 11:08:51 |
| 7 | Q | Would you describe them as large or tall versus short? | 11:08:54 |
| 8 | | | 11:08:57 |
| 9 | A | They were reasonably -- my size, 6 feet, 210, maybe 240. None of his security was as big as the guys that worked for me, so -- but that's, again, when I was there. I can't speak to what happened after I left. | 11:08:58 |
| 13 | Q | I understand. | 11:09:20 |
| 14 | | When Allen Iverson came that time by himself, you had said they called to say they were coming. | 11:09:20 |
| 16 | A | Right. | 11:09:27 |
| 17 | Q | Okay. And when they got there, they were taken up to the SkyClub? | 11:09:28 |
| 19 | A | SkyClub. | 11:09:32 |
| 20 | Q | And did you escort them up? | 11:09:33 |
| 21 | A | Yes. | 11:09:35 |
| 22 | Q | And when you went up there, where did you put them? | 11:09:35 |

37

| | | | |
|---|---|---|---|
| 1 | A | We put them in the Michael Jordan Room. | 11:09:38 |
| 2 | Q | And what's the Michael Jordan Room? | 11:09:43 |
| 3 | A | It's just a separate room off to the right that | 11:09:43 |
| 4 | | we -- that have screens up, that we can control access. | 11:09:47 |
| 5 | Q | Okay. Were there other guests already in the | 11:09:48 |
| 6 | | Michael Jordan Room? | 11:09:51 |
| 7 | A | No. There were other guests in the club, not in the | 11:09:53 |
| 8 | | Michael Jordan Room. | 11:09:57 |
| 9 | Q | And had you cleared them out of there or is -- | 11:09:58 |
| 10 | | they're just not allowed in there anyway? | 11:10:00 |
| 11 | A | That room is only used when there's a special event | 11:10:00 |
| 12 | | going on. Club members may want to have a party or something | 11:10:04 |
| 13 | | like that. So they use that particular room to do their | 11:10:07 |
| 14 | | event in. So other than that, club members just hang out | 11:10:10 |
| 15 | | around the bar area. | 11:10:14 |
| 16 | Q | And you escorted him up, put him in this Michael | 11:10:16 |
| 17 | | Jordan Room; is that correct? | 11:10:20 |
| 18 | A | Yes. | 11:10:22 |
| 19 | Q | And did you have any security of your own, of | 11:10:22 |
| 20 | | Zanzibar's, up there that night? | 11:10:26 |
| 21 | A | Yes. | 11:10:27 |
| 22 | Q | How many? | 11:10:28 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

38

| | | | |
|---|---|---|---|
| 1 | A | Best of my recollection we had one, two, three. | 11:10:28 |
| 2 | Q | Three? | 11:10:32 |
| 3 | A | Roughly three if I remember correctly. | 11:10:33 |
| 4 | Q | Do you know why you had three? | 11:10:36 |
| 5 | A | Well, because there are -- the Michael Jordan Room | 11:10:38 |
| 6 | | has two entrances, so you also have one at each entrance. | 11:10:42 |
| 7 | | And there was one at the entrance to the club. | 11:10:45 |
| 8 | Q | Okay. And where were Allen Iverson's guards if you | 11:10:47 |
| 9 | | recall? | 11:10:51 |
| 10 | A | They were in the room with him. | 11:10:51 |
| 11 | Q | And the three folks that you had there as security, | 11:10:53 |
| 12 | | do you recall if any of them had dreadlocks? | 11:10:57 |
| 13 | A | No, no. | 11:10:59 |
| 14 | Q | Did you have dreadlocks at that time? | 11:11:00 |
| 15 | A | No, never wore. | 11:11:03 |
| 16 | | MR. GREENSPAN: Tina, I don't mean to interrupt. | 11:11:05 |
| 17 | | Have we established which time we're talking about? I know | 11:11:08 |
| 18 | | we're talking about some time with Iverson. | 11:11:12 |
| 19 | | BY MS. SNEE: | 11:11:12 |
| 20 | Q | We're talking about when Mr. Iverson came himself | 11:11:13 |
| 21 | | without the NBA guys; is that right? | 11:11:17 |
| 22 | A | Right, right, right. | 11:11:19 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

39

| | | |
|---|---|---|
| 1 | Q   He came some other time with some other NBA players; | 11:11:19 |
| 2 | is that right? | 11:11:23 |
| 3 | A   Well, he came -- the two times I remember is when it | 11:11:23 |
| 4 | was All-Star weekend and a whole bunch of players came down. | 11:11:23 |
| 5 | He came another time to the club.  And he just came by.  And | 11:11:27 |
| 6 | when he came by, we carried him upstairs, that's where he | 11:11:34 |
| 7 | stayed, and then he left.  I'm thinking that he may was there | 11:11:38 |
| 8 | approximately a hour, hour and a half. | 11:11:43 |
| 9 | Q   Roughly do you think that could have been around | 11:11:46 |
| 10 | June of '04? | 11:11:50 |
| 11 | A   I honestly don't know.  I have no way of knowing | 11:11:52 |
| 12 | when -- when that took place.  Based on my recollection, | 11:11:55 |
| 13 | Allen came -- let's see, I stopped in October '05, June of | 11:12:03 |
| 14 | '04 -- I don't know.  I don't know.  I honestly don't know. | 11:12:20 |
| 15 | My best recollection that it was sometime in 2005, but I | 11:12:27 |
| 16 | can't swear by it.  So I just don't know. | 11:12:31 |
| 17 | Q   This NBA star week? Is that what you called it? | 11:12:34 |
| 18 | A   It's the All-Star game.  It happen in different | 11:12:39 |
| 19 | cities every year.  Last year it was in Vegas.  They had it | 11:12:42 |
| 20 | in D.C.  All the NBA stars come here and then play in a | 11:12:46 |
| 21 | basketball game. | 11:12:50 |
| 22 | Q   Is it any particular time of year usually? | 11:12:52 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

40

| | | | |
|---|---|---|---|
| 1 | A | It's in February. | 11:12:55 |
| 2 | Q | Okay. Sorry. | 11:12:56 |
| 3 | | So that would have been -- the other time he came | 11:12:57 |
| 4 | | must have been around February would be your memory; is that | 11:12:59 |
| 5 | | correct? | 11:13:01 |
| 6 | A | Yes, right. | 11:13:01 |
| 7 | Q | The other time he came that we've been discussing | 11:13:02 |
| 8 | | that you recall that he came by himself and there were three | 11:13:05 |
| 9 | | security guards that you had up there, two for the doors for | 11:13:08 |
| 10 | | the Michael Jordan Room; is that right? | 11:13:12 |
| 11 | A | Um-hm. | 11:13:14 |
| 12 | Q | I'm sorry. You're going to have to say yes. | 11:13:15 |
| 13 | A | Yes. | 11:13:18 |
| 14 | Q | Okay, sorry. | 11:13:18 |
| 15 | | And then another person to make sure that the right | 11:13:19 |
| 16 | | people went up to -- | 11:13:20 |
| 17 | A | Correct. | 11:13:20 |
| 18 | Q | Correct? | 11:13:21 |
| 19 | | Do you know the plaintiff Gregory Broady at all? | 11:13:22 |
| 20 | A | No. | 11:13:25 |
| 21 | Q | Did you stay upstairs while Allen Iverson was there? | 11:13:26 |
| 22 | A | No. | 11:13:34 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

41

| | | | |
|---|---|---|---|
| 1 | Q | Where did you go? | 11:13:35 |
| 2 | A | Again, I'm responsible for the entire club.  So I | 11:13:36 |
| 3 | | got him there, I got him in place, got security there, and | 11:13:41 |
| 4 | | then I went to do my regular duties. | 11:13:46 |
| 5 | Q | While Allen Iverson was there, did you hear of any | 11:13:48 |
| 6 | | incidents involving any patrons? | 11:13:53 |
| 7 | A | No. | 11:13:55 |
| 8 | Q | Do you recall any patrons being injured? | 11:13:55 |
| 9 | A | No. | 11:13:58 |
| 10 | Q | Was there a procedure in place at Zanzibar while you | 11:13:58 |
| 11 | | were head of security if somebody got injured what to do?  | 11:14:01 |
| 12 | | What was the procedure? | 11:14:04 |
| 13 | A | If someone got hurt? | 11:14:04 |
| 14 | Q | Yes. | 11:14:06 |
| 15 | A | Again, they would file a incident report.  They will | 11:14:07 |
| 16 | | find out if that person's there by themself or with someone | 11:14:12 |
| 17 | | else.  If they're with someone else, then we'll get the | 11:14:17 |
| 18 | | information from that other person who they was with.  If I | 11:14:22 |
| 19 | | know who they were, name, address, phone numbers.  If a | 11:14:22 |
| 20 | | ambulance need to be called, we will call an ambulance.  If | 11:14:24 |
| 21 | | ambulance did not need to be called, then we would not call | 11:14:28 |
| 22 | | one, so . . . | 11:14:31 |