VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 1

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

----------------------------------

GREGORY BROADY                   |

       Plaintiff         | Case No.:

  v.                              | 1:06-CV-00792-RMC

ZANZIBAR ON THE WATERFRONT,      |

LLC, et al.                      |

       Defendants        |

----------------------------------


Videotaped Deposition of ZANZIBAR ON THE

WATERFRONT, LLC,

by and through its Corporate Designee,

MICHEL DALEY

Washington, D.C.

Wednesday, February 7, 2007

10:51 a.m.


Job No.: 2-96555

Pages 1 - 112

Reported by: Patricia G. Mitchell

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 2

1    Videotaped Deposition of Zanzibar on the
2    Waterfront, LLC, by and through its Corporate Designee,
3    MICHEL DALEY, held at the offices of:
4
5    L.A.D. Reporting Company
6    1100 Connecticut Avenue, Northwest
7    Suite 850
8    Washington, D.C. 20036
9    (202) 861-3420
10
11
12    Pursuant to notice, before Patricia G. Mitchell,
13   Registered Merit Reporter and Notary Public of the
14   District of Columbia.
15
16
17
18
19
20
21
22

1  　　　　　A P P E A R A N C E S

2  ON BEHALF OF THE PLAINTIFF:

3  　　　TINA L. SNEE, ESQUIRE

4  　　　Tina L. Snee & Associates, PLLC

5  　　　9401 Lee Highway

6  　　　Suite 206

7  　　　Fairfax, Virginia 22031

8  　　　(703) 352-8833

9

10

11

12  ON BEHALF OF DEFENDANT ZANZIBAR

13  ON THE WATERFRONT, LLC:

14  　　　ANDREW B. GREENSPAN, ESQUIRE

15  　　　Law Office of Andrew B. Greenspan

16  　　　8600 LaSalle Road

17  　　　Suite 620 - The Oxford Building

18  　　　Towson, Maryland  21286

19  　　　(410) 339-7919

20

21

22

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 4

1          A P P E A R A N C E S (Continued)
2     ON BEHALF OF DEFENDANT ALLEN IVERSON
3          MATTHEW A. TUCKER, ESQUIRE
4          Sherman, Silverstein, Kohl, Rose & Podolsky
5          Fairway Corporate Center
6          4300 Haddonfield Road
7          Suite 311
8          Pennsauken, New Jersey 08109
9          (856) 661-2067
10
11
12    ALSO PRESENT:   Akim Graham, Videographer
13
14
15
16
17
18
19
20
21
22

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 5

1                       C O N T E N T S

2   EXAMINATION OF MICHEL DALEY                         PAGE

3        By Ms. Snee                                      7

4        By Mr. Tucker                                   77

5        By Ms. Snee                                    105

6        By Mr. Tucker                                  108

7        By Ms. Snee                                    110

8

9

10                        E X H I B I T S

11                    (Attached to original)

12   DALEY DEPOSITION EXHIBIT                           PAGE

13        1    Re-Notice of Deposition of

14             Corporate Designee                         6

15        2    Answers to Interrogatories                 6

16        3    Diagram of Sky Bar                        94

17

18

19

20

21

22

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 39

1    A    They'd have a badge saying Zanzibar security.
2    Q    Does it look like a sheriff's badge?  Does
3  it --
4    A   No, it looks like a name tag, a name tag you
5  see at conferences.
6    Q    The peel-off ones?
7    A    Not the peel-off ones.  The kind that have the
8  plastic that have a pin in the back.
9    Q    What would it say on it?
10   A    As I mentioned, it would say Zanzibar security.
11 The ones now have the person's name.  I don't recall
12 whether that was the same back in 2004.
13   Q    Do you know back in 2004 whether or not there
14 were those badges?
15   A    I can't recall.
16   Q    Do you recall back then whether or not people
17 wore suits or some other wardrobe if they were security?
18   A    They would have worn suits back then.  They
19 would have had something to identify themselves as
20 security.  While I don't recall specifically, my
21 assumption is that they had the badges.
22   Q    Do you recall whether or not they ever wore

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 40

1  shirts that indicated they were security?
2      A   They did -- there have been instances where
3  they did wear shirts that said security.
4      Q   Do you recall what color those shirts were?
5      A   At one point they were red.  At one point they
6  were black.
7      Q   Do you know whether or not that was what they
8  were wearing the night of June 4th, 2004?
9      A   I do not know that.
10     Q   Is it possible that it was what they were
11 wearing?
12     A   I don't know.
13     Q   You had said in certain incidences they wore
14 those type of shirts; correct?
15     A   Correct.
16     Q   What type of incidences were they?
17     A   Just in various stages of our existence, we
18 went from a more formal security personnel to a less
19 formal security personnel.  We went from being more
20 formal to somewhat casual.  Back then I don't recall.
21 Although I do know that Wendall Evans' training was that
22 he wore a jacket at all times, and my assumption would

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 56

1   an owner of Zanzibar and the guy said, I don't care who
2   you are. So it took my security to tell their security
3   that it was okay for me to go back in the area that Allen
4   Iverson was in.
5       Q    And that was at the VIP area; is that correct?
6       A    Correct.
7       Q    Was that before or after this incident, if you
8   know?
9       A    My assumption is that it was before. My
10  recollection is that it was before.
11      Q    Where was he located when you went?
12      A    There is an area of the Sky Club that's
13  somewhat secluded. It's separate. If you think of the
14  Sky Club being in an L shape, it would be the bottom leg
15  of the L and it's separated by metal curtains. So that
16  is an area that's the most secluded in the Sky Club. He
17  was in that area.
18           MR. TUCKER: I didn't mean to interrupt you, I
19  apologize. Do you think it would be helpful to draw a
20  map or something like that? I was probably going to ask
21  him to do that anyway. I don't know if you --
22           MS. SNEE: Maybe.

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 57

1          MR. TUCKER:  It's up to you.
2   BY MS. SNEE:
3       Q    In regards to when you went to see Mr. Iverson,
4   did you have to get permission to walk into the VIP?
5       A    Yes.
6       Q    From an Allen Iverson guard?
7       A    Correct.
8       Q    When you went up, was Mr. Iverson's guards
9   keeping out other of your patrons from the VIP?
10      A    Yes.
11      Q    What did you do in regards to that issue?
12      A    That was fine.  If the requirement for him
13  being in the facility was that he have a separate area
14  and he was protected from customers trying to get
15  autographs or come up to speak to him when he wanted to
16  have quiet enjoyment of the premises, we didn't have a
17  problem with that.
18      Q    Where was this individual who was blocking the
19  access?
20      A    As I mentioned, there was -- there are two
21  metal curtains that provide entrance and exit to this
22  particular secluded area.  Both -- there were two

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

Page 58

1  gentlemen at these, by these curtains.
2      Q    Were there --
3      A    They were on different sides of the particular
4  area.
5      Q    Were there any other patrons to your knowledge
6  behind these curtains where Iverson's group was, or was
7  it only Iverson's group back there?
8      A    My assumption is that there probably were other
9  patrons who were given access back there.
10     Q    Before Mr. Iverson had shown up?
11     A    Well, after he showed up.
12     Q    Why do you make that assumption?
13     A    Well, I don't think -- as I recall the number
14 of people back there, it was more than his detail, his
15 entourage.  While they were blocking, while his security
16 was blocking entrance to that area, there were various
17 people who were allowed to go back there from time to
18 time.  For example, female customers that for whatever
19 reason, Allen Iverson didn't mind to be back there.
20     Q    Behind these curtains, were there a number of
21 tables?
22     A    There are tables and chairs, a few tables.