VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

---

GREGORY BROADY,          :
                         :
    Plaintiff,           :
                         :
-vs-                     :    Case No.
                         :    1:06-CV-00792-RMC
ZANZIBAR ON THE WATERFRONT,:
LLC., et al.,            :
                         :
    Defendants.          :

---

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE

Washington, D.C.

Thursday, March 15, 2007

12:05 p.m.

Job No.:  2 - 98565

Pages:  1 - 102

Reported by:  Paula M. Flint, Notary Public

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 2

1    Videotaped Deposition of OLA OLASEHINDE,
2    held at the offices of:
3
4        L.A.D. REPORTING COMPANY
5        1100 Connecticut Avenue, Northwest
6        Suite 850
7        Washington, D.C.  20036
8        (202) 861-3410
9
10
11
12
13        Pursuant to agreement, before Paula M.
14    Flint, Notary Public of the District of Columbia.
15
16
17
18
19
20
21
22

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 3

1                 A P P E A R A N C E S

2

3    On behalf of the Plaintiff:

4       BY:   TINA L. SNEE, ESQUIRE

5            Tina L. Snee & Associates, PLLC

6            9401 Lee Highway

7            Suite 206

8            Fairfax, Virginia 22031

9            (703) 352-8833

10

11

12    On behalf of Defendant Zanzibar on the Waterfront:

13       BY:   ANDREW B. GREENSPAN, ESQUIRE

14            Law Office of Andrew B. Greenspan

15            8600 LaSalle Road

16            Suite 620 - The Oxford Building

17            Towson, Maryland 21286

18            (410) 339-7919

19

20

21

22

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 4

1      A P P E A R A N C E S   C O N T I N U E D
2
3   On behalf of Defendant Allen Iverson:
4      BY:   MATTHEW A. TUCKER, ESQUIRE
5            Sherman, Silverstein, Kohl, Rose & Podolsky
6            Fairway Corporate Center
7            4300 Haddonfield Road
8            Suite 311
9            Pennsauken, New Jersey   08109
10           (856) 661-2078
11
12  Also Present:   Steve Schaal, Videographer
13
14                   *       *       *
15
16
17
18
19
20
21
22

Page 5

1              C O N T E N T S

2   EXAMINATION OF OLA OLASEHINDE                    PAGE:

3     Ms. Snee                                          7

4     Mr. Tucker                                       92

5              E X H I B I T S

6                  (None)

7                *     *     *

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 33

1     A.    That's correct.
2     Q.    Because you believed he was head of
3 security at the time?
4     A.    That's correct.
5     Q.    In June of '04, did the security wear any
6 type of particular outfit?
7     A.    Everybody's dressed up in suits.
8     Q.    In '04?
9     A.    In '04.
10     Q.    Do you recall security ever wearing black
11 shirts?
12     A.    Black shirts?
13     Q.    Black shirts that said "security."
14     A.    I don't recall.  I don't recall.
15     Q.    Do you ever recall them wearing red shirts
16 that said "security"?
17     A.    In '04, no.
18     Q.    No, I'm asking at any time.
19     A.    Red shirts, yeah, I recall them wearing
20 red shirts.
21     Q.    Was that before or after '04?
22     A.    I'm thinking it was after '04.

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 57

1   instance.  Is that correct?
2       A.    That's correct.
3       Q.    Did Zanzibar, as a matter of course before
4   June 4 of '04, get extra security themselves knowing
5   a star or celebrity would come, to handle the crowd?
6       A.    I'm assuming so, but once again I was not
7   involved with the operation.
8       Q.    Well, when you were in charge, did you do
9   that?
10      A.    Yes.
11      Q.    Did you know if any instructions were
12  given to Wendell Evans to follow those same
13  guidelines?
14      A.    I can't answer that question.
15      Q.    Why would you have extra security if you
16  knew a star or celebrity was coming to Zanzibar?
17      A.    Because we knew probably the crowd will
18  swell.  It would be a little more than normal.  So
19  you want to make sure that you have enough security
20  to make sure that everybody has -- you know.
21      Q.    Just need extra folks around.  Is that
22  right?

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 58

1  A.  Yeah.
2  Q.  Do you know if there was any extra
3 security on the night of June 4, 2004 when Allen
4 Iverson was coming provided by Zanzibar?
5  A.  I presume so, I assume so, but once again
6 I'm not sure.
7  Q.  What time did you get to Zanzibar on that
8 night?
9  A.  I don't remember.  I really don't.
10  Q.  What time would you normally get there?
11  A.  Can I ask what day that was?
12  Q.  I honestly don't know that off the top of
13 my head.
14      MR. GREENSPAN:  We have June 4 of '04.
15      MS. SNEE:  No, no.  We've got the date.
16 He's asking me which day of the week.  Aren't you?
17      MR. GREENSPAN:  Oh.
18      THE WITNESS:  Yeah.
19      MR. TUCKER:  I can check if you guys want
20 me to.
21      MS. SNEE:  Why don't we go off the record
22 for a minute.

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 84

1  A. When you say "procedure," in reference
2  to --
3  Q. Well, would you empty out, take people
4  out, would you give him his own section? Was there
5  any procedures in place in regards to that?
6  A. Normally, yeah, there is. Celebrities,
7  they're coming in and we know they're coming, yes,
8  they would have their own section. We provide them
9  with, nine times out of ten, they call it the MJ
10 room. And yeah, they have -- they would have their
11 own section.
12 Q. And was that a written procedure or is
13 that just something that had developed over time?
14 A. I think something that developed over
15 time.
16 Q. And that had been in place when you were
17 in charge of security. Is that right?
18 A. That's correct.
19 Q. After Mr. Evans took over, before June of
20 '04, was that procedure still in place?
21 A. Yes.
22 Q. So tell me exactly what would happen up in

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

Page 85

1   the VIP section if you knew somebody was coming.
2        A.   They would have access to the VIP room.
3   There's a section called the MJ room, which the
4   celebrities or whoever is hosting the event will
5   have that area.  It would be cordoned off to just
6   them and their guests, I guess.  And the rest of the
7   sky club would be open to the general public or to
8   invited guests.  But there's a particular area which
9   most of the celebrities have for themselves or
10  people that they might invite to come in to that
11  area.
12       Q.   Can you describe what the MJ room looks
13  like?
14       A.   It's -- it's got mirrors.  It's looking
15  the monument.  It's got two entrances, which you can
16  block off or which sometimes it has a curtain, a
17  see-through type curtain.  And sometimes security is
18  posted at them doors to -- well, security is
19  normally posted at them doors.
20       Q.   By you or by Zanzibar?
21       A.   Probably by Zanzibar or its people
22  bringing their own staff.  I mean, they might --