

# SECURITY OPERATIONS MANUAL

Last Rev. 09-26-06

# TABLE OF CONTENTS

Contacts ................................................................................................ Page 3

Special Police Officer/Security Guard ................................................ Page 4

Employment Screening ......................................................................... Page 5

Employee Responsibilities .................................................................... Page 6

     Patron Safety ................................................................................. Page 6

     Bartenders and Servers ................................................................ Page 7

     Security Personnel ........................................................................ Page 7

Training .................................................................................................. Page 8

Code of Conduct .................................................................................... Page 14

Uniforms & Equipment ......................................................................... Page 14

Security Locations ................................................................................. Page 14

Close Circuit Television (CCTV) ......................................................... Page 16

Closing Policy ........................................................................................ Page 17

Incident Reporting, Briefing & Manpower Logs .................................. Page 17

Promoters ............................................................................................... Page 18

Parking Services .................................................................................... Page 18

Refusing Entry ....................................................................................... Page 18

Emergency Evacuations ........................................................................ Page 22

Legal Notices ......................................................................................... Exhibits

ZANZIBAR ON THE WATERFRONT
SECURITY OPERATIONS MANUAL

**CONTACTS:**

**General Manager:** Darien Green, 202-744-2550
**Bar Manager:** Warren Green, 240-355-6661
**Director of Security:** Theo Richardson, 240-350-1205

The General Manager, Bar Manager (evening Manager on Duty) and the Director of Security have the most direct involvement in security matters concerning the venue.

# <u>NOTICE</u>

**We operate in a litigious environment. It is not uncommon for a patron to file a lawsuit against an establishment for an incident that occurred months or even years in the past. Additionally, there are strict laws to protect the public governing alcohol consumption in the District of Columbia. Therefore, managers must ensure that Zanzibar's security training and operations are both lawful and effective, and that the security staff documents all matters requiring immediate assistance or forceful action on Incident Reports which will be provided to Zanzibar's owners.**

3

## SPECIAL POLICE OFFICER/ SECURITY GUARD

The mere presence of highly visible uniformed security personnel is often enough to stop inappropriate behavior by club patrons or a crime. Management's decision to rely on security personnel and the type of security personnel necessary should be determined by the types and number of patrons the club's atmosphere or entertainment attracts. The tone will often determine what types of problems are likely to arise, and what type and the level of security that should be provided. Understanding the differences of a Special Police Officer (SPO), a Security Guard and persons hired by the establishment's management to handle security responsibilities is important in making this decision.

**Special Police Officers** are privately commissioned police officers with full arrest powers strictly confined within an area or premises which the officer has been employed to protect. The commission, which gives the authority to arrest and in some cases, to carry a firearm, is conditional and required to be renewed each year. SPO's are in uniform, required by the District of Columbia Municipal Regulations (DCMR), unless a uniform waiver is granted by the Chief of Police. SPO's that are authorized to bear firearms must meet additional requirements that include completing an annual firearms training course.

The holder of an SPO commission is not authorized to take police action on public space, except when in fresh pursuit from an authorized location (the premise to which employed). SPO's are explicitly prohibited from engaging in roving patrols on public space.

The DCMR requires an SPO, at minimum, to have reached the age of 21 years, be a citizen of the United States, be of good moral character, and be approved for appointment by the Chief of Police. An extensive arrest record may disqualify an applicant from receiving a commission.

**Security Guards** are licensed private citizens who act as a watchman to prevent assaults, damage to personal or real property, and other minor illegal acts. They are unarmed and have no arrest authority, except as that of a citizen. Security guards must be in uniform with a distinctive half moon red patch which states at a minimum "Security Officer." The license of a security guard must be renewed every year. Security officers must be of good moral character.

Individuals interested in an SPO Commission or a license to serve as a Security Guard must submit an application to the Metropolitan Police Department's Security Officers Management Branch (SOMB) located at the Reeves Center, 14th & U Street, N.W., Washington, D.C. Both SPO's and Security Guards can be contracted for employment through a number of private security companies operating in the District of Columbia. While SOMB requires screening of applicants, some private companies may not.

A common line of defense many Alcohol and Beverage Regulation Administration (ABRA) establishments rely on is **Permanent, Temporary or Contracted Security Personnel** that are often identified by patrons as the "bouncer." The term bouncer presents an image of an untrained, physically large ex-football player or bodybuilder who handles drunk or unruly patrons by physically grabbing them and tossing them out the door. Unfortunately, this image is all too often real in many establishments. There is a common misconception that bouncers have

authority to pick someone up and physically remove the patron from the premises for violating rules. This is not true. The actions of untrained employees are what frequently give rise to subsequent injuries, deaths, lawsuits, negative publicity, and jeopardy to club licenses.

Permanent and temporary security personnel are generally hired directly by an ABRA establishment and placed on the establishment's payroll as a permanent employee or called upon on an as needed basis and paid per event. ABRA establishments also rely on contracted persons to handle security responsibilities that are supplied by private companies or individuals. These companies may or may not be licensed or bonded and the workers they present may not be screened. In this case it is likely the management of the establishment doesn't know anything about the person referred, thereby opening itself up to a wide range of potential problems and liabilities. Before anyone is contacted by a security company, specific questions should be asked and documents reviewed to ensure licensing and insurance.

From time to time, Zanzibar's management may want to give consideration to having at least one SPO, an individual with full arrest powers, on site. An adequate number of licensed security guards or persons hired (permanent or temporary), or contracted by the venue, to perform security duties, should always be on site. A formula suggested by some consultants is one security person for ever 75 patrons. On heavy nights, that ratio should be increased to one security person for each 35 patrons.

It may be safe to rely on this formula if there are not a lot of variables to consider, such as the type and number of patrons the entertainment may draw, parking and traffic conditions around the establishment that may require attention, persons on the outside of the establishment that can't gain admission and/or just simply want to hang around, two-for-one drink specials, free admission or gender and ethnic nights that may draw large crowds. Any or all of these variables may increase the number of patrons and security concerns.

Other considerations specific to the establishment may also have to be measured to determine the adequate number of security personnel and type that is necessary. Furthermore, most establishments hire male security personnel without giving consideration to contact or appropriate treatment of female patrons. To avoid potential problems, *it is recommended that at least one female security person should be on site.*

## EMPLOYMENT SCREENING

Security employees, particularly those persons that do not possess a commission or license, should be carefully screened and trained for clear backgrounds along with maturity, good judgment and demeanor. Thorough pre-employment screening is necessary to determine an applicant's suitability for the job. For liability reasons, ex-felons and illicit drug users, should not be employed or anyone with a history of violence.

*Zanzibar's management should conduct pre-employment screening for <u>all</u> potential employees and at minimum, consider the following checklist. The screening should be systematic and questions should be asked with sensitivity.*

- *The candidate should not be presently addicted to drugs or alcohol;*
- *The candidate should not be suffering from any debilitating mental defect or disorder;*
- *The candidate should not be suffering from serious heart disease, severe epilepsy, or other physical defect that might cause substantial loss of control in situations of severe stress;*
- *Ask the candidate about previous employment experience and training. (A resume, if available, would be helpful in providing details of these standards and about job stability);*
- *Ask the candidate why they want the job and why they should be hired;*
- *Ask the candidate if there are any "skeletons is their closet" or anything that might be an embarrassment or a liability if it surfaces later;*
- *Ask the candidate about his/her availability and how long they would like to hold the job and finally;*
- *It is imperative to ask the candidate for references.*

When a decision is made to hire a candidate, *Zanzibar will maintain a record of the pre-employment screening along with any relevant documentation.* An Employee Profile/Pre-Employment Screening Form has been developed for this purpose. (See Pages 12 & 13)

It is important to note that all security personnel should be documented in records of the establishment as either a permanent, temporary or contracted employee. The appropriate state and federal tax deductions forms (W-9 or 1099) should be completed, as appropriate.

## EMPLOYEE RESPONSIBILITIES

### Patron Safety

The true job of security personnel working in an ABRA establishment is to provide a presence and monitor the patrons to ensure that no one becomes unruly. Security personnel should be reminded continuously that patron safety is their primary responsibility, followed by deterrence and prevention.

Zanzibar's management has a responsibility to use reasonable measures to provide a safe environment for its patrons and employees. That responsibility extends to the club's parking lot, sidewalks and other areas immediately adjacent to the premise, giving consideration to a 1,000 foot radius around the establishment. It is a good practice to notify the police of any activity at the establishment that may generate large numbers of patrons and traffic concerns. Thus, the police are not surprised or unprepared should they have to respond and they may determine that "special attention" to the area is warranted.

Zanzibar's management also has an obligation to have specific written guidelines on the responsibilities of bartenders, servers and their security personnel. These guidelines should describe exactly what action(s) are to be taken and how those actions should be taken when

dealing with patrons. Employee responsibilities should be consistent with their job title. In the case of security personnel, the responsibilities should only be "security" type duties so that they do not become distracted, or find themselves performing unrelated tasks when a problem arises. This manual provides basic guidelines for various employees of an ABRA establishment.

## Bartenders and Servers *(NOTE: See Exhibits at the end of this manual)*

- Ensure patrons that appear to be under the age of 21 are of the legal age to consume alcohol. If in questions the patron should be asked to produce a valid identification document which is an official identification/ issued by an agency of government containing the individuals name, date of birth, signature and photograph;
- Ensure alcohol is not served after-hours;
- Be observant for intoxicated patrons, cease selling alcohol to them and notify security personnel;
- Be observant for alcohol beverages that may be carried into the establishment;
- Be observant for patrons attempting to carry alcoholic beverages off site and notify security personnel, if needed.

## Security Personnel

### (1.)     Rule Enforcement

Zanzibar and its staff shall adhere to limits, discus those limits with their employees, and then require security personnel to evenly and fairly enforce those rules.

### (2.)     Patron Ejection

Patrons that do not adhere to the house rules will be asked to leave the club by security personnel as soon as their behavior becomes evident, particularly if security has given several reminders to refrain from the inappropriate behavior. The identity of these individuals should be document for future references.

### (3.)     Patron Fights

In the event of an altercation among patrons, it is the responsibility of security personnel to separate and pacify the situation as quickly as possible. Personal information should be obtained when applicable, and patrons involved in the incident must be removed from the club immediately for everyone's safety. Security personnel must be trained in how to do this safely and lawfully. Too often, security guards throw both parties out into the street, let them fight it out, and fail to notify the police. This obviously is the wrong method, particularly if the ejected patron(s) remain within the vicinity of the club. Security staff must complete Incident Reports, and call the Metropolitan Police Department (MPD) if incidents rise to a violation of law and/or medical attention is required.

*Note: Due to laws against "private detainment," we must stall for time to wait for police assistance to arrive..*

(4.)   Patron Revocation

Patrons that are deemed incapable of complying with the house rules, particularly those that are repeat customers continuously causing a threat to other patrons and a drain on security resources, will be revoked from coming to the establishment. Criteria that have been established by Zanzibar's management for a revocation will be applied and documented.

(5.)   When to Call the Police

The police should be used as intended, to enforce laws and arrest criminals. When a potentially dangerous situation escalates or when a crime occurs. Management should not be reluctant to call the police for fear of developing a bad reputation or jeopardizing their license.

(6.)   Crime Scene Preservation/Witnesses

If a serious crime, such as an assault with a weapon (i.e. stabbing, shooting) occurs on the premise or in the vicinity of and in direct relationship to the premise, after the police have been notified, security personnel should take measures to secure the crime scene until the police arrive. The preservation of the scene and obtaining witnesses will ultimately assist police and perhaps facilitate a closure of the case.

The following section details the types of training that should be given to the employee to assist them in caring out these responsibilities.

# TRAINING

Patrons should have a good time, but within limits. Thus, as indicated, the principal responsibility of security personnel is to monitor patrons and see that everyone behaves and follows the house rules.

While security personnel should be personable, friendly, and can talk to people without appearing threatening or intimidating, they require decisive training and preferably prior experience to be effective in managing a packed house or controlling patrons engaged in inappropriate behaviors. Security personnel must learn how to approach people in a non-threatening and professional manner. They need to be aware of the laws applicable to citizens' arrest and the limits of their authority and the force that can be safely applied.

Therefore, Zanzibar's security personnel working in their establishment must be trained, at minimum, in the following subject matters. Other employees, such as bartenders and servers, that have constant contact with patrons should be observant to identify individuals who are visibly intoxicated or becoming loud, obnoxious, or looking for trouble, and rely on basic non-confrontational methods to cut such people off from further drinking or to defuse a problem. For that reason bartenders and servers should also receive training in those areas most applicable to their responsibilities.

(1.)    First Aid/CPR

All employees of Zanzibar's staff should be trained in basic first aid and techniques of adult CPR. From time to time, *Zanzibar's management will contact the local American Red Cross or another organization that provides free classes in their area. In addition, a guide showing the steps to apply CPR and first aid for chocking conscious adults should be provided to employees, and posted in an accessible location in the establishment.*

(2.)    Alcohol Awareness *(NOTE: See Exhibits at the end of this manual)*

There are a vast number of training programs available to establishments that sell alcohol beverages. Some of these programs are sponsored directly by individual alcohol companies; others are sponsored by industry organizations such as the Century Council, the Beer Institute, and the National Beer Wholesalers Association. The alcohol industry's public service efforts and resources are designed to reduce the harm associated with underage and drunk driving laws. An example of some of the programs available such as; *I.D. Check, We I.D. and Here's Looking at Yours, Kid,* help retailers recognize and accept only valid identification. Prominent point of sale materials for these programs includes posters, decals, and buttons. Training programs such as TIPS provides training for intervention procedures to educate servers to recognize and prevent underage and abusive drinking situations.

Zanzibar's bartenders are required to receive training and certificates for the alcohol awareness course required by the Alcohol Beverage Regulation Administration.

(3.)    Verbal Judo

"Verbal judo," a common practice relied upon by law enforcement professionals in today's environment, uses the energy of others to master situations. It contains a set of communication principles and tactics that enable the user to generate cooperation and gain voluntary compliance from others under stressful conditions. These tactics are especially useful when dealing with hostile, angry, upset, frustrated or disgruntled people. Security personnel and other club employees in contact with patrons that understand the principles of verbal judo will learn how to use words to achieve their purpose and how to resist using language to express personal feelings; how to employ empathy and maintain self-control; how to effectively deliver words that are on target by first understanding the receiver's point of view, including a "five step" approach to persuading difficult people; the art of translation to ensure communications is on target and understood by the receiver; and the art of mediation which achieves voluntary compliance. Verbal judo should be viewed as a pre-requisite to use of force training.

(4.)    Reasonable Force

How much force is a security guard allowed to use in a tense and potentially dangerous situation? Unlike police officers or SPO's, security guards are not required to ever make an arrest. Security guards merely <u>observe</u> and <u>report</u> and call the police if a crime occurs in their presence. However, if an SPO or security guard needs to take someone into custody for a crime, he or she must use reason, common sense, and if necessary, reasonable force in doing so. A common

definition of reasonable force is simply not to be excessive under the circumstances. This means to consider the seriousness of the crime, the risk of harm for everyone, and the immediacy of the situation. The preference always is to get a law enforcement response to affect the arrest.

(5.)    Use of Force

If a patron becomes combative or assaults someone, they must be immediately removed from the premise. Reasonable force begins with holding force or just enough to overcome the aggression and then can escalate to meet the level of aggression. This is called the "use of force continuum." The concept of a force continuum has been around for years and is still taught at most police academies. The force continuum is broken down into six broad levels: officer presence, verbal communication, control holds and restraints, non-lethal weapons (i.e. MACE Spray), temporary incapacitation, and deadly force. Security personnel should be trained to fully understand the force continuum and how to apply it. Periodic discussion should then take place to reinforce the concept.

(6.)    Rule Enforcement

The best managed clubs enforce rules and do so immediately. A well-timed and discreet comment from a security guard may be all that is necessary, in most cases, to resolve objectionable behavior. Security guards need to be taught and reminded that the rule violations of a club are not the same as committing a crime and that patrons should not be manhandled or physically taken into custody for violating a club rule.

(7.)    Patron Ejection

Patrons that do not adhere to the house rules need to be asked to leave the club by security personnel as soon as their behavior becomes evident. No one likes to be asked to leave an establishment, especially if they paid a cover charge to get in. If a security guard has reminded a patron several times about their conduct then it should not be a surprise when finally they are asked to leave. This doesn't mean, however, the patron will cooperate with their ejection. Unless the patron has committed a crime, physical force should not be used. This is not to say physical contact to guide, direct, or block re-entry should not be applied or that the security guard shouldn't defend themselves against physically aggressive patrons. For liability reasons, using defined guidelines, a patron's ejection should be documented. Police intervention may also be required.

(8.)    Patron Fights

The correct method to remove patrons that are involved in a physical altercation is to delay the ejection of the more passive offender, if possible, until the more aggressive co-combatant has completely vacated the property. The reason for this is that it is foreseeable that two people who were engaged in a fight inside will continue the assault outside. These situations will likely require a call to the police who may have to intervene once the patron has been removed from the premise. Security personnel need training in this area and these situations should be well

documented and reviewed by management for proactive measures that could be put into place to prevent or limit future occurrences.

(9.)    <u>Patron Revocation</u>

Zanzibar's security personnel must receive training on the guidelines that have been established by management for a patron's revocation and how it should be documented.

(10.)    <u>When to Call the Police</u>

Every situation will not require police intervention. Security personnel must know which types of circumstances require a call to the police and what types of information should be documented and/or relayed to the police even if a crime was not committed. In the event a major altercation rises to a felony level, Security shall immediately contact MPD while attempting to contain the situation.

(11.)    <u>Crime Scene Preservation/Witness</u>

The immediate actions taken by security personnel when a crime has been committed may mean the difference between a case remaining open or being closed and successful prosecution of the perpetrator (s). Security personnel must know what to look for and how to preserve it. Additionally, Both witnesses and physical evidence can speak about the "who, what, when, where and how" regarding a crime. Therefore, security personnel must identify and contain witnesses and determine what to do with a reluctant or uncooperative witness until the police arrive.

(12.)    <u>Report Writing and Incident Reporting</u>

We operate in a litigious environment. It is not uncommon for a patron to file a lawsuit against an establishment for an incident that occurred months in the past. Therefore, managers identified above must ensure that all matters requiring immediate assistance or forceful action by the security staff be documented on Incident Reports which will be distributed to the owners within 24 hours of the occurrence. These reports will document the circumstances of various situations and to summarize daily events for future review and improvement and, <u>more importantly will provide the documentation that will defend the establishment from civil liability</u>. Employees should identify and summarize the significant facts that need to be documented, and simply put these facts on paper.

**ZANZIBAR ON THE WATERFRONT
SECURITY OPERATIONS MANUAL**

## EMPLOYEE PROFILE
## PRE-EMPLOYMENT SCREENING

| Name | Date of Birth | SSN |
|------|---------------|-----|
| | | |

| Address |
|---------|
| |

| Home Phone | Cell Phone | Email Address |
|------------|------------|---------------|
| | | |

| Position Applied/Hired For | √ | Years of Experience | License (if applicable) Type and Number |
|----------------------------|---|---------------------|------------------------------------------|
| Bartender | | | |
| Special Police Officer (Armed) | | | |
| Security Guard | | | |
| Contact Security Guard (Temp) | | | |
| Food Preparer | | | |
| | | | |
| | | | |
| | | | |

**Training:**

**Organizations (Member of/ relating to position applied for):**

**ZANZIBAR ON THE WATERFRONT**
**SECURITY OPERATIONS MANUAL**

| Drug Tested ☐ Yes ☐ No | Date | Result |
|---|---|---|
| Criminal Background Check ☐ Yes ☐ No | Date | Result |
| Insurance ☐ Yes ☐ No | Certification Number | |
| W-9 Completed | Date | |
| 1099 Completed | Date | |

### Comments

_(blank lines)_

| Screened By: | Date |
|---|---|

## CODE OF CONDUCT

Employees shall adhere to a basic set of basic standards for its employees to follow when carrying out their day to day responsibilities. This manual provides a basic framework for professional behavior that is expected of all employees.

- All employees should be courteous and considerate under all circumstances when interacting with patrons;

- All employees should refrain from conduct that is dishonest and deemed to be immoral or obscene;

- All employees should maintain decorum and command of temper when dealing with patrons;

- All employees should demonstrate patience and be discreet in their treatment of patrons;

- All employees should not use harsh, violent or profane language in their interactions with patrons;

- All employees should be well groomed and present a professional appearance.

## UNIFORMS & EQUIPMENT (For Security Personnel)

Special Police Officers and Security Guards are required to wear a uniform with a specific patch design that is mandated by the DCMR. Upon receipt of a commission or license, these individuals are informed of the uniform standards required for compliance and the permissible equipment they may be carried.

Contract security personnel working for any establishment are required to wear clothing determined by management that clearly distinguishes them as such. Security Uniform is to be Black Slacks with red or white shirts, featuring Zanzibar's logo on the front and the word "SECURITY" clearly shown on the back. In addition, all security personnel must wear name tags identifying who they are. Initially, the shirts worn by security personnel will be purchased by the establishment.

At minimum and at all times, security personnel should carry a small notebook, a pen, a small flashlight and the communications device (two way cell phone or radio) provided by the establishment.

## SECURITY LOCATIONS

Depending on the number of patrons, security operations may require both fixed and floating post assignments for security personnel. In the later sense, floating security would be responsible to move throughout the crowd to provide a presence, thereby creating a deterrent and to identify undesirable behaviors.

On nights when full capacity is expected, generally when live entertainment is provided with a cover charge, the full compliment (15 persons) of security personnel is on site as follows:

| Post 1 | Outer Front Door | 3 Guards |
|--------|------------------|----------|
| Post 2 | Back Door | 1 Guard |
| | **Inside Perimeter – First Floor** | |
| Post 3 | Front Door No. 1 | 1 Guard |
| Post 4 | Main Bar | 1 Guard |
| Post 5 | Stage & Ramp | 1 Guard |
| | **Inside Perimeter – Second Floor** | |
| Post 6 | Second Floor landing | 1 Guard |
| Post 7 | Second Floor Main Bar | 1 Guard |
| Post 8 | DJ Steps | 1 Guard |
| Post 9 | Enclosed Deck | 1 Guard |
| Post 10 | VIP Bar | 1 Guard |
| | **Inside Perimeter – Third Floor** | |
| Post 11 | SkyClub Elevator | 1 Guard |
| Post 12 | SkyClub Entrance | 1 Guard |
| Post 13 | SkyClub Floor | 1 Guard |

Post 1 is responsible to form and maintain an orderly line of patrons waiting to enter the club, screening patrons upon entry for age suitability, and conducting a physical search for weapons or contraband.

Post 2 is responsible to secure the inner back door, ensuring no patron enters who has not been screened or paid their cover charge, and to assist with patron evacuation out the back doors when necessary.

Post 3 is responsible to secure the inner front door, ensuring no patron enters who has not been screened or paid their cover charge, and to assist with patron evacuation out the front doors when necessary.

Post 4 is responsible to observe the crowd and ensure patrons who go to the restroom located on the first level are not there for an excessive amount of time. In addition, guards will safeguard against the sale of alcohol to minors.

Post 5 is responsible to observe the crowd, ensure the handicap ramp and other access ways are kept clear, and provide security for the entertainers and ensure that no patron goes onto the stage.

Post 6 is responsible to observe the crowd, and ensure pathways, including stairways, are kept free and clear at all times.

Post 7 is responsible to observe the crowd, and to safeguard against the sale of alcohol to minors.

Post 8 is responsible for ensuring that only authorized persons enter the DJ booth. In addition, guards will ensure patrons who go to the restroom on the second level are not there for an excessive amount of time.

Post 9 is responsible to observe the crowd on the enclosed deck to maintain proper behavior and ensure patrons do not drop bottles or other articles over the side of the building.

Post 10 is responsible for ensuring pathways are kept clear and limit the rear-door access to the SkyClub to VIP members and invited guests.

Post 11 is responsible to observe the crowd, ensure pathways are kept clear and limit access to the SkyClub to VIP members and invited guests.

Posts 12 & 13 are responsible for observing the crowd in the SkyClub, monitoring all access to and from the facility, and ensuring that patrons who go to the restroom in the SkyClub are not there for an excessive amount of time.

All security personnel will monitor unruly behavior. In addition, guards may be asked to leave their posts from time to time to assist another staff member, or respond to an emergency when needed.

## CLOSE CIRCUIT TELEVISION (CCTV)

Zanzibar has in place a CCTV system with the capacity to broadcast an image on a monitor or toggle to view different images on four screens simultaneously. The base of the system has the capability to save images to a hard drive that can be reproduced onto a compact disk (CD). There are cameras strategically located throughout the inside and outside of the establishment. *(NOTE: The current system is being upgraded with new wiring, additional cameras and more advanced capabilities.)*

CCTV technology today has a benefit that will allow applicable agencies and police personnel to monitor activity in their offices or vehicles with the use of their mobile digital terminals. Undoubtedly, to exercise this capability, privacy issues will have to be thoroughly explored and

safeguards put into place to protect the establishment and its patrons from unwarranted or inexcusable invasions.

## CLOSING POLICY

There are common procedures most ABRA establishments follow at the end of the evening to clear out patrons and to ensure they are in compliance with the regulations that govern their alcohol license. Zanzibar executes these standards upon closing as follows:

- Close to closing, all employees, particularly the bartenders and servers, should be observant for patrons that may be intoxicated. If needed, employees shall call a cab, shuttles or escorts, or encouraging the use of a designated driver.

- While maintaining an adequate presence inside the establishment to monitor patrons as they begin to leave, some security personnel will be redeployed to areas outside, particularly to those locations where patrons tend to congregate. CCTV's should to be adjusted to focus on exits, areas around restrooms and the outer perimeter of the establishment that must contain adequate lighting.

- At least 30 minutes before closing, DJs will announce "last call" to make patrons aware of their last opportunity to purchase a drink. Furthermore, the tempo of the music will change and the lights slightly turned up.

- At least 15 minutes before closing, bartenders will curtail the sale of alcoholic beverages. The lights should be turned up and patrons should be encouraged to finish their drinks and leave the establishment. Inside security personnel have to be observant for patrons that attempt to leave the establishment with alcoholic beverages in their possession, while those outside must encourage patrons to keep moving and leave the area.

- Inside security personnel must check the establishment to be sure all of the patrons have exited. Security personnel deployed outside should maintain order; reminding patrons to refrain from noise and congregating and remain there until they have dispersed.

## INCIDENT REPORTING, BRIEFING & MANPOWER LOGS

It cannot be stressed enough that nightclubs need to maintain a form of documentation to record various activities and incidents associated with the establishment. These records will prove to be a valuable resource for management to determine what types of improvements or changes may be necessary to enhance their operation. It will provide a record of employee training and in many cases a defensive cover against liability issues that may arise. Therefore *Zanzibar's Director of Security must ensure the following logs are completed on a daily basis.*

- Daily Manpower Log — this log is necessary to record employees working on any given day and their assignment. Additionally for assessment purposes, it documents the

occurring event and patron numbers so that an evaluation can later be conducted to
determine if any modifications should be made under similar circumstances.

- *Daily Briefing Log* - this log will provide a record of discussions that takes place with
  the employees to make certain they are informed of previous day activities and
  instructed on concerns for the current night.

- *Incident Report* - this will serve as a record for security personnel documenting what
  occurred when they carried out a specific responsibility (i.e. patron ejection, disruptive
  person, fight, etc.), particularly if they have physical contact with a patron. It also
  provides a summary of the information that will be needed should the incident require a
  police intervention. In the event a major altercation rises to a felony level, Security
  shall immediately contact MPD while attempting to contain the situation.

When a patron declines medical assistance in the event of injury, Security must immediately
advise a Manager on Duty (MOD). If the MOD determines that medical intervention is indeed
warranted, the MOD must take appropriate action to contact emergency services. In addition,
Security must complete an Incident Report documenting the situation.

## PROMOTERS:

In the event Zanzibar engages promoters for specific events, said promoters shall be permitted to
provide a cashier as outside staffing. Only Zanzibar security personnel are permitted on the
premises, unless special arrangements are made with the promoter. All promoters are subject to
Zanzibar's policies and procedures, including but not limited to dress codes, codes of conduct
and security procedures.

## PARKING SERVICES:

Zanzibar will provide valets through outside contracts. This service will be located at the front
entrance of the venue and must not cause crowding or backup in front of our facility.

## REFUSING ENTRY

Entering Zanzibar is a privilege, not a right bestowed to patrons. Zanzibar reserves the right to
refuse admission to any patron who is a known felon, or who has caused a previous disturbance
inside or in the vicinity of our facility. In addition, Zanzibar reserves the right to refuse
admission to anyone not meeting our age requirement or dress code, and will refuse entry to
anyone, except authorized law enforcement personnel, who attempts to bring a weapon inside
our premises.

# DAILY MANPOWER LOG

**ZANZIBAR ON THE WATERFRONT-700 WATER STREET, SW, WASHINGTON, DC 20024**

| Date | Approximate Number of Patrons |
|---|---|

**Entertainment/Event**

| Name | Task/Location | IN | OUT |
|---|---|---|---|
| | Bartender | | |
| | Bartender | | |
| | Server | | |
| | Server | | |
| | Security Guard – Post 1 | | |
| | Security Guard – Post 2 | | |
| | Security Guard – Post 3 | | |
| | Security Guard – Post 4 | | |
| | Security Guard – Post 5 | | |
| | Security Guard | | |
| | Food Preparer | | |
| | Food Preparer | | |
| | Manager | | |
| | Manager | | |

**Employee Briefing
(Comments/Concerns regarding Previous and Current Day Activities)**

| |
|---|
| |
| |
| |
| |
| |
| |

**Prepared By:**

ZANZIBAR ON THE WATERFRONT
SECURITY OPERATIONS MANUAL

# DAILY BRIEFING LOG

**ZANZIBAR ON THE WATERFRONT-700 WATER STREET, SW, WASHINGTON, DC 20024**

| Date | Approximate Number of Patrons |
|---|---|

**Entertainment/Event**

| Issues to be Discussed |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| Employees Present | |
|---|---|
| 1. | 5. |
| 2. | 6. |
| 3. | 7. |
| 4. | 8. |

| Changes/Improvements Training |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

**Prepared By:**

* Additional Comments on Back

**ZANZIBAR ON THE WATERFRONT**
**SECURITY OPERATIONS MANUAL**

# INCIDENT REPORT

**ZANZIBAR ON THE WATERFRONT-700 WATER STREET, SW, WASHINGTON, DC 20024**

| Date | Time | Day of Week | Approximate Number of Patrons |
|---|---|---|---|
| | | | |

**Entertainment/Event**

| Number of Security Personnel Present | Number of Security Personnel Needed to Resolve Incident |
|---|---|
| | |

| Type of Incident | √ | Comments |
|---|---|---|
| Admission Dispute | | |
| Unruly Patron | | |
| Intoxicated Patron | | |
| Assault/Fight | | |
| Drug Use | | |
| Theft | | |
| Underage Patron | | |
| Other (Describe) | | |

**Circumstances of Incident**

| Witness Name | Address | Phone number |
|---|---|---|
| | | |
| | | |
| | | |

| Action Taken | √ | Comments |
|---|---|---|
| Verbal Warning | | |
| Ejected from Premise | | |
| Barred from Premise | | |
| Use of Pepper Spray | | |
| Use of Force | | |
| Other (Describe) | | |

**Police Response was Required ( ) YES - police report attached, if applicable          ( ) NO**

**Prepared By:**

## EMERGENCY EVACUATIONS

A fire or other emergency can strike at anytime forcing management to evacuate the premise when least expected. It is imperative to have an Emergency Action Plan (EAP) in place that designates the actions the establishment's personnel must take to ensure the safety of patrons and themselves.

This Section provides general guidelines suggested by the U.S. Department of Labor, Occupational Safety and Health Administration (OSHA) that was enhanced to adapt to specific or changing conditions of the establishment and its employees. Employees should be included in the planning process and their assistance requested in implementing the plan. A check sheet has also been developed to be certain that the minimum actions required to be taken for an emergency situation are engaged.

- Zanzibar's management must first determine the conditions under which an evacuation would be necessary, such as a fire (i.e. a small kitchen fire that can be contained and does not present a threat to patrons and employees may not be cause for an evacuation), gas release, and bomb or terrorist threat, etc.

- A primary and secondary person should be designated and authorized to order an evacuation and assume control of the situation. Due to the size of the premise, Zanzibar's primary designee should be the General Manager or Director of Security, who are generally on site during the hours of operation. The secondary designee should be the Manager on Duty who is responsible for the operation in the absence of the General Manager.

- A floor plan depicting all available exits that are clearly marked is contained in this Section and is posted at each exit for the awareness of patrons and employees.

- Management will determine the type of mechanism to be used to alert patrons and employees to evacuate. If an alarm is used it should be distinctive and recognizable as a signal to evacuate the premise. A verbal announcement, by itself, should not be relied upon. Employees in the kitchen area or patrons that may be in the restroom on the basement floor of the premise may not hear a verbal alert.

- Security personnel on site at any given time should be made aware of the EAP and briefed on the specific actions they are required to take in implementing an emergency evacuation.

- In the event of an evacuation, specific instruction should be provided to patrons to ensure their safety in exiting the premise and what to do once outside.

# Call 911 for
## Fire and Police Emergency Services

# EMERGENCY EVACUATION PLAN

## AND CHECKSHEET

| | |
|---|---|
| Name | Designated as the *Primary* person to determine that a condition exist that will require an evacuation; |
| Name | Designated as the *Secondary* person to act in the absence of the Primary person; |
| Name(s) | Designated to remain, *if safe to do so*, to maintain order and assist patrons and other employees to exit; |
| Name(s) | Designated to respond outside to direct patrons and other employees a safe distance from the building; |

In the event of an emergency the Primary or Secondary designee shall assume control of the situation and ensure the following actions are taken to secure the safety of patrons and employees.

| | |
|---|---|
| ☐ | Primary (or Secondary) designee shall call 911 and report the emergency; |
| ☐ | Patrons/ employees alerted by sounding an alarm or verbal announcement; |
| ☐ | Direct Patrons /employees to nearest available exit; |
| ☐ | Instruct persons to remain calm and orderly as they exit the building; |
| ☐ | Check office, kitchen and restrooms to ensure building is clear; |
| ☐ | Designate an assembly area a safe distance from building; |
| ☐ | Account for all patrons, to extent possible, and employees; |
| ☐ | Primary designee should brief emergency service responders; |
| ☐ | Debrief employees and prepare an after action report for future reference. |

Notes



**FIRST FLOOR**

District of Columbia Government

Fire Protection Division/DCRA/BLRA

These Shop Drawings must or exceed all

Applicable Fire and Life Safety Codes

Adopted By The District of Columbia and

U.S. Governments Approved Subject To Final Field Inspection

Reviewer

Date FEB 06 2001

District of Columbia Government

Fire Protection Division/DCRA-BLRA

These  Drawings meet or exceed all

Applicable Fire and Life Safety Codes

Adopted By The District of Columbia and

U.S. Government. Approved Subject To Final Field Inspection

Reviewer

Date FEB 06 2001



**SECOND FLOOR**

# LEGAL NOTICE

You must be 21 years of age
to possess, consume, or purchase
an alcoholic beverage.

You must present a valid ID
displaying proof of legal drinking age
to purchase alcohol.

D.C. Official Code § 25-713

Sponsored by an OJJDP Grant for the Enforcement of Underage Drinking

ABRA
ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION
GOVERNMENT OF THE DISTRICT OF COLUMBIA
EST. 2001

D.C. Official Code § 25-712

# WARNING:

## Drinking alcoholic beverages during pregnancy can cause birth defects.

ABRA

ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION

GOVERNMENT OF THE DISTRICT OF COLUMBIA EST. 2001



# Security Training
# Manual

## Zanzibar on the Waterfront
## 700 Water Street, SW, Washington, DC 20024

# SECURITY TRAINING MANUAL

## TABLE OF CONTENTS

Violence in the Workplace.................................................................. Page 3

Searching and Screening Guests........................................................ Page 5

Dos & Don'ts to De-escalate a Potentially Violent Situation........................... Page 6

Incidents.................................................................................. Page 8

How to Take Care of an Intoxicated Person............................................. Page 8

Identification............................................................................. Page 9

Police Officers and Concealed Weapons................................................. Page 9

Last Call.................................................................................. Page 10

# Violence in the Workplace

Violence in the workplace is a reality, according to a National Crime Victimization Survey, two million assaults and threats of violence against Americans at work occur annually. The most common type of workplace violence was the assault with an average of 1.5 million a year. There were 390,000 aggravated assaults, 51,000 rapes and sexual assaults, 84,000 robberies, and 1,000 homicides reported.

These figures in most cases are much lower than the actual number of incidents reported by employees or employers.

The toll of workplace violence on industry and personnel is sobering. According to the Workplace Violence Research Institute the estimated cost of workplace violence to U.S. is $36 billion per year.

Costs include medical and psychiatric care, lost business and productivity, facility repairs and clean-ups, higher insurance rates, increased security costs, and worst of all, the loss of valued employees. In addition business owners are increasingly being held liable for not making their premises safe for employees and customers. Potential areas of workplace violence related litigation that should concern employers include civil actions for negligent hiring, workers compensation, third party claims for damages, invasion of privacy actions, and occupational safety and health administration violation charges and fines.

## Any violence/harassment experienced should be reported immediately to MPD and/or the employee's direct supervisor.

## What is workplace violence?

Workplace violence is violence or the threat of violence directed toward persons at work or on duty. It can occur at or outside the workplace and can range from threats and verbal abuse to physical assaults and homicide. We have categorized workplace violence into three categories to make it easier to understand.

1) Stranger Violence- Stranger violence versus employees, such as armed robbery, accounts for 60% of all workplace homicides.
2) Client Violence? Client versus employee, which is best exemplified by a social worker being attacked by a client, account for 30% of all workplace homicides.
3) Employee Violence? Employee versus employee, which is best exemplified by a case wherein an employee attacks a supervisor, accounts for 10% of all workplace homicides. This category also includes domestic violence, temporary employees and subcontractors.

## General Information

Occupational Safety and Health Act of 1970 assures safe and healthful working conditions for every working person and to reserve our human resources. The National Institute for Occupational Safety and Health (NIOSH) is charged with recommending occupational safety and health standards and describing exposures that are safe for

3

various periods of employment, including (but not limited to) the exposures at which no worker will suffer diminished health, functional capacity, or life expectancy as a result of his or her work experience.

## Top three questions asked about workplace violence:

### 1)     Do people just snap?

No, what appears to be a spontaneous violent outburst can be better characterized as the result of a "slow burn," which is part of a long process of dealing with, or failing to deal with an accumulation of unresolved problems or multiple\stressors.

### 2)     Are there warning signs?

Yes, most of the cases that resulted in fatal outcomes had clear warning signs. Beware of newly acquired negative traits, sudden changes in personal behavior, decrease in productivity, attendance problems, over reaction to stimuli, actual or veiled threats to coworkers, sabotage or theft of property belonging to the employer or coworkers, and sudden withdrawal from current circle of friends or acquaintances.

### 3)     Is workplace violence random?

Cases of internal workplace violence are anything but random.  In most cases, people are targeted merely because the perpetrator knows or perceives that they had something to do with his/her current plight.

## Risk Factors

Contact with the public
Exchange of money
Delivery of passengers, goods, or services
Having a mobile workplace such as a taxicab or police cruiser
Working with unstable or volatile persons in health care, social service, or criminal justice settings
Working alone or in small numbers
Working late at night or during early morning hours
Working in high-crime areas
Guarding valuable property or possessions
Working in community-based settings

## What to do in case of?

### 1)     Angry or hostile customer or co-worker

Stay calm.  Listen attentively
Maintain eye contact
Be courteous.  Be patient
Keep the situation in your control

2)  **Person shouting, swearing, and threatening**
Signal co-worker or supervisor that you need help
Do not make any calls yourself
Have someone call the Metropolitan Police Department

3)  **Threatening with a gun, knife, or other weapon**
Stay calm, quietly signal for help
Maintain eye contact
Stall for time
Keep talking, but follow instructions from the person who has the weapon
Don't risk harm to yourself or others
Never try to grab the weapon from the subject
Watch for a possible chance to escape to a safe area

## Searching and Screening Guests

All guests must be screened for weapons or items that may be used to harm someone (e.g., nail clips or sharp metal objects). A hand held metal detector may be used on each guest, and a body pat down for any guest failing the metal detector scan, or if you observe any bulge or objects through the clothing. All purses will be searched and pockets emptied of metal objects. If the customer is not willing to be searched admission will not be granted into the establishment.

**Reporting Incidents**

The first time threatened, no matter how minor immediately report it to your supervisor. Incidents of threats or violence should be reported before they lead to a life-endangering situation.

**Tips to help you keep your cool**

Use these guidelines if you're ever in a hostile or threatening situation. Dial 9-1-1 or the local emergency number if the situation requires immediate medical or law enforcement assistance.

Be prepared to describe the threatening individual, and the location of the person who will meet the emergency team.

**If someone threatens you with a gun, knife or other weapon:**

- Stay clam. Quietly signal for help (manager/ security personnel)
- Maintain eye contact.
- Stall for time.
- Keep talking—but follow instructions from the person who has the weapon.
- Don't risk harm to yourself or others.
- Never try to grab a weapon.
- Watch for a safe chance to escape to a safe area.

5

**If approached by a hostile customer or co-worker:**

- Stay calm.  Listen attentively.
- Maintain eye contact.
- Be courteous; be patient—allow the person to vent.
- Acknowledge the person's concern, find some basis for agreement.
- Keep the situation in your control.
- If a person shouts, swears or threatens you:
- Speak softly—don't respond in kind by shouting, swearing or threatening.
- Signal a coworker or supervisor that you need help.  Use prearranged code words.
- Have someone call law enforcement or security officials.
- Do not make any calls yourself.

**If a violent incident occurs:**

- Document all incidents and threats of workplace violence and promptly report violent incidents to the local police department.
- Provide prompt medical evaluation and treatment after each incident, regardless of severity.
- Inform victims of workplace violence of their legal right to prosecute perpetrators.
- Discuss the circumstances of incidents of assault with staff members.  Provide opportunities for employees to share information about ways to avoid such problems in the future.
- Investigate all violent incidents and threats, monitor trends in violent incidents by type or circumstance, and institute corrective actions.

Workers who have been assaulted or have seen coworkers attacked reported experiencing short- and long-term psychological trauma, fear of returning to work, and changes in relationships with coworkers and family.  Stress debriefing sessions and post-trauma counseling services can help workers recover from a violent incident.  Include these services as part of your violence prevention program.

## Some Tips to De-escalate a Potentially Violent Situation

**Do:**

- Position yourself so that you have immediate access to an exit.
- Project calmness.  Move and speak slowly, quietly, and confidently.

- Be an empathetic listener.   Encourage the person to talk, and listen patiently.

- Indicate that you can see he or she is upset.

- Focus your attention on the person to let him or her know you are interested in what he of she is saying.

- Position yourself at a right angle rather then directly in front of the person.

- Don't invade the individual's personal space.  A good distance is three to six feet away.

- Ask for small specific favors such as asking the person to move to a quieter area (preferably where there are no objects that can be used as weapons, but still in a safe view in case assistance is needed).

- Establish ground rules if unreasonable behavior persists. Calmly describe the consequences of any violent behavior.

- Use delaying tactics to give the person time to calm down. For example, offer a drink of water.

- Repeat back what you feel he or she is requesting of you.

- Be aware of anything in the room that can be used as a weapon.

**Don't:**

- Don't use communication styles that produce hostility (hands on hips, arms crossed, fingers pointing), apathy, brush-off, coldness, condescension, robotism, going strictly by the rules, or giving the runaround.

- Don't reject all of his or her demands at the start.

- Don't make sudden movements that can be interpreted as threatening.

- Don't challenge, threaten, or dare the individual; don't belittle the person or make him or her feel foolish.  Don't criticize or act impatiently toward the agitated individual.

- Don't attempt to bargain with a threatening person.

- Don't try to impart a lot of technical or complicated information when emotions are running high.

- Don't take sides or agree with distortions.

- Don't make false statements or promises you can't keep.

7

# Incidents

1. Always be polite; ask to discuss the situation outside where the loud music will not be a problem. If they decide not to leave, make them aware, nicely, that by refusing they are now trespassing and in violation of District law and you'll unfortunately have to call for a uniformed officer who will arrest them which is what you're really trying to avoid.

2. Inform a manager; then call or telephone the police for an officer and wait for his or her arrival. Inform the officer of the situation then step back and allow the officers to do their job (Yours is done, unless the officer ask you for any further information).

3. Our goal is to diffuse situations, and make incidents look as if nothing ever occurred.

4. If the situation ever becomes physical, you may not touch a guest in an offensive manner. You may only use defensive force only when needed to protect the public. This includes restraining persons for their own safety and that of those around them. Never restrain a person by the neck or head, but try to wrap your arms around them if possible.

5. Never leave the property in pursuit of an individual without instruction from a police officer.

6. Never take any situation personally, if you feel the need to do so you are in the wrong employment position.

7. Every incident must be documented in our Incident Report Log Book, which should be assessable to all management and security staff. Each incident should be logged and filed by the date of the incident.

## Alcohol: How to Take Care of an Intoxicated Person

**WHAT TO DO:**

- Determine from the person's companions what he or she was drinking, the quantity and over what time period. Find out if the person consumed other drugs or medication and if there is past history of drug abuse.

- Let the person sleep it off, unless:

  the person has consumed large amounts in a short time, or

  also took other drugs, or has a complicating condition such as diabetes.

- Check periodically to see if the person can be roused. Monitor breathing.

- Stay with the intoxicated person who is vomiting; keep him or her from breathing in or swallowing their vomitus.

- If the person is combative, when approaching or touching him or her, tell the person in a simple, firm and reassuring way what you are going to do.

- If the person wants to walk around, steady him or her. However, there is no need to encourage the person to walk or stay awake.

- When in doubt, call for medical emergency assistance (911).

**WHAT NOT TO DO:**

- Don't assume every passed out drunk can merely sleep it off -check out the circumstances.

- Don't panic—most intoxicated people won't have serious trouble. Don't let an intoxicated person operate a vehicle or bike.

- Don't administer anything orally to the intoxicated person to try to sober him/her up.

- Don't try to restrain the person alone. Get sober help and try to prevent injury to the intoxicated person.

- Don't make fun of, provoke or threaten the person.

## Identification

1. If the person looks less than 40 years of age, ask for ID. Acceptable forms of identification are:
   1) A state issued ID with a picture
   2) A non-expired state driver's license with a picture
   3) A non-expired military ID,
   4) A valid passport with a photo ID.

2. **As an employee you have the right to refuse any ID that is suspect. You should not accept any ID that appears to have been altered in any way.**

3. Always be polite when asking for ID. If you have to turn away a fraudulent ID, be as polite as possible.

4. No one may vouch for a potential guest's age if there is a question.

5. NO ONE WILL BE PERMITTED ENTRANCE WITHOUT PROPER ID.

## Police Officers and Concealed Weapons

Only on duty local or federal agents may carry a firearm into the restaurant. Every managers and security member should be aware of their presence.

## Last Call

"Last call" will be announced by the disc jockey 30 minutes prior to closing and be given three times or once every five minutes to make sure the guests have ample time to finish their drinks.

1.  Fifteen minutes after "last call," no one is allowed to serve alcoholic beverages for any reason. The lights come up, and the guests need to leave the building in an orderly fashion.

2.  Make sure the guest are greeted as they leave, and make sure there is sufficient room for all guests to leave comfortably.

3.  Two door men will secure the main entrance of the building until all of the guests have departed to make sure of no re-entries.

Following these instructions should help alleviate any problem that we may occur.

10



# FORCE CONTINUUM

## SITUATIONAL INCIDENTS

- COMPLIANT
- PASSIVE RESISTANCE
- ACTIVE RESISTANCE
- ASSAULTIVE
- SERIOUS BODILY INJURY or DEATH

# FORCE CONTINUUM

## RESPONSE OPTIONS

### 10 RESPONSE OPTIONS

# FORCE CONTINUUM

## RESPONSE OPTIONS

- OWNERSHIP AND MANAGEMENT PRESENCE
- UNIFORMED SECURITY PRESENCE
- TACTICAL COMMUNICATIONS
- EMPTY HAND CONTROL TECHNIQUES
- DISENGAGEMENT
- IMPACT WEAPONS RESTRAINT
- CHEMICAL AGENTS
- IMPACT WEAPONS USE OF FORCE
- POLICE INTERVENTION
- FIREARM

# FORCE CONTINUUM

## RESPONSE OPTIONS

- **OWNERSHIP AND MANAGEMENT PRESENCE**

  **SET THE STAGE**

  **ESTABLISH A SAFE ENVIRONMENT FOR PATRONS**

  **VIDEO SURVEILLANCE**

  **PERSONNEL TRAINING**

# FORCE CONTINUUM

## RESPONSE OPTIONS

- **UNIFORMED SECURITY PRESENCE**

  **TRAINING**

  **UNIFORM**

  **EQUIPMENT**

  **PROFESSIONALISM**

# FORCE CONTINUUM

## RESPONSE OPTIONS

- UNIFORMED SECURITY PRESENCE

### TRAINING

1. Alcohol Awareness
2. First-Aid
3. Police Procedures and Investigative Techniques
4. Tactical Communications
5. Martial Arts
6. Report Writing
7. Best Practices

# FORCE CONTINUUM

## RESPONSE OPTIONS

- TACTICAL COMMUNICATIONS

COOPERATIVE FRISKING (PAT-DOWNS)

NON-VERBAL COMMUNICATIONS

VERBAL JUDO

# FORCE CONTINUUM

## RESPONSE OPTIONS

- **EMPTY HAND CONTROL TECHNIQUES**

A reasonable use of physical control, separation, or restraint of a patron with or without using minimal to moderate force applied to pressure holds and control holds, and without using Impact Weapons with a minimal to moderate chance of injury.

# FORCE CONTINUUM

## RESPONSE OPTIONS

• **EMPTY HAND CONTROL TECHNIQUES**

    A reasonable use of physical control, separation, or restraint of a patron with or without using minimal to moderate force applied to pressure holds and control holds, and without using Impact Weapons with a minimal to moderate chance of injury.

**THERE ARE TWO SUBCATERGORIES**

**i. SOFT EMPTY HAND CONTROL TECHNIQUES**

**ii. HARD EMPTY HAND CONTROL TECHNIQUES**

# FORCE CONTINUUM

## RESPONSE OPTIONS

- EMPTY HAND CONTROL TECHNIQUES

  i. SOFT EMPTY HAND CONTROL TECHNIQUES

# "NOT A USE OF FORCE"

# FORCE CONTINUUM

## RESPONSE OPTIONS

- EMPTY HAND CONTROL TECHNIQUES

  i. SOFT EMPTY HAND CONTROL TECHNIQUES

  A reasonable use of physical control, separation, or restraint of a patron while using a <u>minimal amount of force</u> to applied pressure holds and control holds with a <u>minimal chance of injury</u>.

# FORCE CONTINUUM

## RESPONSE OPTIONS

- EMPTY HAND CONTROL TECHNIQUES

  i. SOFT EMPTY HAND CONTROL TECHNIQUES

  ESCORT CONTROL HOLDS

  PHYSICAL SEPARATION OF PATRONS

  PHYSICAL RESTRAINT OF PATRONS

# FORCE CONTINUUM

## RESPONSE OPTIONS

- EMPTY HAND CONTROL TECHNIQUE

  ii. HARD EMPTY HAND CONTROL TECHNIQUES

## "USE OF FORCE"

Use of Force is defined to include take-downs, kicks, punches or any other striking and blocking techniques, and any pressure point touch, joint lock, and control hold where more pressure is deemed necessary to control an active resistant patron with a moderate chance of injury.

# FORCE CONTINUUM

## RESPONSE OPTIONS

- **EMPTY HAND CONTROL TECHNIQUE**

   **ii. HARD EMPTY HAND CONTROL TECHNIQUES**

A reasonable use of physical control, separation, or restraint of a patron while using a <u>moderate amount of force</u> to <u>applied pressure</u> holds and control holds, without using Impact Weapons, with a <u>moderate chance of injury.</u>

# FORCE CONTINUUM

## RESPONSE OPTIONS

- EMPTY HAND CONTROL TECHNIQUES

A reasonable use of physical control, separation, or restraint of a patron with or without using minimal to moderate force applied to pressure holds and control holds, and without using Impact Weapons with a minimal to moderate chance of injury.

i.   SOFT EMPTY HAND CONTROL TECHNIQUES

ii. HARD EMPTY HAND CONTROL TECHNIQUES

# FORCE CONTINUUM

## RESPONSE OPTIONS

- **DISENGAGEMENT**

# FORCE CONTINUUM

## RESPONSE OPTIONS

- **IMPACT RESTRAINT EQUIPMENT**

  **HANDCUFFS / FLEX-CUFFS**

  **ANKLE-CUFFS / LEG CHAINS**

  **WAIST CHAINS**

  **SPIT SHIELD / MASK**

  **FULL-BODY RESTRAINTS**

# FORCE CONTINUUM

## RESPONSE OPTIONS

- UNFORMED SECURITY PRESENCE
- TACTICAL COMMUNICATIONS
- EMPTY HAND CONTROL TECHNIQUES
- DISENGAGEMENT
- IMPACT WEAPONS RESTRAINT
- CHEMICAL AGENTS

# FORCE CONTINUUM

## RESPONSE OPTIONS

- CHEMICAL AGENTS

The use of chemical agents is considered a less lethal tactic. Oleoresin Capsicum (Cayenne Pepper) is a less lethal weapon designed to disrupt the intended thought process, with no lasting after effects. Oleoresin Capsicum is commonly referred to as OC or pepper spray.

# FORCE CONTINUUM

## RESPONSE OPTIONS

- IMPACT WEAPONS USE OF FORCE

  BATON / ASP

ANY SECURITY EQUIPMENT USED AS A WEAPON
(flashlight, communication device, etc.)

ANY IMPACT RESTRAINT EQUIPMENT USED AS A WEAPON

ANY OBJECT OR TOOL USED AS A WEAPON

# FORCE CONTINUUM

## RESPONSE OPTIONS

- UNIFORMED SECURITY PRESENCE
- TACTICAL COMMUNICATIONS
- EMPTY HAND CONTROL TECHNIQUES
- DISENGAGEMENT
- IMPACT WEAPONS RESTRAINT
- CHEMICAL AGENTS
- IMPACT WEAPONS USE OF FORCE
- POLICE INTERVENTION

# FORCE CONTINUUM

## RESPONSE OPTIONS

- **POLICE INTERVENTION**

**Required when the situation has been assessed or elevated to at least an Active Resistance Situation, where a reasonable Use of Force has been exercised, and an injury, assault or threat of bodily injury and death has occurred.**

# FORCE CONTINUUM

## RESPONSE OPTIONS

- UNIFORMED SECURITY PRESENCE
- TACTICAL COMMUNICATIONS
- EMPTY HAND CONTROL TECHNIQUES
- DISENGAGEMENT
- IMPACT RESTRAINT EQUIPMENT
- CHEMICAL AGENTS
- IMPACT WEAPONS USE OF FORCE
- POLICE INTERVENTION
- FIREARM