## CERTIFICATE OF SERVICE

I certify that on the date provided below, I caused true and correct copies of Defendant Allen Iverson's foregoing Motion for Summary Judgment, Statement of Material Facts, Memorandum of Points and Authorities, proposed form of Order, and other supporting documents to be filed electronically with the United States District Court for the District of Columbia's electronic filing system (ECF), and served on the following counsel of record via Regular Mail:

Tina L. Snee, Esquire
Tina L. Snee & Associates
9401 Lee Highway - Suite 206
Fairfax, VA 22031
*Attorney for Plaintiff Broady*

Andrew B. Greenspan, Esquire
8600 LaSalle Road
Oxford Building. - Suite 620
Towson, Maryland 21286
*Attorney for Defendant Zanzibar on the Waterfront*

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

Dated:   January 16, 2008         By:   */s/ Alan C. Milstein*
                                        Alan C. Milstein, Esquire
                                        Matthew A. Tucker, Esquire
                                        Fairway Corporate Center
                                        4300 Haddonfield Road - Suite 311
                                        Pennsauken, NJ 08109
                                        Telephone: (856) 662-0700
                                        Facsimile: (856) 488-4744
                                        *Attorneys for Defendant Allen Iverson*