UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZANZIBAR ON THE WATERFRONT, LLC, )<br>et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00792-RMC |

### PLAINTIFF, GREGORY BROADY'S MOTION FOR EXTENTION OF TIME FOR FILING A RESPONSE TO ALLEN IVERSON'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, in the above-captioned matter, by and through his undersigned counsel, and moves this honorable Court for an extension of the current deadline for filing of a Response to Iverson's Motion for Summary Judgment, which is currently scheduled to be filed Friday, February 1, 2008, for an additional four (4) days to be filed, on or before February 5, 2008. The herein motion is consented to by opposing counsel. In support of said motion, plaintiff states as follows:

1. On December 3, 2007 the parties appeared before Judge Kollar-Kotelly for a Status Conference which set, *inter alia*, the following revenant dates:

    (i)    Summary Judgment motions due by January 14, 2008;

    (ii)    Response to Motion for Summary Judgment due by February 1, 2008; <u>and</u>

    (iii)    Reply to Motion for Summary Judgment due by February 8, 2008.

2. At the time plaintiff did not believe that the above-referenced dates would present any problems with regard to time constraints.

3. That Iverson's motion to file summary judgment was extended to January 16, 2008 which shortened plaintiff's response time.

4. That plaintiff's counsel, during the shortened response time, has several days completely filled with out-of-area depositions.

5. In addition, Ms. Snee is participating as a volunteer attorney with a high school mock trial event that culminates the weekend of January 26, 2008.

6. That extending the deadline four (4) days allows plaintiff's counsel an additional weekend to finalize the brief in response.

7. Plaintiff has spoken with counsel of record for all parties in this action and received their consent to the herein request for an additional four (4) days for the time to file a Response to Motion for Summary Judgment.

8. That this request is made more than the four (4) business days in advance of the time of filing.

9. That plaintiff's counsel has not previously requested an extension.

WHEREFORE, in light of the foregoing reasons, plaintiff, Gregory Broady, hereby moves this honorable Court for an Order (in the form of the accompanying proposed Order), granting Mr. Broady's request for an extension of the current deadline for filing of the Response to Motion for Summary Judgment, which is currently scheduled to be filed no later than February 1, 2008, for an additional four (4) days, until February 5, 2008.

                                    GREGORY BROADY
                                    By Counsel

TINA L. SNEE & ASSOCIATES, PLLC

_____
Tina L. Snee, Esq (DCB 416191)
9401 Lee Highway, Suite 206
Fairfax, VA 22031
(703) 352-8833
(703) 352-8881 (fax)