UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZANZIBAR ON THE WATERFRONT, LLC, )<br>et al. )<br>)<br>Defendants. ) | Case No. 1:06-cv-00792-RMC |

### ORDER

**AND NOW**, this _____ day of _____, 2008, upon consideration of plaintiff, Gregory Broady's Motion for Extension of Time for Filing a Response to Motion for Summary Judgment, and for good cause shown,

It is hereby **ORDERED** and **DECREED** that Plaintiff's Motion for Extension of Time for Filing Response to Motion for Summary Judgment is hereby **GRANTED** and the revised date for the plaintiff to file a Response to Motion for Summary Judgment is hereby extended for four (4) days, until February 5, 2008.

BY THE COURT:

_____
Colleen Kollar-Kotelly
Judge, United States District Court for
   the District of Columbia

Dated: _____