**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was served via the Court's electronic filing system and via regular mail, first class, postage prepaid, this 24 day of January, 2008, to:

| | |
|---|---|
| Andrew B. Greenspan, Esquire<br>8600 LaSalle Road<br>Oxford Bldg. - Suite 620<br>Towson, MD 21286 | Alan C. Milstein, Esq.<br>Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.<br>4300 Haddonfield Road, Suite 311<br>Pennsauken, NJ 08109 |

*/s/ Tina L. Snee*