UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY BROADY, )
)
    Plaintiff, )
)
v. ) Case No. 1:06-cv-00792-CKK
)
ZANZIBAR ON THE WATERFRONT, LLC, )
et al. )
)
    Defendants. )

## ORDER

CAME THE PARTIES upon the defendant, Allen Iverson's Motion for Summary Judgment, and after review of the pleadings and the opposition thereto, as well as the Statement of Material Facts and Disputes, it is hereby

ORDERED that the Motion for Summary Judgment is denied.


Dated: _____	By: _____
                                                                                                                     COLLEEN KOLLAR-KOTELLY
                                                                                                                     United States District Court Judge


Copies to:

Alan C. Milstein, Esquire
Matthew A. Tucker, Esquire
Fairway Corporate Center
4300 Haddonfield Rd., Suite 311
Pennsauken, NJ 08109
Attorneys for Defendant Iverson

Tina L. Snee, Esquire
Tina L. Snee & Associates
9401 Lee Highway, Suite 206
Fairfax, VA 22031
Attorney for Plaintiff Broady

Andrew B. Greenspan, Esquire
8600 LaSalle Road
Oxford Building - Suite 620
Towson, MD 21286
Attorney for Defendant
Zanzibar on the Waterfront