# EXHIBIT 1

1

1   IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

2                    CIVIL DIVISION

3   - - - - - - - - - - - - - - - - - - - - - - - - - -

4   GREGORY BROADY                        |

5                    Plaintiff        |Case No.:

6       v.                            |1:06-CV-00792-RMC

7   ZANZIBAR ON THE WATERFRONT,        |

8   LLC, et al.                        |   **ORIGINAL**

9                    Defendants        |

10  - - - - - - - - - - - - - - - - - - - - - - - - - -

11

12      Videotaped Deposition of ZANZIBAR ON THE

13                    WATERFRONT, LLC,

14      by and through its Corporate Designee,

15                    MICHEL DALEY

16                    Washington, D.C.

17            Wednesday, February 7, 2007

18                    10:51 a.m.

19

20  Job No.:  2-96555

21  Pages 1 - 112

22  Reported by:  Patricia G. Mitchell



1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

21

1    Q    And you did have an opportunity to speak with

2    her prior to coming here today; is that right?

3    A    Yes, and I did not.

4    Q    And is there any particular reason you did not

5    inquire as to what she had found out from Mr. Evans?

6    A    I didn't have time.  I was involved in other

7    things before I came here today.

8    Q    You were telling me what you think was the

9    security situation on the night of June 4th of '04; is

10   that correct?

11   A    Correct.

12   Q    You had indicated that there was a full -- or

13   you believed, you're not sure if there was a full

14   complement of security staff; is that right?

15   A    That's correct.  Normally on a typical weekend

16   evening, there would have been a full complement of

17   security.

18   Q    And what is a full complement of security?

19   A    About 13, 10 to 13 security staff members.

20   Q    Are they all employees?

21   A    They're contractors.

22   Q    Are they all contracted with one group?

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

22

1      A    Well, we consider them independent contractors.

2      Q    I understand that, but do you hire like Mike

3   Security Guards and he provides them --

4      A    No, we don't.

5      Q    So each one of them is an independent person?

6      A    Correct.

7      Q    Do you know their names?

8           MR. GREENSPAN:   Talking about back on that

9   evening?

10          MS. SNEE:   Yeah, sorry.

11     A    No, I don't know who was working back on the

12  evening of June 4th, no.

13  BY MS. SNEE:

14     Q    How would you find these independent

15  contractors?

16     A    How would we find them to employ them?

17     Q    Yes.

18     A    Through referrals.  We run a background check.

19  A lot of them are former police officers or former

20  security members, have worked for other security firms or

21  worked as bouncers in night clubs in other capacities, on

22  other areas.

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

23

1      Q      You're saying you give them 1099s?

2      A      That's correct.

3      Q      Do they have regular shifts that they work for

4    you?

5      A      Generally, yes.

6      Q      Do you supervise where they're supposed to be?

7      A      I do not personally supervise where they're

8    supposed to be.

9      Q      Let's make this clear for you.  You're here as

10   Zanzibar --

11     A      Okay.

12     Q      You're not here individually.  So when I'm

13   asking you, the reference is to Zanzibar.

14     A      Okay.  Yes, we supervise where they're supposed

15   to be.

16     Q      Where do you tell them they're supposed to be?

17   What locations are there that they're supposed to be?

18     A      Generally at the exits, particularly on the

19   first floor, every entrances on the first floor.  There's

20   several who are outside.  There's one who acts as a

21   greeter.  There's one who's at the exit on the second

22   floor, and there's one that's usually in the Sky Club.

24

1    Q    What are their jobs and responsibilities?

2    A    Well, in general, they're to make sure that

3    there's no incidents.  They're to look for people who may

4    be intoxicated or people who may be there to cause

5    trouble and --

6    Q    I'm sorry --

7    A    In addition to that, another important aspect

8    of the job is to make sure that there are no underage

9    drinkers, that everybody who comes in is carded.  We want

10   to make sure nobody is bringing weapons or anything

11   dangerous inside the premises.

12   Q    Do you give them any training as to what

13   they're supposed to do?

14   A    Yes.

15   Q    What type of training do you give these --

16   A    Well, we have a training manual and the person

17   who's head of security will generally -- is generally

18   responsible for meeting with security.  And we provide

19   in-house training.

20   Q    Did you bring that training manual with you?

21   A    I did not.  That training manual, the current

22   training manual that we use was not in existence on the

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

25

1    night that this incident occurred.

2        Q    Was there a written training manual back then?

3        A    No, there was not.

4        Q    So back in 2004, was there any training that

5    was provided to those folks who were working on the night

6    of June 4th?

7        A    I don't know the answer to that.

8        Q    Who would?

9        A    Wendall Evans would probably be the best

10   source.

11       Q    Do you know if any inhouse training was

12   provided to those individuals prior to June 4th, 2004?

13       A    I don't know the answer to that.

14       Q    Would Mr. Evans know that?

15       A    He would be the best person to ask that

16   question.

17       Q    Who personally was the one who hired these

18   folks?

19       A    It would have been Mr. Evans, and the general

20   manager would have approved or disapproved the hiring.

21   The general manager would have had the authority to

22   disapprove anyone recommended by Mr. Evans.

48

1    A    No, we did not.

2    Q    Did you distribute any flyers indicating he'd

3  be there that night --

4    A    No, we did not.  We did not know in advance

5  that he was coming.

6    Q    That was my next question.  How did you know

7  when he showed up?

8    A    Allen Iverson shows up with an entourage.  It's

9  very difficult not to know when he's coming.

10    Q    I'll tell you this, this is my ignorance.  I

11  would not recognize him if I saw him.  Do you know --

12    A    Yes, we would recognize him immediately.

13    Q    And why?  You're all basketball fans?

14    A    It's like asking me would I recognize Denzel

15  Washington.  I mean, we know his face.

16    Q    Okay.  You do.

17    A    Right.  But most clientele, most of our

18  clientele would know who he is just because of the age

19  group of our clientele and his prominence in the NBA.

20    Q    Okay.  When he showed up with a entourage, this

21  was not the first time he'd come to Zanzibar; is that

22  right?

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

49

1      A      I don't think so.  I think Allen Iverson has

2 been to Zanzibar twice.  I don't remember whether this

3 was his first or second time.

4      Q      Okay.  Is there a way to find that out at all?

5      A      No.

6      Q      Do you know if he had the same entourage both

7 times?

8      A      He had the same security personnel both times.

9 I have no idea whether he had the same people in his

10 entourage.

11      Q      When he showed up, how many folks did he have

12 with him?

13      A      I can't answer that specifically.

14      Q      Did you see Allen Iverson physically there that

15 evening?

16      A      Yes, I did.

17      Q      Which door did he come in?

18      A      We have a separate Sky Club entrance.  He came

19 in that entrance.

20      Q      Did you speak to Mr. Iverson that evening?

21      A      Not other than to say welcome to Zanzibar.  I

22 had a very brief conversation with him.  I didn't have

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

55

1    Q    Generally when security -- I'm sorry, generally

2    when a celebrity comes and they do bring security, is

3    there any conversation that occurs regarding how that's

4    supposed to work inside Zanzibar?

5    A    Generally.  I mean, we would make sure that

6    security, while they protected their client, not impede

7    our ability to handle security for the rest of the

8    facility.

9    Q    Prior to that night of June 4th of 2004, had

10   you ever had problems with some other body's security in

11   your facility?

12   A    No, we did not.  In fact, I think as I recall,

13   Allen Iverson has been the only celebrity that's come to

14   our facility with his own security detail.

15   Q    What makes you believe he had a security detail

16   with him on June 4th of 2004?

17   A    They were very hard to ignore.  They were four

18   very big guys that looked like NFL linemen, and they made

19   it clear that no one was going to get near Allen Iverson

20   without their permission.

21   Q    Did you have to ask permission to have your --

22   A    Actually I did.  I did.  I actually said I was

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

56

1    an owner of Zanzibar and the guy said, I don't care who

2    you are.  So it took my security to tell their security

3    that it was okay for me to go back in the area that Allen

4    Iverson was in.

5         Q    And that was at the VIP area; is that correct?

6         A    Correct.

7         Q    Was that before or after this incident, if you

8    know?

9         A    My assumption is that it was before.  My

10   recollection is that it was before.

11        Q    Where was he located when you went?

12        A    There is an area of the Sky Club that's

13   somewhat secluded.  It's separate.  If you think of the

14   Sky Club being in an L shape, it would be the bottom leg

15   of the L and it's separated by metal curtains.  So that

16   is an area that's the most secluded in the Sky Club.  He

17   was in that area.

18        MR. TUCKER:  I didn't mean to interrupt you, I

19   apologize.  Do you think it would be helpful to draw a

20   map or something like that?  I was probably going to ask

21   him to do that anyway.  I don't know if you --

22        MS. SNEE:  Maybe.

57

1              MR. TUCKER:  It's up to you.

2   BY MS. SNEE:

3       Q     In regards to when you went to see Mr. Iverson,

4   did you have to get permission to walk into the VIP?

5       A     Yes.

6       Q     From an Allen Iverson guard?

7       A     Correct.

8       Q     When you went up, was Mr. Iverson's guards

9   keeping out other of your patrons from the VIP?

10      A     Yes.

11      Q     What did you do in regards to that issue?

12      A     That was fine.  If the requirement for him

13  being in the facility was that he have a separate area

14  and he was protected from customers trying to get

15  autographs or come up to speak to him when he wanted to

16  have quiet enjoyment of the premises, we didn't have a

17  problem with that.

18      Q     Where was this individual who was blocking the

19  access?

20      A     As I mentioned, there was -- there are two

21  metal curtains that provide entrance and exit to this

22  particular secluded area.  Both -- there were two

58

1    gentlemen at these, by these curtains.

2        Q    Were there --

3        A    They were on different sides of the particular

4    area.

5        Q    Were there any other patrons to your knowledge

6    behind these curtains where Iverson's group was, or was

7    it only Iverson's group back there?

8        A    My assumption is that there probably were other

9    patrons who were given access back there.

10        Q    Before Mr. Iverson had shown up?

11        A    Well, after he showed up.

12        Q    Why do you make that assumption?

13        A    Well, I don't think -- as I recall the number

14    of people back there, it was more than his detail, his

15    entourage.  While they were blocking, while his security

16    was blocking entrance to that area, there were various

17    people who were allowed to go back there from time to

18    time.  For example, female customers that for whatever

19    reason, Allen Iverson didn't mind to be back there.

20        Q    Behind these curtains, were there a number of

21    tables?

22        A    There are tables and chairs, a few tables.

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

59

1    Coffee tables.  Not like restaurant-type tables.  Coffee

2    tables and sofas.

3        Q    Okay.  Was your entrance blocked into any other

4    part of the VIP section other than behind these metal

5    curtains?

6        A    No.  Other than, you know, the security --

7    other than the elevator and the normal security we have

8    to prevent everybody from getting up in the Sky Club.

9        Q    I understand that.

10       A    Right.

11       Q    But when you went up yourself and you got to

12   the top, obviously your security guys, I assume, knew who

13   you were?

14       A    Correct.

15       Q    Did any of -- anyone else stop you before you

16   even got to the curtains to say you can't go back there?

17       A    No.

18       Q    Okay.  So Mr. Iverson's guards were controlling

19   the area behind the curtains; is that correct?

20       A    That's correct.

21       Q    And that was acceptable to you?

22       A    That's correct.

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

61

1   did you observe anybody being roughed up by any of the

2   Iverson guards or being blocked entrance during the time

3   period that you were physically up in the Sky Club?

4       A    I observed people being blocked entrance, not

5   being roughed up.

6       Q    How was their entrance being blocked?

7       A    These gentlemen are very large and if they

8   tried to -- if anyone tried to get back there, they would

9   verbally tell them they wouldn't go back there.  But if

10  they -- if someone was really insistent, they would

11  physically push them back out of the area.

12      Q    And you observed that?

13      A    Yes, I've observed that.

14      Q    And you did not do anything to tell them to

15  stop that; is that correct?

16      A    Well, if they are -- no, because I didn't

17  observe anybody being roughed up.

18      Q    You saw somebody physically being pushed back;

19  is that fair?

20      A    That's fair.

21      Q    More than one?

22          MR. GREENSPAN:  More than one person?

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

62

1    BY MS. SNEE:

2        Q    Yeah, more than one person.

3        A    I don't recall the number, no.

4        Q    More than one push?  Which is what your

5    attorney wanted me to ask you.

6        A    I mean, I don't recall specifically.  I know

7    that there was a throng of people getting back there, and

8    constantly these people were preventing people back

9    there.  Now do I recall how many people were physically

10   pushed, I don't recall that.  But they were aggressive in

11   their efforts to prevent people from getting back to

12   where Allen Iverson was.

13       Q    How big is this area behind the curtain?

14       A    Probably the length of this room and twice the

15   width.

16       Q    So 20 feet by 20 feet?

17       A    This is a rectangle and it's a rectangle back

18   there.  It's probably -- if this is 20 feet -- this is

19   more than 20 feet.

20       Q    Tell me what you think this distance is.

21       A    30 feet.

22       Q    How wide do you think it is?

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

63

1     A    It's probably -- well, our area is probably 20

2  feet wide.  That's a guesstimate.

3     Q    Okay.  And 60 feet long?

4     A    No, no.  It's probably 30 to 40 feet long and

5  30 feet wide.

6     Q    This is the area behind the curtain where

7  Mr. Iverson was, correct?

8     A    That's correct.

9     Q    Did the Sky Club have any other area where

10  folks could sit at tables?

11     A    Yes.

12     Q    Did you see where the other two security guards

13  for Iverson were when you went up?  You said there were

14  two at the curtains.  Where were the other two?

15     A    They would have been back in the area, that

16  same area.

17     Q    Do you recall seeing them?

18     A    I can't say that I recollect seeing all four of

19  them together, but my recollection would be they would

20  all be back there.

21     Q    How many people were in the Sky Club roughly

22  when you went upstairs?

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

64

1    A    I don't recall except that it was crowded.

2    Q    Okay.  Do you figure you were close to the 200?

3    A    Yes.

4    Q    And you said there were throngs of people, I

5    think, trying to get back to where Iverson was; is that

6    correct?

7    A    I won't say throngs, but yes, there was a good

8    number of people trying to get back to where he was.

9    Q    How were they trying to get back there?

10   A    Generally they would go up to the entrance

11   where the curtain was and ask for permission to get back

12   to see or greet Mr. Iverson.

13   Q    And was that like a large group that was right

14   outside the curtain --

15   A    No, throughout the evening people were coming

16   in and out.  I wasn't there monitoring it.  I can only

17   tell you what I saw the brief time I was up there.  And

18   that's generally people trying to get back to see him.

19   Q    How did you approach it to get back there

20   yourself?

21   A    I walked up to the curtain, explained to the

22   gentleman that I was an owner and that I wanted to get

65

1   back there.  That's basically what happened.  And as I

2   said before, I had to get one of my security people to

3   confirm I was an owner before I was allowed back there.

4        Q    So when you went up the first time and said

5   you're an owner, the guy said, I don't care; is that

6   right?

7        A    That's correct or something to that effect.

8        Q    Then you went and got your security guy?

9        A    Right.

10       Q    Where was your security guy?

11       A    He was close by.

12       Q    Then you brought him over to confirm who you

13  were?

14       A    Right.

15       Q    Then they said you could go back?

16       A    Right.

17       Q    I assume you said, welcome to Zanzibar; is that

18  right?

19       A    Right.  I went over and had brief words with

20  him.

21       Q    Do you recall any of the words that he replied?

22       A    No.

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

101

1   asking him a hypothetical situation.

2          MR. TUCKER:  I am indeed.

3          MR. GREENSPAN:  Go ahead.

4   BY MR. TUCKER:

5       Q    I'll rephrase it.  Let me ask another question.

6   On other occasions have you allowed celebrities to have

7   their own exclusive area that they were in charge of

8   deeming who was allowed admittance to?

9       A    Yes.  Keep in mind now that doesn't mean, I'm

10  not implying that we give that area of our facility in

11  its entirety to the celebrity while they're there.  We do

12  it within a reason.  We do it to allow the celebrity's

13  security to do their job.

14          But there are exceptions.  I was not going to

15  allow that person to tell me I couldn't go back in my own

16  facility.  We had a little incident, we resolved it, and

17  I ended up back there.  And we would still, anyone that I

18  felt needed to be back there would be back there.  If

19  there was a reason for them or reason for us to deem that

20  we had to be back in that area, we would be.

21          But we've had other celebrities like Michael

22  Jordan, who's had a security detail albeit somewhat

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

104

1      Q      There was an individual, I believe, in

2   Mr. Broady's statement who he identified as having

3   dreadlocks and being, I believe, six feet or under.  Do

4   you recall or do you have any knowledge of any employees

5   of Zanzibar at the time who would meet that description?

6      A      Yes.

7      Q      Who would that be?

8      A      That would be Ola.

9      Q      Is Ola the only -- to break it up, is Ola the

10  only owner that would have had dreadlocks at the time?

11     A      Yes.

12     Q      Is he the only employee -- strike that, he's

13  not an employee technically.  Were there any employees

14  that had dreadlocks at that time?

15     A      I can't answer that specifically.

16     Q      If a member of the Sky Club were to arrive at

17  the Sky Club and ask for admittance to an area that had

18  been cordoned off for a celebrity -- this is another

19  hypothetical -- but typically what would occur?

20     A      We would try to accommodate the member.

21     Q      Would you hold in the same regard individuals

22  who are formal members of the Sky Club with individuals

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

106

1     Q    Prior to Mr. Iverson coming the first time,

2  whether it was June 4th or before, had you heard about

3  the four horsemen back then?

4     A    Not before the first time he came.

5     Q    And I believe on your drawing, you were asked

6  to put where the four Iverson security guards were; is

7  that correct?

8     A    Yes.

9     Q    And my memory was you had said two of them were

10  guarding the curtain; is that correct?

11     A    Correct.

12     Q    Do you recall actually seeing the other two

13  inside the curtain?

14     A    As I mentioned before, I really don't recall

15  but I do -- visually I can see them mingling in that

16  area.  What I don't recall ever seeing them is outside

17  that area.

18     Q    In the time you were up there; is that correct?

19     A    Right.

20     Q    Roughly how long were you up there?

21     A    Not very long.  No more than about 30 minutes.

22     Q    Do you know how many people were back in that

VIDEOTAPED DEPOSITION OF MICHEL DALEY
CONDUCTED ON WEDNESDAY, FEBRUARY 7, 2007

112

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2        I, Patricia G. Mitchell, Registered Merit

3    Reporter, the officer before whom the foregoing

4    deposition was taken, do hereby certify that the

5    foregoing transcript is a true and correct record of the

6    testimony given; that said testimony was taken by me

7    stenographically and thereafter reduced to typewriting

8    under my supervision; and that I am neither counsel for

9    or related to, nor employed by any of the parties to this

10   case and have no interest, financial or otherwise, in its

11   outcome.

12       IN WITNESS WHEREOF, I have hereunto set my hand

13   and affixed my notarial seal this 16th day of February,

14   2007.

15

16   My commission expires:

17   August 31, 2010

18   *Patricia G. Mitchell*

19   _____

20   NOTARY PUBLIC IN AND FOR

21   THE DISTRICT OF COLUMBIA

22