# EXHIBIT 2

Hand-drawn floor plan with the following labels:
- Ladies Room
- Men's Room
- Seating
- Dance Floor
- Elevator
- Bar
- Outdoor Patio
- New Design Area
- Arrows labeled S / A

EXHIBIT Daley-3