# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY | * |
| *Plaintiff* | * |
| V. | *  Civil Action No. 06-792 (RMC) |
| ZANZIBAR ON THE WATERFRONT LLC AND ALLEN IVERSON, | * |
| *Defendants* | * |

## ANSWERS TO INTERROGATORIES

Defendant Zanzibar on the Waterfront, by its counsel, answers Plaintiff's Interrogatories and states:

(a)  The information supplied in these Answers is not based solely on the knowledge of the executing party, but includes the knowledge of the party's agents, representatives and attorney, unless privileged.

(b)  The word usage and sentence structure is that of the attorney, and does not purport to be the exact language of the executing parties.

**********************

1.  State the proper business entity of Zanzibar of the Waterfront; where it was incorporated, whether it does business in the District of Columbia, its Registered Agent, and its officers and directors.

**ANSWER: Zanzibar on the Waterfront, LLC, is a limited liability corporation, incorporated and doing business in the District of Columbia.**

2.  State the full name, business address, date of birth, and marital status of each and every individual, and their relationship to Zanzibar on the Waterfront, who answers these interrogatories.

**ANSWER: Michelle Daly, 700 Water Street, S.W., Washington, D.C. 20024. Mr. Daly is the manager of Zanzibar on the Waterfront.**

3.  Give a completed statement of the facts as to how you contend this incident took place giving rise to the Complaint.

Kennell, a local adjuster with GAB Robins Adjusting Company was hired to investigate this incident.

8. State whether you employed any security company, personnel or individual to provide security, assistance, or any individuals with whom you had an agreement, either in writing orally, on the date of the incident. Please provide the name, address and telephone number of any such company, organization, and/or individuals, and the amount that was paid for such services. Attach any and all documents in relationship to that agreement.

**ANSWER:** This defendant had its own security guards who provided security and assistance at the club. On occasion, some celebrities such as Allen Iverson, come to the club with their own entourage which may include personal security guards. This defendant had no contractual relationship or other relationship with the security guards that were part of Allen Iverson's entourage.

9. If you entered into any written contract for security services and/or any other agreements with individuals and/or companies on the date that the incident occurred, please provide the date of the contract, the individual signing the contract, the entity or individual which you contracted, and attach hereto a copy of the contract.

**ANSWER:** Defendant has its own employees who provide security. Defendant is attempting to locate the documents which would indicate which individual employees were on duty on the evening of the occurrence.

10. State whether or not Allen Iverson had been to the Zanzibar of the Waterfront prior to this occurrence, and whether there had been any other incidents involving Allen Iverson at your location or at other locations known to you prior to June, 2004.

**ANSWER:** Allen Iverson has been at Zanzibar on the Waterfront on at least one prior occasion, although the exact date is unknown. The defendant is not aware of any other allegations of an assault by members of Mr. Iverson's entourage, although there were problems because Iverson and his entourage

were very disrespectful of the premises, left a large mess. Iverson's security people were felt to be overly aggressive in their attitude toward others.

11. State when you became aware that Allen Iverson would be coming to Zanzibar on the Waterfront, and what efforts, actions, were taken by you or discussed with Allen Iverson or his agents in regard to his presence at Zanzibar on the Waterfront.

ANSWER: _____

12. Identify each person whom you or your attorney expects to call as an expert witness at trial, and state the subject matter which the expert is expected to testify to, the substance of the facts and/or opinions the expert is expected to testify to, and a summary of the grounds of each opinion.

ANSWER: This defendant has made no determination as to which, if any, experts it intends to call to testify at trial in this case. The defendant does reserve the right to call any of the plaintiff's past or current healthcare providers.

13. State any and all facts in support of your claim that the plaintiff was contributorily negligent, or assumed the risk.

ANSWER: Because and circumstances surround the occurrence are still being investigated. The plaintiff may have been contributorily negligent and/or assumed the risk of injury in confronting Allen Iverson's security personnel in order to return to the VIP area rather than asking a member of this defendant's personnel to retrieve his personal items.

14. State any and all facts in support of your denial of the factual allegations in the Complaint.

ANSWER: The defendant denies that any of its employees or agents struck the plaintiff. The plaintiff was hit by a member of Allen Iverson's own personal entourage. This defendant had no notice of an altercation between

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Michelle Daly

_____
Andrew B. Greenspan #483501
Law Office of Andrew B. Greenspan
8600 LaSalle Road
Oxford Bldg. – Suite 620
Towson, Maryland 21286
Attorney for Defendant