# EXHIBIT 4

1

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA
2              Civil Division
3  - - - - - - - - - - - - - - - - - - - -
   GREGORY BRADY,                         :
4                                         :
           Plaintiff,                     :   **ORIGINAL**
5                                         :
                                          :
       -vs-                               :   Case No.
6                                         :   1:06-CV-00792-RMC
   ZANZIBAR ON THE WATERFRONT,            :
7  LLC., et al.,                          :
                                          :
8          Defendants.                    :
   - - - - - - - - - - - - - - - - - - - -
9
10
11     VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
12                  Washington, D.C.
13              Thursday, March 15, 2007
14                    12:05 p.m.
15
16
17
18
19
20  Job No.:  2 - 98565
21  Pages:    1 - 102
22  Reported by:  Paula M. Flint, Notary Public



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

17

| | | | |
|---|---|---|---|
| 1 | A. | Six-two. | 12:15:46 |
| 2 | Q. | And how much do you weigh? | 12:15:46 |
| 3 | A. | 290. | 12:15:48 |
| 4 | Q. | Is that about the same as you would have | 12:15:50 |
| 5 | weighed back within '04? | | 12:15:50 |
| 6 | A. | Give or take a couple of pounds. | 12:15:53 |
| 7 | Q. | Yeah, give or take.  I'm not going to | 12:15:55 |
| 8 | double check on that. | | 12:15:57 |
| 9 | A. | Yeah. | 12:15:57 |
| 10 | Q. | When you began or became a partial owner | 12:16:00 |
| 11 | in Zanzibar, did you take any specific | | 12:16:02 |
| 12 | responsibilities there? | | 12:16:04 |
| 13 | A. | I was doing security, but in '04 or '03 | 12:16:07 |
| 14 | the owner stepped back and anointed the GM, which | | 12:16:14 |
| 15 | was Michel Daley at the time.  So he was in control | | 12:16:22 |
| 16 | of the security and hiring, at which time I think | | 12:16:24 |
| 17 | Wendell Evans was the security manager at the time. | | 12:16:29 |
| 18 | Q. | In '03 and '04? | 12:16:32 |
| 19 | A. | Yes -- yeah. | 12:16:37 |
| 20 | Q. | Have you looked for any documents or | 12:16:40 |
| 21 | records owned by Zanzibar or in the possession of | | 12:16:42 |
| 22 | Zanzibar regarding the security force in effect at | | 12:16:47 |

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

25

1   Zanzibar before?   12:23:12

2   A.   I don't recollect -- I don't know.  I   12:23:19

3   can't remember.   12:23:21

4   Q.   You're not sure one way or the other?   12:23:21

5   A.   No, not sure.  They could have been, they   12:23:24

6   may have not been.   12:23:24

7   Q.   Are you aware if you had seen them, the   12:23:27

8   four horsemen, before June of '04 at other events?   12:23:29

9   A.   Probably so.   12:23:35

10  Q.   Did they have a specific style of security   12:23:37

11  that you had seen prior to June of '04?   12:23:40

12  A.   I just know they're very big guys.  I   12:23:43

13  mean, they're intimidating guys.  They're real   12:23:45

14  intimidating.  So yeah, you can look at them and   12:23:51

15  know that they are security.   12:23:51

16  Q.   Are they bigger than you?   12:23:54

17  A.   Yes.   12:23:54

18  Q.   Taller than you?   12:23:57

19  A.   I wouldn't -- probably about my height,   12:23:57

20  maybe an inch or two shorter, but they just real   12:24:00

21  broad and muscular, strong.   12:24:05

22  Q.   Other than being physically intimidating,   12:24:09

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

27

| | | | |
|---|---|---|---|
| 1 | Q. | So pushing people back to walk through? | 12:24:57 |
| 2 | A. | I guess using their size and their | 12:25:01 |
| 3 | physique, you know what I'm saying, to walk through. | | 12:25:03 |
| 4 | Q. | Were they physically touching other | 12:25:06 |
| 5 | people? | | 12:25:09 |
| 6 | A. | I didn't look at it that closely. | 12:25:10 |
| 7 | Q. | Prior to June of '04, were you in charge | 12:25:16 |
| 8 | of security at Zanzibar or before, I guess, Wendell | | 12:25:20 |
| 9 | Evans was? | | 12:25:23 |
| 10 | A. | Yeah. | 12:25:26 |
| 11 | Q. | Did you have security at Zanzibar other | 12:25:27 |
| 12 | than you? | | 12:25:31 |
| 13 | A. | Yes. | 12:25:32 |
| 14 | Q. | Who were they? | 12:25:33 |
| 15 | A. | I don't recall their names. | 12:25:34 |
| 16 | Q. | You don't recall any of their names? | 12:25:35 |
| 17 | A. | I can -- yeah, I can -- as a matter of | 12:25:38 |
| 18 | fact, Gino -- if you would ask me for last names I | | 12:25:40 |
| 19 | would probably -- this is just going from memory | | 12:25:46 |
| 20 | now.  Gino, Tommy Sanders, Alvin Little -- Little. | | 12:25:48 |
| 21 | Adrian.  Who else.  There's Ray, Rodney.  There was | | 12:25:58 |
| 22 | B.C.  Angie.  And a few others I just can't recall. | | 12:26:21 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

28

| | | | |
|---|---|---|---|
| 1 | Q. | Did you hire those folks? | 12:26:32 |
| 2 | A. | Yes. | 12:26:33 |
| 3 | Q. | And did you train those folks? | 12:26:34 |
| 4 | A. | Yes. | 12:26:36 |
| 5 | Q. | Do you know if any of them were still | 12:26:36 |
| 6 | working for Zanzibar as of June of '04? | | 12:26:37 |
| 7 | A. | No. They -- I can't say -- as a matter of | 12:26:40 |
| 8 | fact, no, Wendell had hired his own people, as a | | 12:26:47 |
| 9 | matter of fact. | | 12:26:50 |
| 10 | Q. | So all the folks that you had running | 12:26:50 |
| 11 | security were replaced by -- when Wendell Evans came | | 12:26:52 |
| 12 | in? | | 12:26:56 |
| 13 | A. | I know that a lot of them were replaced. | 12:26:56 |
| 14 | Now, who was and who wasn't, I can't recollect. | | 12:26:59 |
| 15 | Q. | And you are clear that Wendell Evans was | 12:27:00 |
| 16 | in charge of security for Zanzibar as of June of | | 12:27:03 |
| 17 | '04. Is that correct? | | 12:27:06 |
| 18 | A. | Yes. | 12:27:08 |
| 19 | Q. | And what was his position at Zanzibar, | 12:27:08 |
| 20 | what was his official title? | | 12:27:11 |
| 21 | A. | I guess he was security manager. | 12:27:13 |
| 22 | Q. | And did he get a salary for that? | 12:27:14 |

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

29

| | | |
|---|---|---|
| 1 | A.    Yeah. | 12:27:18 |
| 2 | Q.    And what authority did you folks give him | 12:27:19 |
| 3 | for hiring support staff? | 12:27:23 |
| 4 | A.    Well, actually I wasn't involved in that. | 12:27:25 |
| 5 | Well, I think we gave him full control, but Michel | 12:27:30 |
| 6 | was the one that was in charge of Zanzibar at that | 12:27:34 |
| 7 | time, and the managing partner -- and he was the | 12:27:39 |
| 8 | managing partner/GM at the time. | 12:27:41 |
| 9 | Q.    And what did you do during that time? | 12:27:45 |
| 10 | A.    I wasn't there. | 12:27:46 |
| 11 | Q.    You physically were not there? | 12:27:46 |
| 12 | A.    I mean, when you say -- I mean, I wasn't | 12:27:48 |
| 13 | part of the operations. | 12:27:50 |
| 14 | Q.    Okay. | 12:27:52 |
| 15 | A.    I mean, I was just the owner. | 12:27:54 |
| 16 | Q.    Would Michel Daley report to you? | 12:27:58 |
| 17 | A.    Oh, as -- yeah, managing partner, yeah. | 12:28:02 |
| 18 | Q.    And did he report to you the situation | 12:28:03 |
| 19 | with security?  Like we've authorized 10 people to | 12:28:09 |
| 20 | be hired or Wendell thinks it needs 50 people? | 12:28:11 |
| 21 | A.    I presume so, but to -- just have to go | 12:28:21 |
| 22 | back and understand the kind of conversation we had, | 12:28:23 |

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

30

| | | | |
|---|---|---|---|
| 1 | | I don't recollect. | 12:28:27 |
| 2 | Q. | You physically would go to Zanzibar quite | 12:28:27 |
| 3 | | often, isn't that true, back in '04? | 12:28:31 |
| 4 | A. | I mean, I check on it. | 12:28:36 |
| 5 | Q. | I'm sorry? | 12:28:38 |
| 6 | A. | I check on it. | 12:28:38 |
| 7 | Q. | How would you check? | 12:28:40 |
| 8 | A. | I mean, go there a couple of times a week. | 12:28:40 |
| 9 | Q. | Would you normally go on the weekends? | 12:28:44 |
| 10 | A. | Sometimes, yeah. | 12:28:49 |
| 11 | Q. | And when you were there, would you help | 12:28:51 |
| 12 | | out? | 12:28:54 |
| 13 | A. | No. | 12:28:54 |
| 14 | Q. | What would you do? | 12:28:54 |
| 15 | A. | I would be a patron. Well, of course, if | 12:28:56 |
| 16 | | something was going wrong I would report it to | 12:29:00 |
| 17 | | the -- we have different departments. I would | 12:29:03 |
| 18 | | report it to the different department heads, you | 12:29:05 |
| 19 | | know what I'm saying. But we tried not to get | 12:29:07 |
| 20 | | involved with the operations because we learned | 12:29:09 |
| 21 | | that, you know what I'm saying, when employees tend | 12:29:14 |
| 22 | | to see different owners they tend to cling to the | 12:29:19 |

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

59

| | | |
|---|---|---|
| 1 | VIDEOTAPE OPERATOR: Go off the record at | 12:54:16 |
| 2 | 12:54:10. | 12:54:18 |
| 3 | (Discussion off the record.) | 12:55:10 |
| 4 | VIDEOTAPE OPERATOR: Going back on the | 12:55:10 |
| 5 | record at 12:55:06. | 12:55:10 |
| 6 | Counsel you may proceed. | 12:55:16 |
| 7 | BY MS. SNEE: | 12:55:16 |
| 8 | Q. We've established that June 4 was a Friday | 12:55:16 |
| 9 | night. Does that help you? | 12:55:18 |
| 10 | A. Yeah. | 12:55:21 |
| 11 | Q. What time would you normally have gotten | 12:55:21 |
| 12 | there? | 12:55:23 |
| 13 | A. Probably about nine o'clock. | 12:55:23 |
| 14 | Q. P.M., I assume? | 12:55:26 |
| 15 | A. P.M., yeah. | 12:55:26 |
| 16 | Q. Was Allen Iverson there when you arrived? | 12:55:31 |
| 17 | A. I don't remember. I don't recall. | 12:55:34 |
| 18 | Q. Tell me what you recall of that evening. | 12:55:36 |
| 19 | A. Really -- I really don't remember anything | 12:55:48 |
| 20 | about that evening, not too much actually. I just | 12:55:48 |
| 21 | know that Allen Iverson was there. It was crowded. | 12:55:53 |
| 22 | I wouldn't say crowded, but there was a number of | 12:55:58 |

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

61

| | | |
|---|---|---|
| 1 | Q. They stop by, you mean, on patrol? | 12:56:50 |
| 2 | A. Yeah, they stop by or maybe they were | 12:56:53 |
| 3 | hired. I mean, we hired police officers to do | 12:56:56 |
| 4 | part-time. I don't think we did that, no. But they | 12:56:56 |
| 5 | always there. The police are always there. Any | 12:56:59 |
| 6 | time there's a large number of people the police | 12:57:05 |
| 7 | come by and check on the establishment. | 12:57:08 |
| 8 | Q. When you were standing outside, was there | 12:57:12 |
| 9 | a larger crowd waiting to get in than normal? | 12:57:12 |
| 10 | A. At that time, no, it wasn't that -- it | 12:57:16 |
| 11 | wasn't really that crowded. I don't think it was | 12:57:16 |
| 12 | really that busy, actually. | 12:57:20 |
| 13 | Q. Okay. | 12:57:20 |
| 14 | A. I mean, there was a lot of activity, but I | 12:57:24 |
| 15 | mean, it wasn't really that busy. | 12:57:25 |
| 16 | Q. So you were just standing outside talking | 12:57:28 |
| 17 | to whoever? | 12:57:30 |
| 18 | A. Yeah. I'm more of an outside person. I'm | 12:57:32 |
| 19 | not more inside the club. I don't go inside the | 12:57:35 |
| 20 | club that much. I don't drink, I don't smoke, | 12:57:37 |
| 21 | so. . . | 12:57:40 |
| 22 | Q. Do you dance? | 12:57:41 |

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

63

1    Q.    Do you recall meeting Mr. Iverson that    12:58:24
2    evening?    12:58:26
3    A.    No.    12:58:28
4    Q.    Do you recall ever going up into the VIP    12:58:29
5    area?    12:58:31
6    A.    Nope.    12:58:32
7    Q.    Do you know my client, Gregory Broady?    12:58:33
8    A.    Yes.    12:58:36
9    Q.    How do you know him?    12:58:36
10    A.    He's a frequent -- at the time he was    12:58:37
11    coming to the place -- establishment frequently.    12:58:40
12    Now, I have to say I don't know him on a personal    12:58:45
13    level, but knowing him as a patron that comes in    12:58:47
14    there whom I say hi to and bye to and -- you know.    12:58:49
15    Q.    Prior to the incident did you have any    12:58:52
16    problems with Mr. Broady?    12:58:53
17    A.    No.  Not that I recall anyway.    12:58:55
18    Q.    You don't recall him ever getting arrested    12:58:57
19    or causing a disruption at any time prior?    12:59:00
20    A.    No, not too much.  No.    12:59:05
21    Q.    Do you recall who he was with -- do you    12:59:06
22    recall seeing the plaintiff that night, Gregory    12:59:08

VIDEOTAPED DEPOSITION OF OLA OLASEHINDE
CONDUCTED ON THURSDAY, MARCH 15, 2007

102

1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2

3       I, Paula Flint, Court Reporter, the officer

4   before whom the foregoing proceedings were taken, do

5   hereby certify that the foregoing transcript is a

6   true and correct record of the proceedings; that

7   said proceedings were taken by me stenographically

8   and thereafter reduced to typewriting under my

9   supervision; and that I am neither counsel for,

10  related to, nor employed by any of the parties to

11  this case and have no interest, financial or

12  otherwise, in its outcome.

13      IN WITNESS WHEREOF, I have hereunto set my hand

14  and affixed by notarial seal this 27th day of March,

15  2007

16

17

18

19  _____Paula M. Flint_____
    Notary Public in and for the

20  District of Columbia

21

22  My Commission Expires September 14, 2007

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664