# EXHIBIT 7

```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3   -------------------------------+

 4   GREGORY BROADY,                +

 5                   Plaintiff,     +

 6              v.                  +   Case No. 1:06-cv-00792-RMC

 7   ZANZIBAR ON THE WATERFRONT,    +

 8   LLC, et al.,                   +

 9                   Defendants.    +

10   -------------------------------+

11

12

13          Videotaped Deposition of WENDALL EVANS

14                     Washington, D.C.

15                  Tuesday, April 10, 2007

16                        10:36 A.M.

17

18   Job No.:   2-100036

19   Pages 1 - 72

20   Reported by:   Denice Z. Lombard, CSR

21   Videotaped by:   Richard Fazio

22
```

ORIGINAL



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

12

| | | | |
|---|---|---|---|
| 1 | | Agriculture. | 10:42:15 |
| 2 | | MS. SNEE: Thank you. | 10:42:16 |
| 3 | Q | Could you give us your phone numbers? | 10:42:22 |
| 4 | A | What phone numbers? | 10:42:24 |
| 5 | Q | To be able to reach you. Work and cell? | 10:42:26 |
| 6 | A | (202)720-6005. | 10:42:29 |
| 7 | Q | And is that work? | 10:42:32 |
| 8 | A | That is work. | 10:42:33 |
| 9 | Q | Do you have a cell phone number? | 10:42:34 |
| 10 | A | (202) 369-3192. | 10:42:36 |
| 11 | Q | Thank you. | 10:42:41 |
| 12 | | Were you employed by Zanzibar on The Waterfront? | 10:42:45 |
| 13 | A | Yep. | 10:42:48 |
| 14 | Q | When did you become employed? | 10:42:49 |
| 15 | A | Don't remember. | 10:42:51 |
| 16 | Q | What were you hired as? What was your position? | 10:42:53 |
| 17 | A | I was in charge of security. | 10:43:00 |
| 18 | Q | Were you paid a paycheck and get a W-2 at the end of | 10:43:03 |
| 19 | | the year, or were you a 1099 employee, if you recall? | 10:43:13 |
| 20 | A | Don't remember. | 10:43:16 |
| 21 | Q | At the time that you were hired by Zanzibar did you | 10:43:17 |
| 22 | | run a security company? | 10:43:20 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

24

1    A    Based on my recollection, I don't recall.  I don't     10:55:23
2  think I did.                                                   10:55:26
3    Q    Do you happen to have your tax documents for that       10:55:26
4  period of time?                                                10:55:32
5    A    My tax documents for what?                              10:55:33
6    Q    For that period of time that you worked at Zanzibar,    10:55:35
7  your tax records from that time.                               10:55:38
8    A    No.                                                     10:55:40
9    Q    They didn't pay you in cash did they?                   10:55:41
10   A    Yes.                                                    10:55:45
11   Q    Ah.  Okay.                                              10:55:45
12        Do you know whether or not that's how they paid all     10:55:49
13 their security?                                                10:55:52
14   A    Yes.                                                    10:55:53
15   Q    Was there any agreement in regards to that that you     10:55:54
16 reached with them as to how you were going to be paid?         10:56:00
17   A    No.                                                     10:56:03
18   Q    So when they hired you, they didn't say, "We're only    10:56:07
19 going to pay you cash, we're not going to keep a record" or    10:56:12
20 anything like that?                                            10:56:13
21   A    No.                                                     10:56:13
22   Q    Were you surprised when they handed you your --         10:56:13

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

25

1    A    That's what clubs do. So no, I was not surprised. 10:56:16

2    Q    Okay. And how did you know that's what clubs did? 10:56:21

3    A    When you do security, you know what goes on in the 10:56:24
4 clubs. 10:56:27

5    Q    When you were first hired and worked at the SkyClub, 10:56:27
6 what procedure was in place, if any, for security at the 10:56:31
7 SkyClub? 10:56:35

8    A    SkyClub were for members only. If you did not have 10:56:36
9 a membership card, you could not come upstairs unless you 10:56:40
10 were a guest. If you were a guest, the member left your name 10:56:44
11 at the front door. When you came in the door, you gave your 10:56:48
12 name. If your name was on the sheet, you were allowed 10:56:52
13 upstairs. 10:56:54

14   Q    And then the security person, was there one 10:56:55
15 physically upstairs at the SkyClub? 10:56:57

16   A    Yeah. 10:57:00

17   Q    And what was that person's responsibility? 10:57:01

18   A    To -- again, to make sure that those individuals 10:57:03
19 upstairs were guests or members of guests. 10:57:06

20   Q    And how many people were -- how many people of 10:57:09
21 security were up on the SkyClub? 10:57:13

22   A    Depended on the night. Sometime one, sometime two. 10:57:15

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

30

| | | |
|---|---|---|
| 1 | MS. SNEE: Oh, okay. Okay. | 11:02:05 |
| 2 | THE WITNESS: Greenspan. I'm sorry. | 11:02:05 |
| 3 | MS. SNEE: That's okay. | |
| 4 | MR. GREENSPAN: It's a little confusing. There's a | |
| 5 | Mr. Green and there's a Mr. Greenspan. | |
| 6 | MS. SNEE: Okay. | 11:02:05 |
| 7 | Q    And did you talk to Mr. Greenspan about this case? | 11:02:05 |
| 8 | A    We talked -- he just wanted to know if I was working | 11:02:08 |
| 9 | at the time and did I recall any incidents, and I told him | 11:02:13 |
| 10 | no. | 11:02:16 |
| 11 | Q    Okay. You don't recall an incident that occurred in | 11:02:17 |
| 12 | June of '04? | 11:02:22 |
| 13 | A    No. | 11:02:24 |
| 14 | Q    Was there -- at that time at Zanzibar was there a | 11:02:24 |
| 15 | procedure in place to take down incident reports if something | 11:02:34 |
| 16 | happened? | 11:02:35 |
| 17 | A    There was a sheet that was -- that had incident | 11:02:35 |
| 18 | report on it. Basically what that sheet was was the person's | 11:02:39 |
| 19 | name, phone number, address. It talked about where it | 11:02:43 |
| 20 | happened at, what time it happened. It talked about if there | 11:02:47 |
| 21 | was any witnesses to it. It talked about if the person was | 11:02:49 |
| 22 | arrested or person was taken to the hospital, if so, what | 11:02:53 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

52

| | | |
|---|---|---|
| 1 | there are certain things that they didn't allow to happen in | 11:26:41 |
| 2 | their club and that they were not going to change that. But | 11:26:45 |
| 3 | he will work with me to be accommodating. | 11:26:48 |
| 4 | Q     Was Michel Daley following those same procedures -- | 11:26:51 |
| 5 | A     Michel Daley was the other person who I met with, | 11:26:54 |
| 6 | because Michel Daley and Foot at the time was the two people | 11:26:58 |
| 7 | running the everyday operation of the club, along with | 11:27:02 |
| 8 | Mr. Green.  Mr. Green was the general manager, Michel Daley | 11:27:05 |
| 9 | was his assistant, and Foot was in charge of security. | 11:27:09 |
| 10 | Q     Understood.  Do you recall when Allen Iverson came | 11:27:12 |
| 11 | that one time without the All-Star week whether there was any | 11:27:17 |
| 12 | issues regarding his security folks being belligerent? | 11:27:21 |
| 13 | Acting out? | 11:27:26 |
| 14 | A     Not when -- not when I was there.  Again, I don't | 11:27:27 |
| 15 | know something could have happened, I could have been out of | 11:27:30 |
| 16 | town. | 11:27:34 |
| 17 | Normally between June and September I travel to | 11:27:39 |
| 18 | Canada because my son plays in the Canadian Football League, | 11:27:43 |
| 19 | and again primarily on weekends.  So I was gone some | 11:27:46 |
| 20 | weekends.  So I don't know if that had been the case when | 11:27:50 |
| 21 | this may or may not happened. | 11:27:54 |
| 22 | But coming back, I don't recall anybody giving me | 11:27:56 |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410  (800) 292-4789  (301) 762-8282  (703) 288-0026  (410) 539-3664

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

53

| | | |
|---|---|---|
| 1 | any information about somebody from Allen's team being | 11:27:58 |
| 2 | indignant, being belligerent, being anything.  Nothing was | 11:27:59 |
| 3 | said to me. | 11:28:02 |
| 4 | Q    You have no idea if you were working, then, on | 11:28:03 |
| 5 | June 4th of 2004. | 11:28:06 |
| 6 | A    I don't.  I don't.  I don't. | 11:28:09 |
| 7 | Q    And is what you're saying is in '04 in the summer, | 11:28:10 |
| 8 | you would often travel to Canada for the weekends? | 11:28:13 |
| 9 | A    Correct. | 11:28:15 |
| 10 | Q    Who would be in charge of security when you were | 11:28:16 |
| 11 | gone? | 11:28:19 |
| 12 | A    On those particular -- at the time it was a guy | 11:28:19 |
| 13 | named Tommy.  I can't think of Tommy's last name.  Tommy was | 11:28:22 |
| 14 | in charge.  Tommy was there when I got there, when I first | 11:28:28 |
| 15 | came to work at Zanzibar. | 11:28:33 |
| 16 | Q    Can you physically describe Tommy? | 11:28:34 |
| 17 | A    Tommy is bald-headed, brown-skinned, six feet, maybe | 11:28:37 |
| 18 | 210. | 11:28:43 |
| 19 | Q    Okay.  Do you know if he's still there? | 11:28:43 |
| 20 | A    No.  Tommy isn't.  Tommy left before I did. | 11:28:46 |
| 21 | Q    Do you know where he went? | 11:28:48 |
| 22 | A    He sells real estate last I heard. | 11:28:50 |

VIDEOTAPED DEPOSITION OF WENDALL EVANS
CONDUCTED ON TUESDAY, APRIL 10, 2007

72

1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2         I, Denice Zelma Lombard, Certified Shorthand

3   Reporter and Registered Professional Reporter, the officer

4   before whom the foregoing proceedings were taken, do hereby

5   certify that the foregoing transcript is a true and correct

6   record of the proceedings; that said proceedings were taken

7   by me stenographically and thereafter reduced to typewriting

8   under my supervision; and that I am neither counsel for,

9   related to, nor employed by any of the parties to this case

10  and have no interest, financial or otherwise, in its outcome.

11        IN WITNESS WHEREOF, I have hereunto set my hand and

12  affixed my notarial seal this 23rd day of April 2007.

13  My commission expires April 30, 2008.

14

15

16  _____

17  NOTARY PUBLIC IN AND FOR

18  THE DISTRICT OF COLUMBIA

19

20

21

22