# EXHIBIT 8

02/06/2007 18:15  3037575002  4550 CHERRY CREEK  PAGE 01/02



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY BROADY, | CIVIL ACTION |
| Plaintiff | NO. 1:06-cv-792 (RMC) |
| v. | |
| ZANZIBAR ON THE WATERFRONT, LLC, ALLEN IVERSON and JOHN DOE, | |
| Defendants. | |

### AFFIDAVIT OF ALLEN E. IVERSON

I, Allen E. Iverson, of full age and of sound mind, hereby say, state, and aver as follows:

1. I am a named defendant in the above-captioned lawsuit. The suit was filed by plaintiff Gregory Broady ("Mr. Broady") in the Superior Court of the District of Columbia on March 3, 2006.

2. I understand Mr. Broady alleges that I was present at the premises known as Zanzibar on the Waterfront on the evening of June 4, 2004, and that Mr. Broady was "severely injured" by an unnamed individual allegedly acting as my agent/employee.

3. The date June 4, 2004 holds no special significance to me.

4. In fact, I cannot specifically recall where I was or what I was doing on that date, which occurred more than two years ago.

5. As such, I do not recall being at as Zanzibar on the Waterfront on the evening of June 4, 2004.

1

02/06/2007  18:15   3037576002                    4550 CHERRY CREEK                               PAGE  02/02

6. In addition, although during the summer of 2004 I had retained an individual known as Jason Kane to provide security for me in the Washington, D.C. area, I do not recall being in the company of Mr. Kane on June 4, 2004.

7. Furthermore, in an effort to ascertain where I may have been on that date, my representatives contacted Mr. Kane, who informed them that he does not recall being in my company at Zanzibar on the Waterfront on the evening of June 4, 2004.

8. I also have no recollection of ever being at the Zanzibar where an altercation occurred involving one of my security, anyone traveling with me, or anyone at all.

I certify, under penalty of perjury, that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: 2/2/07

By: _____
Allen E. Iverson