# EXHIBIT 11

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY BROADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00792-CKK |
| | ) | |
| ZANZIBAR ON THE WATERFRONT, LLC, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF GREGORY BROADY**

STATE OF _Virginia_ )
                                          )
COUNTY/CITY OF _Fairfax_ )

COMES NOW, Gregory Broady, and after being duly sworn, states as follows:

1. That on June 4, 2004 after I arrived at Zanzibar on the Waterfront, LLC, I was told that Allen Iverson would be appearing later in the evening.

2. That Allen Iverson appeared on the Sky Club portion of Zanzibar on the Waterfront when I was already present.

3. That Allen Iverson appeared with four guards who were wearing black shirts that said "Security".

4. That I did not know who the guards worked for.

5. That the guards were obviously there for the benefit of Allen Iverson.

6. That it was apparent to me that they were there on behalf of Allen Iverson because they were guarding him, they set up a perimeter around the room where he was situated, and they pushed and shoved at people who were trying to get back into the room.

7. That I left the area where Allen Iverson was seated to use the restroom, and when I returned I knew that I had to ask those guards to get back in.

8. That even though I had a band on my wrist indicating that I could go into those areas, I knew that I needed to get permission from the John Doe guards protecting Allen Iverson to re-enter that area.

9. That I was attempting to re-enter the area when I was struck by the guard described as John Doe, who was protecting Allen Iverson.

10. That this was the same guard that I had dealt with in trying to get back into the area, and who was pushing and shoving patrons away.

FURTHER THE AFFIANT SAYETH NOT

_____
Gregory Brady

SWORN TO AND SUBSCRIBED before me this _5th_ day of _February_, 2008.

_____
Notary Public

My Commission Expires _12-31-2010_

DEBRA L. SPRAGG
Notary Public
Commonwealth of Virginia
7025499
My Commission Expires Dec 31, 2010

2