## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the date provided below, I caused true and correct copies of Plaintiff, Gregory Broady's foregoing Statement of Disputed Material Facts and Opposition to the Motion for Summary Judgment, Memorandum of Points and Authorities in Opposition to Defendant Allen Iverson's Motion for Summary Judgment, proposed form of Order, and other supporting documents to be filed electronically with the United States District Court for the District of Columbia's electronic filing system (ECF), and served on the following counsel of record:

Alan C. Milstein, Esq.
Sherman, Silverstein, Kohl, Rose &
Podolsky, P.A.
4300 Haddonfield Road, Suite 311
Pennsauken, NJ 08109


Andrew B. Greenspan, Esquire
Law Office of Andrew B. Greenspan
8600 LaSalle Road
Oxford Bldg. - Suite 620
Towson, MD 21286


Dated: February 5, 2008                    TINA L. SNEE & ASSOCIATES, PLLC

                                           _____
                                           Tina L. Snee, Esq (DCB 416191)
                                           9401 Lee Highway, Suite 206
                                           Fairfax, VA 22031
                                           (703) 352-8833
                                           (703) 352-8881 (fax)